| | |
|---|---|
| **From:** | Brown, Kimberly J. |
| **Sent:** | Tuesday, May 7, 2024 10:25 AM |
| **To:** | Aveni, Carl A.; Brown, Chris M.; Brown, Jeffrey M.; Cocroft, Kimberly X.; Hawkins, Daniel R.; Holbrook, Michael J.; Lynch, Julie M.; McIntosh, Stephen L.; Miller, Andy D.M.; Munson, Sheryl K.; Noble, Andria C.; Page, Jaiza N.; Phipps, Karen Held; Serrott, Mark A.; Sperlazza, Bill A.; Young, David C. |
| **Cc:** | Goodman, Jennifer L. |
| **Subject:** | RE: DEI Committee Request |

Judges,

Thank you for your feedback.  We will place this issue on the agenda for the next Judges Meeting.

Thanks.



**Judge Kim Brown**
Administrative Judge
**Franklin County Common Pleas Court**
345 South High Street | Courtroom 5E | Columbus, OH 43215-4554
**(P) 614.525.3811 | (F) 614.525.2462**
Kimberly_Brown@fccourts.org | http://www.fccourts.org

**From:** Brown, Kimberly J.
**Sent:** Monday, May 6, 2024 12:31 PM
**To:** Aveni, Carl A. <Carl_Aveni@fccourts.org>; Brown, Chris M. <Chris_Brown@fccourts.org>; Brown, Jeffrey M. <Jeffrey_Brown@fccourts.org>; Cocroft, Kimberly X. <Kimberly_Cocroft@fccourts.org>; Hawkins, Daniel R. <Daniel_Hawkins@fccourts.org>; Holbrook, Michael J. <Michael_Holbrook@fccourts.org>; Lynch, Julie M. <Julie_Lynch@fccourts.org>; McIntosh, Stephen L. <Stephen_McIntosh@fccourts.org>; Miller, Andy D.M. <Andy_Miller@fccourts.org>; Munson, Sheryl K. <Sheryl_Munson@fccourts.org>; Noble, Andria C. <Andria_Noble@fccourts.org>; Page, Jaiza N. <Jaiza_Page@fccourts.org>; Phipps, Karen Held <Karen_Phipps@fccourts.org>; Serrott, Mark A. <Mark_Serrott@fccourts.org>; Sperlazza, Bill A. <Bill_Sperlazza@fccourts.org>; Young, David C. <David_Young@fccourts.org>
**Cc:** Goodman, Jennifer L. <Jennifer_Goodman@fccourts.org>
**Subject:** DEI Committee Request

Good afternoon, Judges:

As you are aware, Napoleon and the Administrative Team are working with staff to further develop DEI initiatives throughout the Court and Probation. One of these initiatives is to engage more with the community. The DEI Committee members have expressed an interest in participating in the upcoming Pride parade. The Board of Commissioners will be participating in the parade and have provided approval for our staff to utilize their account, thereby covering the $5 per employee cost to march in the parade. The staff would also like to have t-shirts made, which is customary for those marching in the parade.

**EXHIBIT**

104

In the past, the Court has not permitted sponsorship of an event or entity, nor paid for t-shirts or items that appeared to endorse any entity, in an effort to further the need for the Court to maintain its neutrality and un-biased status. As a compromise, it has been proposed to have t-shirts that do not contain the Court's seal but indicate "**Franklin County Court of Common Pleas – DEI Committee**" in print. This is an effort to distinguish the Court from the committee, thereby not giving an appearance of the Court endorsing the parade or Stonewall.

I am supportive of this compromise; however, wanted to provide you an opportunity to weigh in on this issue. Please let me know by close of business on Tuesday, May 7, if you would like to discuss this issue with me.

Thank you.



**Judge Kim Brown**
Administrative Judge
**Franklin County Common Pleas Court**
345 South High Street | Courtroom 5E | Columbus, OH 43215-4554
**(P) 614.525.3811 | (F) 614.525.2462**
Kimberly_Brown@fccourts.org | http://www.fccourts.org

**Cocroft, Kimberly X.**

| | |
|---|---|
| **From:** | McIntosh, Stephen L. |
| **Sent:** | Monday, May 6, 2024 5:08 PM |
| **To:** | Brown, Kimberly J.; Aveni, Carl A.; Brown, Chris M.; Brown, Jeffrey M.; Cocroft, Kimberly X.; Hawkins, Daniel R.; Holbrook, Michael J.; Lynch, Julie M.; Miller, Andy D.M.; Munson, Sheryl K.; Noble, Andria C.; Page, Jaiza N.; Phipps, Karen Held; Serrott, Mark A.; Sperlazza, Bill A.; Young, David C. |
| **Cc:** | Goodman, Jennifer L. |
| **Subject:** | RE: DEI Committee Request |

Because this would be a policy change as to how we as a court would handle these type of community activities/events in the future I agree it requires a full discuss at a judges meeting.

**Judge Stephen L. McIntosh**
**Presiding Judge**
**Franklin County Court of Common Pleas**
345 South High Street, 4B
Columbus, Ohio 43215
**(614) 525-3550 (O)**
**(614) 525-3868 (F)**

**From:** Brown, Kimberly J. <Kimberly_Brown@fccourts.org>
**Sent:** Monday, May 6, 2024 12:31 PM
**To:** Aveni, Carl A. <Carl_Aveni@fccourts.org>; Brown, Chris M. <Chris_Brown@fccourts.org>; Brown, Jeffrey M. <Jeffrey_Brown@fccourts.org>; Cocroft, Kimberly X. <Kimberly_Cocroft@fccourts.org>; Hawkins, Daniel R. <Daniel_Hawkins@fccourts.org>; Holbrook, Michael J. <Michael_Holbrook@fccourts.org>; Lynch, Julie M. <Julie_Lynch@fccourts.org>; McIntosh, Stephen L. <Stephen_McIntosh@fccourts.org>; Miller, Andy D.M. <Andy_Miller@fccourts.org>; Munson, Sheryl K. <Sheryl_Munson@fccourts.org>; Noble, Andria C. <Andria_Noble@fccourts.org>; Page, Jaiza N. <Jaiza_Page@fccourts.org>; Phipps, Karen Held <Karen_Phipps@fccourts.org>; Serrott, Mark A. <Mark_Serrott@fccourts.org>; Sperlazza, Bill A. <Bill_Sperlazza@fccourts.org>; Young, David C. <David_Young@fccourts.org>
**Cc:** Goodman, Jennifer L. <Jennifer_Goodman@fccourts.org>
**Subject:** DEI Committee Request

Good afternoon, Judges:

As you are aware, Napoleon and the Administrative Team are working with staff to further develop DEI initiatives throughout the Court and Probation. One of these initiatives is to engage more with the community. The DEI Committee members have expressed an interest in participating in the upcoming Pride parade. The Board of Commissioners will be participating in the parade and have provided approval for our staff to utilize their account, thereby covering the $5 per employee cost to march in the parade. The staff would also like to have t-shirts made, which is customary for those marching in the parade.

In the past, the Court has not permitted sponsorship of an event or entity, nor paid for t-shirts or items that appeared to endorse any entity, in an effort to further the need for the Court to maintain its neutrality and un-biased status. As a compromise, it has been proposed to have t-shirts that do not contain the Court's seal but indicate "**Franklin County Court of Common Pleas – DEI Committee**" in print. This is an effort to distinguish the Court from the committee, thereby not giving an appearance of the Court endorsing the parade or Stonewall.

I am supportive of this compromise; however, wanted to provide you an opportunity to weigh in on this issue. Please let me know by close of business on Tuesday, May 7, if you would like to discuss this issue with me.

Thank you.



**Judge Kim Brown**
Administrative Judge
**Franklin County Common Pleas Court**
345 South High Street | Courtroom 5E | Columbus, OH 43215-4554
**(P) 614.525.3811 | (F) 614.525.2462**
Kimberly_Brown@fccourts.org | http://www.fccourts.org

**Cocroft, Kimberly X.**

| | |
|---|---|
| **From:** | Brown, Chris M. |
| **Sent:** | Monday, May 6, 2024 3:49 PM |
| **To:** | Cocroft, Kimberly X.; Hawkins, Daniel R.; Brown, Kimberly J.; Aveni, Carl A.; Brown, Jeffrey M.; Holbrook, Michael J.; Lynch, Julie M.; McIntosh, Stephen L.; Miller, Andy D.M.; Munson, Sheryl K.; Noble, Andria C.; Page, Jaiza N.; Phipps, Karen Held; Serrott, Mark A.; Sperlazza, Bill A.; Young, David C. |
| **Subject:** | RE: DEI Committee Request |

Everyone,

I apologize, I'm in my 5ᵗʰ trial in the last 2 months, and I accidentally hit "reply all." I think this discussion is better reserved for the full judge's meeting instead of by email. I'm sorry for the mess-up.

**Judge Chris Brown (he/him/his)**
**Franklin County Common Pleas Court**
**General Division**
**345 S. High St., Courtroom 3F**
**Columbus, Ohio 4315**
**(614) 525-6288**

**From:** Cocroft, Kimberly X. <Kimberly_Cocroft@fccourts.org>
**Sent:** Monday, May 6, 2024 3:37 PM
**To:** Hawkins, Daniel R. <Daniel_Hawkins@fccourts.org>; Brown, Kimberly J. <Kimberly_Brown@fccourts.org>; Aveni, Carl A. <Carl_Aveni@fccourts.org>; Brown, Chris M. <Chris_Brown@fccourts.org>; Brown, Jeffrey M. <Jeffrey_Brown@fccourts.org>; Holbrook, Michael J. <Michael_Holbrook@fccourts.org>; Lynch, Julie M. <Julie_Lynch@fccourts.org>; McIntosh, Stephen L. <Stephen_McIntosh@fccourts.org>; Miller, Andy D.M. <Andy_Miller@fccourts.org>; Munson, Sheryl K. <Sheryl_Munson@fccourts.org>; Noble, Andria C. <Andria_Noble@fccourts.org>; Page, Jaiza N. <Jaiza_Page@fccourts.org>; Phipps, Karen Held <Karen_Phipps@fccourts.org>; Serrott, Mark A. <Mark_Serrott@fccourts.org>; Sperlazza, Bill A. <Bill_Sperlazza@fccourts.org>; Young, David C. <David_Young@fccourts.org>
**Subject:** RE: DEI Committee Request

Good afternoon:

Administrative Judge Brown - I have a question and comment. First, who specifically proposed this compromise? Next, I am unclear on the distinction that this compromise attempts to create with the exclusion of the Court's Seal and the inclusion of "Franklin County Court of Common Pleas – DEI Committee" and would appreciate any insight that you can provide on this point.

Judge Hawkins – As a further point of insight and clarification, what litigation is pending currently in our Court and what litigation is reportedly headed our way that is implicated by this activity?

Thank you.



**Judge Kimberly Cocroft**
Pronouns: She/Her/Hers
**Franklin County Common Pleas Court**
345 South High Street | 4th Floor | Columbus, OH 43215-4554
**(P) 614.525.7200| (F) 614.525.4641**
Kimberly_Cocroft@fccourts.org | http://www.fccourts.org

---

**From:** Hawkins, Daniel R. <Daniel_Hawkins@fccourts.org>
**Sent:** Monday, May 6, 2024 2:03 PM
**To:** Brown, Kimberly J. <Kimberly_Brown@fccourts.org>; Aveni, Carl A. <Carl_Aveni@fccourts.org>; Brown, Chris M. <Chris_Brown@fccourts.org>; Brown, Jeffrey M. <Jeffrey_Brown@fccourts.org>; Cocroft, Kimberly X. <Kimberly_Cocroft@fccourts.org>; Holbrook, Michael J. <Michael_Holbrook@fccourts.org>; Lynch, Julie M. <Julie_Lynch@fccourts.org>; McIntosh, Stephen L. <Stephen_McIntosh@fccourts.org>; Miller, Andy D.M. <Andy_Miller@fccourts.org>; Munson, Sheryl K. <Sheryl_Munson@fccourts.org>; Noble, Andria C. <Andria_Noble@fccourts.org>; Page, Jaiza N. <Jaiza_Page@fccourts.org>; Phipps, Karen Held <Karen_Phipps@fccourts.org>; Serrott, Mark A. <Mark_Serrott@fccourts.org>; Sperlazza, Bill A. <Bill_Sperlazza@fccourts.org>; Young, David C. <David_Young@fccourts.org>
**Cc:** Goodman, Jennifer L. <Jennifer_Goodman@fccourts.org>
**Subject:** RE: DEI Committee Request

Thank you, Judge. Although I anticipate I will be the lone dissenting voice, I just want to be on record as objecting to this. I think it is a bad idea and is setting a terrible precedent. I don't believe noting that this is the "DEI Committee" avoids the appearance of our Court endorsing the parade or Stonewall. It is still the Court's committee, made up of court employees, and involving shirts and activities that are being approved by the Court. I think this is highly inappropriate and unethical, especially given litigation that is pending in our Court and other similar litigation that is reportedly headed our way.

This has nothing to do with Pride or Stonewall. If the request was for similar t-shirts to allow employees to take part in the March for Life, I would have the same objection, as it would be wholly inappropriate and I'm certain my colleagues would agree. I would suggest any employee who would like to participate simply wear the generic Franklin County shirts provided by the commissioners.

Should the Court decide to go through with this, I will request similar t-shirts and treatment for employees who wish to participate in other causes or events sponsored by, say, Ohio Right to Life and the Center for Christian Virtue. Or perhaps some upcoming events sponsored by Jewish Columbus, although we may need to give equal voice to those employees who support the pro-Hamas cause.

I appreciate you reaching out to us, but I think the fact that you and court administration have done so is an acknowledgement that this is clearly a controversial decision and want to make sure there is sufficient buy-in from the judges. Again, I believe this is inappropriate and to the extent this Court decides to open this can of worms, I just want to be on record opposing this.

Thank you,
Dan

2

| | |
|---|---|
| **From:** | Brown, Chris M. |
| **Sent:** | Monday, May 6, 2024 1:42 PM |
| **To:** | Brown, Kimberly J.; Aveni, Carl A.; Brown, Jeffrey M.; Cocroft, Kimberly X.; Hawkins, Daniel R.; Holbrook, Michael J.; Lynch, Julie M.; McIntosh, Stephen L; Miller, Andy D.M.; Munson, Sheryl K.; Noble, Andria C.; Page, Jaiza N.; Phipps, Karen Held; Serrott, Mark A.; Sperlazza, Bill A.; Young, David C. |
| **Cc:** | Goodman, Jennifer L. |
| **Subject:** | RE: DEI Committee Request |

I fully support the proposal.

**Judge Chris Brown (he/him/his)**
**Franklin County Common Pleas Court**
**General Division**
**345 S. High St., Courtroom 3F**
**Columbus, Ohio 4315**
**(614) 525-6288**

**From:** Brown, Kimberly J. <Kimberly_Brown@fccourts.org>
**Sent:** Monday, May 6, 2024 12:31 PM
**To:** Aveni, Carl A. <Carl_Aveni@fccourts.org>; Brown, Chris M. <Chris_Brown@fccourts.org>; Brown, Jeffrey M. <Jeffrey_Brown@fccourts.org>; Cocroft, Kimberly X. <Kimberly_Cocroft@fccourts.org>; Hawkins, Daniel R. <Daniel_Hawkins@fccourts.org>; Holbrook, Michael J. <Michael_Holbrook@fccourts.org>; Lynch, Julie M. <Julie_Lynch@fccourts.org>; McIntosh, Stephen L. <Stephen_McIntosh@fccourts.org>; Miller, Andy D.M. <Andy_Miller@fccourts.org>; Munson, Sheryl K. <Sheryl_Munson@fccourts.org>; Noble, Andria C. <Andria_Noble@fccourts.org>; Page, Jaiza N. <Jaiza_Page@fccourts.org>; Phipps, Karen Held <Karen_Phipps@fccourts.org>; Serrott, Mark A. <Mark_Serrott@fccourts.org>; Sperlazza, Bill A. <Bill_Sperlazza@fccourts.org>; Young, David C. <David_Young@fccourts.org>
**Cc:** Goodman, Jennifer L. <Jennifer_Goodman@fccourts.org>
**Subject:** DEI Committee Request

Good afternoon, Judges:

As you are aware, Napoleon and the Administrative Team are working with staff to further develop DEI initiatives throughout the Court and Probation. One of these initiatives is to engage more with the community. The DEI Committee members have expressed an interest in participating in the upcoming Pride parade. The Board of Commissioners will be participating in the parade and have provided approval for our staff to utilize their account, thereby covering the $5 per employee cost to march in the parade. The staff would also like to have t-shirts made, which is customary for those marching in the parade.

In the past, the Court has not permitted sponsorship of an event or entity, nor paid for t-shirts or items that appeared to endorse any entity, in an effort to further the need for the Court to maintain its neutrality and un-biased status. As a compromise, it has been proposed to have t-shirts that do not contain the Court's seal but indicate "**Franklin County Court of Common Pleas – DEI Committee**" in print. This is an effort to distinguish the Court from the committee, thereby not giving an appearance of the Court endorsing the parade or Stonewall.

I am supportive of this compromise; however, wanted to provide you an opportunity to weigh in on this issue. Please let me know by close of business on Tuesday, May 7, if you would like to discuss this issue with me.

Thank you.



**Judge Kim Brown**
Administrative Judge
**Franklin County Common Pleas Court**
345 South High Street | Courtroom 5E | Columbus, OH 43215-4554
**(P) 614.525.3811 | (F) 614.525.2462**
Kimberly_Brown@fccourts.org | http://www.fccourts.org



**Judge Daniel R. Hawkins**
Franklin County Common Pleas Court
345 South High Street | 6th Floor | Columbus, OH 43215-4554
(P) 614.525.6281 | (F) 614.525.6292
Daniel_Hawkins@fccourts.org | http://www.fccourts.org

---

**From:** Brown, Kimberly J. <Kimberly_Brown@fccourts.org>
**Sent:** Monday, May 6, 2024 12:31 PM
**To:** Aveni, Carl A. <Carl_Aveni@fccourts.org>; Brown, Chris M. <Chris_Brown@fccourts.org>; Brown, Jeffrey M. <Jeffrey_Brown@fccourts.org>; Cocroft, Kimberly X. <Kimberly_Cocroft@fccourts.org>; Hawkins, Daniel R. <Daniel_Hawkins@fccourts.org>; Holbrook, Michael J. <Michael_Holbrook@fccourts.org>; Lynch, Julie M. <Julie_Lynch@fccourts.org>; McIntosh, Stephen L. <Stephen_McIntosh@fccourts.org>; Miller, Andy D.M. <Andy_Miller@fccourts.org>; Munson, Sheryl K. <Sheryl_Munson@fccourts.org>; Noble, Andria C. <Andria_Noble@fccourts.org>; Page, Jaiza N. <Jaiza_Page@fccourts.org>; Phipps, Karen Held <Karen_Phipps@fccourts.org>; Serrott, Mark A. <Mark_Serrott@fccourts.org>; Sperlazza, Bill A. <Bill_Sperlazza@fccourts.org>; Young, David C. <David_Young@fccourts.org>
**Cc:** Goodman, Jennifer L. <Jennifer_Goodman@fccourts.org>
**Subject:** DEI Committee Request

Good afternoon, Judges:

As you are aware, Napoleon and the Administrative Team are working with staff to further develop DEI initiatives throughout the Court and Probation. One of these initiatives is to engage more with the community. The DEI Committee members have expressed an interest in participating in the upcoming Pride parade. The Board of Commissioners will be participating in the parade and have provided approval for our staff to utilize their account, thereby covering the $5 per employee cost to march in the parade. The staff would also like to have t-shirts made, which is customary for those marching in the parade.

In the past, the Court has not permitted sponsorship of an event or entity, nor paid for t-shirts or items that appeared to endorse any entity, in an effort to further the need for the Court to maintain its neutrality and un-biased status. As a compromise, it has been proposed to have t-shirts that do not contain the Court's seal but indicate **"Franklin County Court of Common Pleas – DEI Committee"** in print. This is an effort to distinguish the Court from the committee, thereby not giving an appearance of the Court endorsing the parade or Stonewall.

I am supportive of this compromise; however, wanted to provide you an opportunity to weigh in on this issue. Please let me know by close of business on Tuesday, May 7, if you would like to discuss this issue with me.

Thank you.



**Judge Kim Brown**
Administrative Judge
**Franklin County Common Pleas Court**
345 South High Street | Courtroom 5E | Columbus, OH 43215-4554
**(P) 614.525.3811 | (F) 614.525.2462**
Kimberly_Brown@fccourts.org | http://www.fccourts.org

| | |
|---|---|
| **From:** | Munson, Sheryl K. |
| **Sent:** | Monday, May 6, 2024 1:52 PM |
| **To:** | Brown, Kimberly J.; Aveni, Carl A.; Brown, Chris M.; Brown, Jeffrey M.; Cocroft, Kimberly X.; Hawkins, Daniel R.; Holbrook, Michael J.; Lynch, Julie M.; McIntosh, Stephen L.; Miller, Andy D.M.; Noble, Andria C.; Page, Jaiza N.; Phipps, Karen Held; Serrott, Mark A.; Sperlazza, Bill A.; Young, David C. |
| **Cc:** | Goodman, Jennifer L. |
| **Subject:** | Re: DEI Committee Request |

I am also in full support of this. Thank you



**Judge Sheryl K. Munson**
Presiding Judge, RISE Mental Health Court
Franklin County Common Pleas Court
345 South High Street | 7th Floor | Columbus, OH 43215-4554
(P) 614.525.3770 (F) 614.525.4240
Sheryl_Munson@fccourts.org | http://www.fccourts.org

**From:** Brown, Kimberly J. <Kimberly_Brown@fccourts.org>
**Sent:** Monday, May 6, 2024 12:30 PM
**To:** Aveni, Carl A. <Carl_Aveni@fccourts.org>; Brown, Chris M. <Chris_Brown@fccourts.org>; Brown, Jeffrey M. <Jeffrey_Brown@fccourts.org>; Cocroft, Kimberly X. <Kimberly_Cocroft@fccourts.org>; Hawkins, Daniel R. <Daniel_Hawkins@fccourts.org>; Holbrook, Michael J. <Michael_Holbrook@fccourts.org>; Lynch, Julie M. <Julie_Lynch@fccourts.org>; McIntosh, Stephen L. <Stephen_McIntosh@fccourts.org>; Miller, Andy D.M. <Andy_Miller@fccourts.org>; Munson, Sheryl K. <Sheryl_Munson@fccourts.org>; Noble, Andria C. <Andria_Noble@fccourts.org>; Page, Jaiza N. <Jaiza_Page@fccourts.org>; Phipps, Karen Held <Karen_Phipps@fccourts.org>; Serrott, Mark A. <Mark_Serrott@fccourts.org>; Sperlazza, Bill A. <Bill_Sperlazza@fccourts.org>; Young, David C. <David_Young@fccourts.org>
**Cc:** Goodman, Jennifer L. <Jennifer_Goodman@fccourts.org>
**Subject:** DEI Committee Request

Good afternoon, Judges:

As you are aware, Napoleon and the Administrative Team are working with staff to further develop DEI initiatives throughout the Court and Probation. One of these initiatives is to engage more with the community. The DEI Committee members have expressed an interest in participating in the upcoming Pride parade. The Board of Commissioners will be participating in the parade and have provided approval for our staff to utilize their account, thereby covering the $5 per employee cost to march in the parade. The staff would also like to have t-shirts made, which is customary for those marching in the parade.

In the past, the Court has not permitted sponsorship of an event or entity, nor paid for t-shirts or items that appeared to endorse any entity, in an effort to further the need for the Court to maintain its neutrality and un-biased status. As a compromise, it has been proposed to have t-shirts that do not contain the Court's seal but indicate "**Franklin County Court of Common Pleas – DEI Committee**" in print. This is an effort to distinguish the Court from the committee, thereby not giving an appearance of the Court endorsing the parade or Stonewall.

**Cocroft, Kimberly X.**

| | |
|---|---|
| **From:** | Young, David C. |
| **Sent:** | Monday, May 6, 2024 1:51 PM |
| **To:** | Brown, Kimberly J.; Aveni, Carl A.; Brown, Chris M.; Brown, Jeffrey M.; Cocroft, Kimberly X.; Hawkins, Daniel R.; Holbrook, Michael J.; Lynch, Julie M.; McIntosh, Stephen L.; Miller, Andy D.M.; Munson, Sheryl K.; Noble, Andria C.; Page, Jaiza N.; Phipps, Karen Held; Serrott, Mark A.; Sperlazza, Bill A. |
| **Cc:** | Goodman, Jennifer L. |
| **Subject:** | RE: DEI Committee Request |

I support it

**From:** Brown, Kimberly J. <Kimberly_Brown@fccourts.org>
**Sent:** Monday, May 6, 2024 12:31 PM
**To:** Aveni, Carl A. <Carl_Aveni@fccourts.org>; Brown, Chris M. <Chris_Brown@fccourts.org>; Brown, Jeffrey M. <Jeffrey_Brown@fccourts.org>; Cocroft, Kimberly X. <Kimberly_Cocroft@fccourts.org>; Hawkins, Daniel R. <Daniel_Hawkins@fccourts.org>; Holbrook, Michael J. <Michael_Holbrook@fccourts.org>; Lynch, Julie M. <Julie_Lynch@fccourts.org>; McIntosh, Stephen L. <Stephen_McIntosh@fccourts.org>; Miller, Andy D.M. <Andy_Miller@fccourts.org>; Munson, Sheryl K. <Sheryl_Munson@fccourts.org>; Noble, Andria C. <Andria_Noble@fccourts.org>; Page, Jaiza N. <Jaiza_Page@fccourts.org>; Phipps, Karen Held <Karen_Phipps@fccourts.org>; Serrott, Mark A. <Mark_Serrott@fccourts.org>; Sperlazza, Bill A. <Bill_Sperlazza@fccourts.org>; Young, David C. <David_Young@fccourts.org>
**Cc:** Goodman, Jennifer L. <Jennifer_Goodman@fccourts.org>
**Subject:** DEI Committee Request

Good afternoon, Judges:

As you are aware, Napoleon and the Administrative Team are working with staff to further develop DEI initiatives throughout the Court and Probation. One of these initiatives is to engage more with the community. The DEI Committee members have expressed an interest in participating in the upcoming Pride parade. The Board of Commissioners will be participating in the parade and have provided approval for our staff to utilize their account, thereby covering the $5 per employee cost to march in the parade. The staff would also like to have t-shirts made, which is customary for those marching in the parade.

In the past, the Court has not permitted sponsorship of an event or entity, nor paid for t-shirts or items that appeared to endorse any entity, in an effort to further the need for the Court to maintain its neutrality and un-biased status. As a compromise, it has been proposed to have t-shirts that do not contain the Court's seal but indicate "**Franklin County Court of Common Pleas – DEI Committee**" in print. This is an effort to distinguish the Court from the committee, thereby not giving an appearance of the Court endorsing the parade or Stonewall.

I am supportive of this compromise; however, wanted to provide you an opportunity to weigh in on this issue. Please let me know by close of business on Tuesday, May 7, if you would like to discuss this issue with me.

Thank you.



**Judge Kim Brown**
Administrative Judge
**Franklin County Common Pleas Court**
345 South High Street | Courtroom 5E | Columbus, OH 43215-4554
**(P) 614.525.3811 | (F) 614.525.2462**
Kimberly_Brown@fccourts.org | http://www.fccourts.org

| | |
|---|---|
| **From:** | Cocroft, Kimberly X. |
| **Sent:** | Monday, May 20, 2024 12:36 PM |
| **To:** | Hummer, Jeanine A.; Davis, Cameo E.; Brown, Kimberly J.; McIntosh, Stephen L. |
| **Cc:** | Goodman, Jennifer L.; Bedsole, Susan E.; Zervas, John A. |
| **Subject:** | RE: Online Form Submittal: Public Record Request |

Thank you, Ms. Hummer.

Candidly, I have never seen or received a public records request for which there was an immediate statement that my system would be accessed to retrieve potentially responsive documents. This is especially true because the initial communication included no reference to the fact that the email systems of Administrative Judge Brown and Presiding Judge McIntosh would be accessed simultaneously.



**Judge Kimberly Cocroft**
Pronouns: She/Her/Hers
**Franklin County Common Pleas Court**
345 South High Street | 4th Floor | Columbus, OH 43215-4554
**(P) 614.525.7200| (F) 614.525.4641**
Kimberly_Cocroft@fccourts.org | http://www.fccourts.org

**From:** Hummer, Jeanine A. <jhummer@franklincountyohio.gov>
**Sent:** Monday, May 20, 2024 12:17 PM
**To:** Cocroft, Kimberly X. <Kimberly_Cocroft@fccourts.org>; Davis, Cameo E. <Cameo_Davis@fccourts.org>; Brown, Kimberly J. <Kimberly_Brown@fccourts.org>; McIntosh, Stephen L. <Stephen_McIntosh@fccourts.org>
**Cc:** Goodman, Jennifer L. <Jennifer_Goodman@fccourts.org>; Bedsole, Susan E. <Susan_Bedsole@fccourts.org>; Zervas, John A. <jzervas@franklincountyohio.gov>
**Subject:** RE: Online Form Submittal: Public Record Request

Thank you, Judge, for forwarding this to our attention.
Court Administration should respond that the matter is under legal review.
I would ask that before gathering records, we pause since this may involve privileged communication.

***This Opinion/Advice constitutes confidential legal advice which is protected by the Attorney-Client privilege and is not a public record. Do not cut, copy, paste, forward or disclose this Opinion /Advice, and do not save this Opinion/Advice in a public or shared file, folder, or location. If there are specific individuals within your department or agency that should receive this Opinion/Advice, please contact me to provide their names and I will send this Opinion/Advice to those individuals directly. This will help ensure we maintain the Attorney – Client privilege associated with this Opinion/Advice.***

Jeanine Hummer
First Assistant Prosecuting Attorney and Chief Counsel
Civil Division
373 S. High Street, 13th Floor
Columbus, OH 43215



**EXHIBIT**

105

Phone: 614-525-3269 Cell:614-5950099
Fax: 614-525-6012
jhummer@franklincountyohio.gov

## Office of G. Gary Tyack
**Franklin County Prosecuting Attorney**



Franklin County Prosecutor's Office

**From:** Cocroft, Kimberly X. <Kimberly_Cocroft@fccourts.org>
**Sent:** Monday, May 20, 2024 11:29 AM
**To:** Davis, Cameo E. <Cameo_Davis@fccourts.org>; Brown, Kimberly J. <Kimberly_Brown@fccourts.org>; McIntosh, Stephen L. <Stephen_McIntosh@fccourts.org>
**Cc:** Goodman, Jennifer L. <Jennifer_Goodman@fccourts.org>; Bedsole, Susan E. <Susan_Bedsole@fccourts.org>; Hummer, Jeanine A. <jhummer@franklincountyohio.gov>; Zervas, John A. <jzervas@franklincountyohio.gov>
**Subject:** RE: Online Form Submittal: Public Record Request

I have copied the Court's counsel who have been included on other communications regarding records requests.

**Judge Kimberly Cocroft**
Pronouns: She/Her/Hers
**Franklin County Common Pleas Court**
345 South High Street | 4th Floor | Columbus, OH 43215-4554
**(P) 614.525.7200| (F) 614.525.4641**
Kimberly_Cocroft@fccourts.org | http://www.fccourts.org

**From:** Davis, Cameo E. <Cameo_Davis@fccourts.org>
**Sent:** Monday, May 20, 2024 9:43 AM
**To:** Brown, Kimberly J. <Kimberly_Brown@fccourts.org>; McIntosh, Stephen L. <Stephen_McIntosh@fccourts.org>; Cocroft, Kimberly X. <Kimberly_Cocroft@fccourts.org>
**Cc:** Goodman, Jennifer L. <Jennifer_Goodman@fccourts.org>; Bedsole, Susan E. <Susan_Bedsole@fccourts.org>
**Subject:** FW: Online Form Submittal: Public Record Request

Good morning,

Please see the below request. We will be accessing your email to gather this information.

Thank you.



**Cameo Davis**
Pronouns: She/Her/Hers
Director of Human Resources and Training
**Franklin County Common Pleas Court**
345 South High Street | 2nd Floor | Columbus, OH 43215-4554
**(P) 614.525.5312 | (F) 614.525.8903**
Cameo_Davis@fccourts.org | http://www.fccourts.org

**From:** noreply@civicplus.com <noreply@civicplus.com>
**Sent:** Friday, May 17, 2024 4:16 PM
**To:** GEN_HR <GEN_HR@fccourts.org>
**Subject:** Online Form Submittal: Public Record Request

If you are having problems viewing this HTML email, click to view a Text version.

## Public Record Request

| | |
|---|---|
| Your First Name* | Bethany |
| Your Last Name* | Bruner |
| Your eMail address* | bbruner@dispatch.com |
| Specific Record(s) Requested* | The Dispatch would like to request, electronically if at all possible, a copy of a complaint or letter filed in 2022 by Jennifer Goodman regarding Judge Kimberly Cocroft. The Dispatch would also like to request, electronically if at all possible, a copy of any and all documentation from Judge Cocroft to Judge Kim Brown and/or Judge McIntosh pertaining to records retention and/or potential litigation between April 1, 2024 and May 17, 2024. I can be reached at 937-408-3453 for any questions or clarifications. |

* indicates required fields.

View any uploaded files by signing in and then proceeding to the link below:
http://oh-franklincourts.civicplus.com/Admin/FormHistory.aspx?SID=7548


The following form was submitted via your website: Public Record Request

Your First Name: Bethany

Your Last Name: Bruner

Your eMail address: bbruner@dispatch.com

Specific Record(s) Requested: The Dispatch would like to request, electronically if at all possible, a copy of a complaint or letter filed in 2022 by Jennifer Goodman regarding Judge Kimberly Cocroft.

The Dispatch would also like to request, electronically if at all possible, a copy of any and all documentation from Judge Cocroft to Judge Kim Brown and/or Judge McIntosh pertaining to records retention and/or potential litigation between April 1, 2024 and May 17, 2024.
I can be reached at 937-408-3453 for any questions or clarifications.


Additional Information:
Form submitted on: 5/17/2024 4:16:27 PM
Submitted from IP Address: 198.30.81.2
Referrer Page: https://www.fccourts.org/
Form Address: http://oh-franklincourts.civicplus.com/Forms.aspx?FID=172

3

**Cocroft, Kimberly X.**

| | |
|---|---|
| **From:** | Cocroft, Kimberly X. |
| **Sent:** | Tuesday, May 21, 2024 12:53 PM |
| **To:** | Hummer, Jeanine A. |
| **Cc:** | Davis, Cameo E.; Zervas, John A.; Brown, Kimberly J.; Dean, Theresa M. |
| **Subject:** | RE: Online Form Submittal: Public Record Request |

Thank you, Ms. Hummer.

While I believe this is a broader court matter based on how the circumstance was managed and continues to be managed, I do not believe that my opinion is shared.



**Judge Kimberly Cocroft**
Pronouns: She/Her/Hers
**Franklin County Common Pleas Court**
345 South High Street | 4th Floor | Columbus, OH 43215-4554
**(P) 614.525.7200| (F) 614.525.4641**
Kimberly_Cocroft@fccourts.org | http://www.fccourts.org

**From:** Hummer, Jeanine A. <jhummer@franklincountyohio.gov>
**Sent:** Tuesday, May 21, 2024 12:39 PM
**To:** Cocroft, Kimberly X. <Kimberly_Cocroft@fccourts.org>
**Cc:** Davis, Cameo E. <Cameo_Davis@fccourts.org>; Zervas, John A. <jzervas@franklincountyohio.gov>; Brown, Kimberly J. <Kimberly_Brown@fccourts.org>; Dean, Theresa M. <tdean@franklincountyohio.gov>
**Subject:** Re: Online Form Submittal: Public Record Request

Judge,

We did reach out to risk management to obtain clarity. The instruction was that if it's a judge matter, typically the judge will call themselves. If it's more of a broader court matter, the court administrator will call on behalf of the court.

Jeanine

Sent from my iPhone
Excuse my typos

1



On May 21, 2024, at 11:19 AM, Cocroft, Kimberly X. <Kimberly_Cocroft@fccourts.org> wrote:

Thank you, Director Davis, for the additional information that is not reflected in the records I received.

I am intrigued by the distinction that is attempting to be drawn between the Court and Judge Horton, who was a member of the Court. But I accept that this was the explanation provided to you.

Ms. Hummer, if there is additional information that you have, then I look forward to hearing from you.



**Judge Kimberly Cocroft**
Pronouns: She/Her/Hers
**Franklin County Common Pleas Court**
345 South High Street | 4th Floor | Columbus, OH 43215-4554
**(P) 614.525.7200| (F) 614.525.4641**
Kimberly_Cocroft@fccourts.org | http://www.fccourts.org

**From:** Davis, Cameo E. <Cameo_Davis@fccourts.org>
**Sent:** Tuesday, May 21, 2024 10:25 AM
**To:** Cocroft, Kimberly X. <Kimberly_Cocroft@fccourts.org>; Hummer, Jeanine A. <jhummer@franklincountyohio.gov>
**Cc:** Zervas, John A. <jzervas@franklincountyohio.gov>; Brown, Kimberly J. <Kimberly_Brown@fccourts.org>
**Subject:** RE: Online Form Submittal: Public Record Request

Good morning, Ms. Hummer.

For purposes of clarification, in 2014, Jennifer Goodman made the call to Montgomery Rennie & Jonson at the request of the administrative judge on behalf of the Court, not on behalf of Judge Horton. This was a call to the hotline for initial legal advice at which time they advised Jennifer Goodman that there may be a conflict due to their potential representation with Judge Horton. At no time did we contact them on his behalf.

The next day, we received a return phone call from Montogomery Rennie & Jonson asserting that they were representing Judge Horton and we needed separate representation.

Thank you.



**Cameo Davis**
Pronouns: She/Her/Hers
Director of Human Resources and Training
**Franklin County Common Pleas Court**
345 South High Street | 2nd Floor | Columbus, OH 43215-4554
**(P) 614.525.5312 | (F) 614.525.8903**
Cameo_Davis@fccourts.org | http://www.fccourts.org

**From:** Cocroft, Kimberly X. <Kimberly_Cocroft@fccourts.org>
**Sent:** Tuesday, May 21, 2024 9:31 AM
**To:** Hummer, Jeanine A. <jhummer@franklincountyohio.gov>
**Cc:** Zervas, John A. <jzervas@franklincountyohio.gov>; Brown, Kimberly J. <Kimberly_Brown@fccourts.org>; Davis, Cameo E. <Cameo_Davis@fccourts.org>
**Subject:** RE: Online Form Submittal: Public Record Request
**Importance:** High

Thank you, Ms. Hummer:

I would appreciate clarity and advice on who is responsible for initiating this process.

In my review of information dated October 22, 2014 and October 23, 2014, the following was memorialized:

10/22/14 – Telephone call from Deputy Director Goodman to Linda Woeber (Montgomery, Rennie and Johnson). The purpose of the call was to obtain general legal advice as to obtaining a response from Judge Horton, how to proceed in the event that a monetary demand is provided, providing documentation to Executive Director Jones and Judge Horton, etc.

10/23/14 – Phone call – Linda Woeber – Montgomery, Rennie & Johnson – The purpose of Ms. Woeber's call was to inform the Court that they were advising the Supreme Court to open a claim as they believe there would be a monetary demand. In addition, they were going to advise the Supreme Court that we required separate counsel as they were representing Judge Horton in this matter.

I presume that Judge Horton's representation by Montgomery Rennie & Johnson was through the Court's liability insurance policy and was precipitated by Ms. Weyant's claims against him. When the complaint against me was filed in 2022, the above-referenced process was not followed, from initially receiving a copy of the complaint against me, to obtaining a response from me, to contacting the Supreme Court of Ohio, to advising me regarding legal representation since I was told that Ms. Goodman had "lawyered up".

While I appreciate receiving the link, I do not believe that I am responsible for initiating these calls, though I will do so if that is what will now be required. To that end, I would appreciate someone initiating this historical practice to address the second records request for Ms. Goodman's complaint. Since I was not advised of my rights two years ago and since the 2022 complaint is once again the subject of a records request, I am now asserting any and all rights related to the complaint filed against me, which was never investigated and for which I was given no opportunity to respond, and hereby request that the liability insurance carrier/firm for the Court be notified immediately and my request for separate counsel be submitted and fulfilled.

Finally, let me emphasize that the inclusion of counsel on this communication and my request for advice likely makes this a privileged and confidential communication that is not subject to disclosure by anyone.



**Judge Kimberly Cocroft**
Pronouns: She/Her/Hers
**Franklin County Common Pleas Court**
345 South High Street | 4th Floor | Columbus, OH 43215-4554
**(P) 614.525.7200| (F) 614.525.4641**
Kimberly_Cocroft@fccourts.org | http://www.fccourts.org

**From:** Hummer, Jeanine A. <jhummer@franklincountyohio.gov>
**Sent:** Tuesday, May 21, 2024 7:39 AM
**To:** Cocroft, Kimberly X. <Kimberly_Cocroft@fccourts.org>; Davis, Cameo E.
<Cameo_Davis@fccourts.org>
**Cc:** Zervas, John A. <jzervas@franklincountyohio.gov>; Brown, Kimberly J.
<Kimberly_Brown@fccourts.org>
**Subject:** RE: Online Form Submittal: Public Record Request

https://www.supremecourt.ohio.gov/judges/judges/judicial-liability-insurance/
Please see the attached link, which may be helpful to all regarding judicial liability insurance.


***This Opinion/Advice constitutes confidential legal advice that is protected by the Attorney-Client privilege and is not a public record. Do not cut, copy, paste, forward or disclose this Opinion /Advice, and do not save this Opinion/Advice in a public or shared file, folder, or location. If there are specific individuals within your department or agency who should receive this Opinion/Advice,  please contact me to provide their names and I will send this Opinion/Advice to those individuals directly. This will help ensure we maintain the Attorney–Client privilege associated with this Opinion/Advice.***



Jeanine Hummer
First Assistant Prosecuting Attorney and Chief Counsel
Civil Division
373 S. High Street,  13th Floor
Columbus, OH 43215
Phone:  614-525-3269  Cell:614-5950099
Fax:  614-525-6012
jhummer@franklincountyohio.gov

## Office of G. Gary Tyack
**Franklin County Prosecuting Attorney**
Franklin County Prosecutor's Facebook
Franklin County Prosecutor's Office

## Office of G. Gary Tyack
**Franklin County Prosecuting Attorney**



Franklin County Prosecutor's Office
*This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain private, confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, employee or agent responsible for delivering this message, please contact the sender by reply e-mail and destroy all copies of the original e-mail message.*

**From:** Cocroft, Kimberly X. <Kimberly_Cocroft@fccourts.org>
**Sent:** Monday, May 20, 2024 6:05 PM
**To:** Davis, Cameo E. <Cameo_Davis@fccourts.org>
**Cc:** Hummer, Jeanine A. <jhummer@franklincountyohio.gov>; Zervas, John A. <jzervas@franklincountyohio.gov>; Brown, Kimberly J. <Kimberly_Brown@fccourts.org>
**Subject:** RE: Online Form Submittal: Public Record Request
**Importance:** High

Director Davis:

Based on the records request regarding the complaint filed by Ms. Goodman against me in 2022, please accept this communication as my formal request that the Court contact and engage the law firm that provides liability representation (Montgomery Johnson or Isaac Wiles, etc.) immediately to provide legal representation and counsel to me.

When this matter first arose, I was not advised by anyone with the Court that I was entitled to counsel. However, based on my review of documents, there is historical precedent for this engagement and, therefore, I further request that you notify me of the firm and attorney who will provide the representation and counsel by no later than close of business tomorrow, May 21, 2024.



**Judge Kimberly Cocroft**
Pronouns: She/Her/Hers
**Franklin County Common Pleas Court**
345 South High Street | 4th Floor | Columbus, OH 43215-4554
**(P) 614.525.7200| (F) 614.525.4641**
**Kimberly_Cocroft@fccourts.org** | http://www.fccourts.org

**From:** Davis, Cameo E. <Cameo_Davis@fccourts.org>
**Sent:** Monday, May 20, 2024 5:05 PM
**To:** Cocroft, Kimberly X. <Kimberly_Cocroft@fccourts.org>
**Cc:** Hummer, Jeanine A. <jhummer@franklincountyohio.gov>; Zervas, John A. <jzervas@franklincountyohio.gov>
**Subject:** RE: Online Form Submittal: Public Record Request

Good afternoon,

I was scheduled out of the office Friday afternoon and did not see the request until this morning.

The initial priority was to alert the impacted judges, then the prosecutor's office would be included for a legal review.



**Cameo Davis**
Pronouns: She/Her/Hers
Director of Human Resources and Training
**Franklin County Common Pleas Court**
345 South High Street | 2nd Floor | Columbus, OH 43215-4554
**(P) 614.525.5312 | (F) 614.525.8903**
**Cameo_Davis@fccourts.org** | http://www.fccourts.org

**From:** Cocroft, Kimberly X. <Kimberly_Cocroft@fccourts.org>
**Sent:** Monday, May 20, 2024 1:53 PM
**To:** Davis, Cameo E. <Cameo_Davis@fccourts.org>
**Cc:** Hummer, Jeanine A. <jhummer@franklincountyohio.gov>; Zervas, John A.
<jzervas@franklincountyohio.gov>
**Subject:** RE: Online Form Submittal: Public Record Request

Director Davis:

I noted that this request was submitted on this past Friday, May 17, 2024, at 4:27pm. Is there a reason that I was not notified until today? Was either Ms. Hummer or Mr. Zervas aware of this request prior to your communication, notifying me that the Court was going to go through my email account?



**Judge Kimberly Cocroft**
Pronouns: She/Her/Hers
**Franklin County Common Pleas Court**
345 South High Street | 4th Floor | Columbus, OH 43215-4554
**(P) 614.525.7200| (F) 614.525.4641**
**Kimberly_Cocroft@fccourts.org** | http://www.fccourts.org

**From:** Davis, Cameo E. <Cameo_Davis@fccourts.org>
**Sent:** Monday, May 20, 2024 9:43 AM
**To:** Brown, Kimberly J. <Kimberly_Brown@fccourts.org>; McIntosh, Stephen L.
<Stephen_McIntosh@fccourts.org>; Cocroft, Kimberly X. <Kimberly_Cocroft@fccourts.org>
**Cc:** Goodman, Jennifer L. <Jennifer_Goodman@fccourts.org>; Bedsole, Susan E.
<Susan_Bedsole@fccourts.org>
**Subject:** FW: Online Form Submittal: Public Record Request

Good morning,

Please see the below request. We will be accessing your email to gather this information.

Thank you.



**Cameo Davis**
Pronouns: She/Her/Hers
Director of Human Resources and Training
**Franklin County Common Pleas Court**
345 South High Street | 2nd Floor | Columbus, OH 43215-4554
**(P) 614.525.5312 |  (F) 614.525.8903**
Cameo_Davis@fccourts.org | http://www.fccourts.org

**From:** noreply@civicplus.com <noreply@civicplus.com>
**Sent:** Friday, May 17, 2024 4:16 PM
**To:** GEN_HR <GEN_HR@fccourts.org>
**Subject:** Online Form Submittal: Public Record Request

If you are having problems viewing this HTML email, click to view a Text version.

## Public Record Request

| | |
|---|---|
| Your First Name* | Bethany |
| Your Last Name* | Bruner |
| Your eMail address* | bbruner@dispatch.com |
| Specific Record(s) Requested* | The Dispatch would like to request, electronically if at all possible, a copy of a complaint or letter filed 2022 by Jennifer Goodman regarding Judge Kimberly Cocroft. The Dispatch would also like to request electronically if at all possible, a copy of any and all documentation from Judge Cocroft to Judge Kim Brown and/or Judge McIntosh pertaining to records retention and/or potential litigation between April 2024 and May 17, 2024. I can be reached at 937-408-3453 for any questions or clarifications. |

* indicates required fields.

View any uploaded files by signing in and then proceeding to the link below:
http://oh-franklincourts.civicplus.com/Admin/FormHistory.aspx?SID=7548

The following form was submitted via your website: Public Record Request

Your First Name: Bethany

Your Last Name: Bruner

Your eMail address: bbruner@dispatch.com

Specific Record(s) Requested: The Dispatch would like to request, electronically if at all possible, a copy of a complaint or letter filed in 2022 by Jennifer Goodman regarding Judge Kimberly Cocroft.

The Dispatch would also like to request, electronically if at all possible, a copy of any and all documentation from Judge Cocroft to Judge Kim Brown and/or Judge McIntosh pertaining to records retention and/or potential litigation between April 1, 2024 and May

17, 2024.
I can be reached at 937-408-3453 for any questions or clarifications.

Additional Information:
Form submitted on: 5/17/2024 4:16:27 PM
Submitted from IP Address: 198.30.81.2
Referrer Page: https://www.fccourts.org/
Form Address: http://oh-franklincourts.civicplus.com/Forms.aspx?FID=172

**Cocroft, Kimberly X.**

<div style="text-align:right; border:2px solid black; display:inline-block; padding:4px;">
**EXHIBIT**

_107_
</div>

**From:**      Brown, Kimberly J.
**Sent:**      Thursday, May 23, 2024 11:36 AM
**To:**        McIntosh, Stephen L.; Cocroft, Kimberly X.
**Subject:**   RE: Proposed mediation with the Supreme Court

Judge McIntosh,

I am willing to pursue this process and speak with the Supreme Court/mediator about what would be necessary for designation of the court's representative.

Thank you for your time and effort in looking into the process.

Thanks.



**Judge Kim Brown**
Administrative Judge
**Franklin County Common Pleas Court**
345 South High Street | Courtroom 5E | Columbus, OH 43215-4554
**(P) 614.525.3811 | (F) 614.525.2462**
Kimberly_Brown@fccourts.org | http://www.fccourts.org

**From:** McIntosh, Stephen L. <Stephen_McIntosh@fccourts.org>
**Sent:** Thursday, May 23, 2024 10:39 AM
**To:** Brown, Kimberly J. <Kimberly_Brown@fccourts.org>; Cocroft, Kimberly X. <Kimberly_Cocroft@fccourts.org>
**Subject:** Proposed mediation with the Supreme Court

Good morning, Judge Brown and Judge Cocroft.                                had recommended some type of structured meeting or mediation to discuss the pending issues. I contacted the Ohio Supreme Court Dispute Resolution section to see if some type of mediation could be scheduled.  They got back with me and said a mediation could be scheduled using a retired judge. They checked with a retired judge and a magistrate as co-mediators who have agreed to conduct the mediation. I do not see a downside to at least attempting the process and maybe some of the outstanding issues can be resolve. Judge Brown as the administrative judge I assume you would be the appropriate person on behalf of the court. I do not know what approval by the court would be necessary for you to be the court's representative.

I would be happy to meet with you individually to answer any questions you may have. Unfortunately, I only have some general knowledge. Specific questions would have to be answered by the Supreme Court. The first step would be that they would contact each of you individually and then set a time and place to meet away from the courthouse. Probably at the Supreme Court.

Please respond to this email and let me know if you would like to proceed so I can contact the Supreme Court and let them know. I would urge you at a minimum to have the conversation with mediator before deciding whether you want to move forward with the mediation.

Thank you in advance for your consideration of this process.


**Judge Stephen L. McIntosh**
**Presiding Judge**
**Franklin County Court of Common Pleas**
345 South High Street, 4B
Columbus, Ohio 43215
**(614) 525-3550 (O)**
**(614) 525-3868 (F)**

**Cocroft, Kimberly X.**

| | |
|---|---|
| **From:** | Cocroft, Kimberly X. |
| **Sent:** | Wednesday, May 29, 2024 2:15 PM |
| **To:** | McIntosh, Stephen L. |
| **Subject:** | RE: Proposed mediation with the Supreme Court |

Presiding Judge McIntosh:

I decided to take time to reflect on and consider your communication, as well as the response from Administrative Judge Brown before I replied. In truth, I was surprised to receive this email because, since November 4, 2022, almost no one has attempted to speak with me about what was allowed to transpire and the impact of that circumstance on my staff and me. Indeed, when I raised my claims of a bad faith allegation by Executive Director Goodman, discrimination based on race and gender, hostile work environment, and retaliation with Administrative Judge Brown in January 2024 and attempted to engage in conversation thereafter, she stated unequivocally in March 2024, "I do not believe any additional in person meeting would be beneficial at this time." Since that time, I have been laughed at, ridiculed publicly, embarrassed and called names, and my staff continues to be subjected to abhorrent behavior that has made each of us professionally and personally miserable on a consistent basis. So, I am hopeful you can appreciate my confusion regarding the current willingness of anyone to engage.

Nevertheless, I have several questions for which I would appreciate responses so that I can make an informed decision about what is best for me:

1. Who are the mediators? You mentioned a retired judge and magistrate, but I would appreciate receiving their names.
2. Who would serve as the representative for the Court? Again, Administrative Judge Brown had determined previously that an in-person conversation with me would not be beneficial, so I am uncertain that she would now find value in the proposed encounter despite her reply to you.
3. Who would have negotiation/settlement/outcome authority on behalf of the Court? I am completely uninterested in having a guided conversation. When I attempted the same in November 2022, the idea was dismissed summarily, and my staff and I have endured too much for that to be the singular goal at this point.
4. Will counsel for either the Court or me be permitted to attend?
5. What is the goal of this mediation?
6. What does the Court expect from me? Concession? Capitulation? Contrition?
7. What should I and can I expect from the Court if I agree to this process?
8. What should I and can I expect from the mediators? Is their role to convince either side of something? To investigate? To make findings? To facilitate a resolution?
9. When do the mediators hope to have this conversation?
10. When did the Court receive a recommendation for mediation from I.
11. When did you first contact the Supreme Court of Ohio about the possibility of mediation?
12. Is the Supreme Court of Ohio the only proposed location for a possible mediation?
13. Why is this an option now?
14. Why do you believe Administrative Judge Brown would be the appropriate point person for the Court? Why would counsel for the Court not be appropriate?
15. Would the mediation be a whole day? Half day? Two hours? Who is responsible for making that decision?

Once I receive these answers, I will take additional time to consider whether this process makes sense for me.

Thank you.

1



EXHIBIT

108



**Judge Kimberly Cocroft**
Pronouns: She/Her/Hers
**Franklin County Common Pleas Court**
345 South High Street | 4th Floor | Columbus, OH 43215-4554
**(P) 614.525.7200| (F) 614.525.4641**
Kimberly_Cocroft@fccourts.org | http://www.fccourts.org

**From:** Brown, Kimberly J. <Kimberly_Brown@fccourts.org>
**Sent:** Thursday, May 23, 2024 11:36 AM
**To:** McIntosh, Stephen L. <Stephen_McIntosh@fccourts.org>; Cocroft, Kimberly X. <Kimberly_Cocroft@fccourts.org>
**Subject:** RE: Proposed mediation with the Supreme Court

Judge McIntosh,

I am willing to pursue this process and speak with the Supreme Court/mediator about what would be necessary for designation of the court's representative.

Thank you for your time and effort in looking into the process.

Thanks.



**Judge Kim Brown**
Administrative Judge
**Franklin County Common Pleas Court**
345 South High Street | Courtroom 5E | Columbus, OH 43215-4554
**(P) 614.525.3811 | (F) 614.525.2462**
Kimberly_Brown@fccourts.org | http://www.fccourts.org

**From:** McIntosh, Stephen L. <Stephen_McIntosh@fccourts.org>
**Sent:** Thursday, May 23, 2024 10:39 AM
**To:** Brown, Kimberly J. <Kimberly_Brown@fccourts.org>; Cocroft, Kimberly X. <Kimberly_Cocroft@fccourts.org>
**Subject:** Proposed mediation with the Supreme Court

Good morning, Judge Brown and Judge Cocroft. Heather Adams had recommended some type of structured meeting or mediation to discuss the pending issues. I contacted the Ohio Supreme Court Dispute Resolution section to see if some type of mediation could be scheduled. They got back with me and said a mediation could be scheduled using a retired judge. They checked with a retired judge and a magistrate as co-mediators who have agreed to conduct the mediation. I do not see a downside to at least attempting the process and maybe some of the outstanding issues can be resolve. Judge Brown as the administrative judge I assume you would be the appropriate person on behalf of the court. I do not know what approval by the court would be necessary for you to be the court's representative.

I would be happy to meet with you individually to answer any questions you may have. Unfortunately, I only have some general knowledge. Specific questions would have to be answered by the Supreme Court. The first step would be that they would contact each of you individually and then set a time and place to meet away from the courthouse. Probably at the Supreme Court.

Please respond to this email and let me know if you would like to proceed so I can contact the Supreme Court and let them know. I would urge you at a minimum to have the conversation with mediator before deciding whether you want to move forward with the mediation.

Thank you in advance for your consideration of this process.


**Judge Stephen L. McIntosh**
**Presiding Judge**
**Franklin County Court of Common Pleas**
345 South High Street, 4B
Columbus, Ohio 43215
**(614) 525-3550 (O)**
**(614) 525-3868 (F)**

EXHIBIT

109

| | |
|---|---|
| **From:** | Cocroft, Kimberly X. |
| **Sent:** | Monday, June 24, 2024 7:35 PM |
| **To:** | McIntosh, Stephen L. |
| **Subject:** | RE: Mediation Questions |

Presiding Judge McIntosh:

I have now had an opportunity to review and to be thoughtful about the responses below. Regrettably, I am disappointed by the information provided, to the extent that you were able to provide answers to my questions.

To begin, it is disheartening for me to know that I notified Administrative Judge Brown and the Court's lawyers of my claims of discrimination, hostile work environment and retaliation in January 2024. Yet, for whatever reasons, it took a conversation with and/or suggestion from Ms. Adams at some point to inspire the Court to consider any kind of conversation with me. This disappointment is particularly profound given the intentionality and persistence with which the Court Administrator's baseless claims against me were managed with all deliberate speed. Moreover, most of the judges of the Court were almost defiant in their assertion that Ms. Adams would not be permitted to investigate any of my claims. So, I find it ironic that, despite the protestations regarding an investigation, the Court was willing to follow her suggestion to engage in a guided conversation. For me, the cognitive dissonance is unsettling.

Additionally, it seems that the only way that I will have a better understanding of what might take place is to agree to participate in the process. This construct is an unacceptable proposition for me. I have spent nearly two years hoping and trusting that the Court would be integral in its management of the Court Administrator's false allegations and in the way it treated me as a longstanding member of the Court. What I received, instead, was constant disrespect and minimization, and a barrage of unfair labels and attacks against my staff and me. As such, it would be ill-advised for me to go into another encounter with blind faith and trust in both the process and the outcomes.

In that regard, I am stunned to read that Administrative Judge Brown, who committed to writing that it would not be beneficial to have any in-person conversation with me, would be the suggested representative on behalf of the Court. Beyond that, I am stunned to read that if she were selected as the representative, then she "would have to be given some ability to negotiate and authority to recommend or decline resolutions". Sup. R. 4.01 gives her the authority to do whatever would be required to facilitate a resolution. Yet, once again, I am being asked to believe that there must be some consent from the Court in order to do the work Administrative Judge Brown was duly elected to complete. Moreover, when former Administrative Judge Sheeran led an investigation into claims against former Judge Tim Horton, he not only created the context for the investigation, but he also advised the current Court Administrator to notify the Ohio Supreme Court of the investigation for purposes of opening a claim. I continue to be amazed how the rules of engagement have now changed from what has been the historical practice of this Court.

Finally, I have no indication of how the suggested mediators were selected and given my claims of race and gender discrimination, it seems that there would have been some effort to engage diverse mediators.

This suggested mediation feels like a belated attempt to compensate for the disrespectful and diminishing ways in which I have been addressed and my claims have been handled. And, in truth, based on how both Administrative Judge Brown and one of the Court's lawyers have addressed me in the past, I believe that this offer was made now so that the Court has the ability to say that it tried to do something, and I refused to participate. However, I will not

take part in what feels like a performative encounter that is focused on image with no meaningful substance. Therefore, I decline respectfully the "offer" to participate in a mediation through the Supreme Court of Ohio.

Thank you.

 **Judge Kimberly Cocroft**
Pronouns: She/Her/Hers
**Franklin County Common Pleas Court**
345 South High Street | 4th Floor | Columbus, OH 43215-4554
**(P) 614.525.7200| (F) 614.525.4641**
Kimberly_Cocroft@fccourts.org | http://www.fccourts.org

---

**From:** McIntosh, Stephen L. <Stephen_McIntosh@fccourts.org>
**Sent:** Thursday, June 20, 2024 8:41 PM
**To:** Cocroft, Kimberly X. <Kimberly_Cocroft@fccourts.org>
**Subject:** Mediation Questions

Judge Cocroft and am so sorry in the delay in responding to your questions. It all falls on my shoulder between time out of town and other matters, but the delay is my fault. I tried to be very succinct with my responses. I am not very familiar with the process so in some instances I cannot give you a definitive answer. Some responses only the mediators could answer, and other responses would be up to the court or Judge Brown, if it is agreed that mediation will be attempted. It may be better if you have a conversation with the mediators, particularly about expectations before you ultimately decide what you would like to do. If you have other questions or concerns, I will try to address immediately. Thank you for your patience and consideration.

1. Who are the mediators? You mentioned a retired judge and magistrate, but I would appreciate receiving their names.

   **Magistrate Richard Altman, Defiance County**
   **Retired Judge Denise McColley, Henry County Domestic Relations**

2. Who would serve as the representative for the Court? Again, Administrative Judge Brown had determined previously that an in-person conversation with me would not be beneficial, so I am uncertain that she would now find value in the proposed encounter despite her reply to you.

   **It would be up to the court to decide but the logical person would be Judge Kim Brown as AJ**

3. Who would have negotiation/settlement/outcome authority on behalf of the Court? I am completely uninterested in having a guided conversation. When I attempted the same in November 2022, the idea was dismissed summarily, and my staff and I have endured too much for that to be the singular goal at this point.

   **Judge Brown would have to be given some ability to negotiate and authority to recommend or decline resolutions.**

4. Will counsel for either the Court or me be permitted to attend?

**That is a question best asked of the mediators.**

5. What is the goal of this mediation?

   **Again, that may have to be discussed when you meet with the mediators individually when both sides have an opportunity to express their goals.**

6. What does the Court expect from me? Concession? Capitulation? Contrition?

   **I do not know what the Court expects of you**

7. What should I and can I expect from the Court if I agree to this process?

   **The expectation is to be able to reach some agreement or understanding. The hope is to move forward with the mediation because we do not accomplish anything by not trying.**

8. What should I and can I expect from the mediators? Is their role to convince either side of something? To investigate? To make findings? To facilitate a resolution?

   **That is a question best asked of the mediators.**

9. When do the mediators hope to have this conversation?

   **I assume once you agree to meet with the mediators, I will notify the Supreme Court and they will reach out to you and Judge Kim Brown separately.**

10. When did the Court receive a recommendation for mediation from Ms. Adams?

    **I would not call it a recommendation. More of a suggestion as a way to resolve or discuss the issues. She mentioned it both opportunities I had to meet with her.**

11. When did you first contact the Supreme Court of Ohio about the possibility of mediation?

    **I initially contacted the Supreme Court of Ohio in early May**

12. Is the Supreme Court of Ohio the only proposed location for a possible mediation?

    **That is a question best asked of the mediators.**

13. Why is this an option now?

    **There needs to be some forum to discuss and hopefully resolve the issues.**

14. Why do you believe Administrative Judge Brown would be the appropriate point person for the Court? Why would counsel for the Court not be appropriate?

She is the Administrative Judge for the Court of Common Pleas and ultimately responsible for representing the Court.

15. Would the mediation be a whole day? Half day? Two hours? Who is responsible for making that decision?

That is a question best asked of the mediators.

Judge Stephen L. McIntosh
Presiding Judge
Franklin County Court of Common Pleas
345 South High Street, 4B
Columbus, Ohio 43215
(614) 525-3550 (O)
(614) 525-3868 (F)