**Cocroft, Kimberly X.**

Director Davis:

I presume that you would confer with Ms. Hummer or Mr. Zervas, as counsel for the Court, regarding whether there are any issues impacting the release.

Thank you.



**Judge Kimberly Cocroft**
Pronouns: She/Her/Hers
**Franklin County Common Pleas Court**
345 South High Street | 4th Floor | Columbus, OH 43215-4554
**(P) 614.525.7200| (F) 614.525.4641**
**Kimberly_Cocroft@fccourts.org** | http://www.fccourts.org

**From:** Davis, Cameo E. <Cameo_Davis@fccourts.org>
**Sent:** Tuesday, July 23, 2024 7:56 AM
**To:** Cocroft, Kimberly X. <Kimberly_Cocroft@fccourts.org>
**Cc:** Goodman, Jennifer L. <Jennifer_Goodman@fccourts.org>; Bedsole, Susan E. <Susan_Bedsole@fccourts.org>
**Subject:** FW: Online Form Submittal: Public Record Request

Good morning,

We have received a request for a copy of this video (see below).

I wanted to let you know in case you were aware of any issues that would impact the release.

☐ 23CR-4499 (State v. Roy E. Litteral)

Please let me know by July 25, 2024, if there are issues related to this matter.

Have a good day!



**Cameo Davis**
(She/Her/Hers)
**Director of Human Resources and Training**

Franklin County Court of Common Pleas -
General Division
345 S. High St., 2nd Floor, Columbus, OH 43215
Phone 614.525.5312  Fax 614.525.8903

1



**EXHIBIT**

120

| | |
|---|---|
| **From:** | Cocroft, Kimberly X. |
| **Sent:** | Wednesday, July 24, 2024 8:40 AM |
| **To:** | Davis, Cameo E. |
| **Cc:** | Goodman, Jennifer L.; Bedsole, Susan E.; Hummer, Jeanine A.; Zervas, John A. |
| **Subject:** | RE: Online Form Submittal: Public Record Request |

Director Davis:

I presume that you would confer with Ms. Hummer or Mr. Zervas, as counsel for the Court, regarding whether there are any issues impacting the release.

Thank you.



**Judge Kimberly Cocroft**
Pronouns: She/Her/Hers
**Franklin County Common Pleas Court**
345 South High Street | 4th Floor | Columbus, OH 43215-4554
**(P) 614.525.7200| (F) 614.525.4641**
**Kimberly_Cocroft@fccourts.org** | http://www.fccourts.org

**From:** Davis, Cameo E. <Cameo_Davis@fccourts.org>
**Sent:** Tuesday, July 23, 2024 7:56 AM
**To:** Cocroft, Kimberly X. <Kimberly_Cocroft@fccourts.org>
**Cc:** Goodman, Jennifer L. <Jennifer_Goodman@fccourts.org>; Bedsole, Susan E. <Susan_Bedsole@fccourts.org>
**Subject:** FW: Online Form Submittal: Public Record Request

Good morning,

We have received a request for a copy of this video (see below).

I wanted to let you know in case you were aware of any issues that would impact the release.

☐ 23CR-4499 (State v. Roy E. Litteral)

Please let me know by July 25, 2024, if there are issues related to this matter.

Have a good day!



**Cameo Davis**
(She/Her/Hers)
**Director of Human Resources and Training**

Franklin County Court of Common Pleas -
General Division
345 S. High St., 2nd Floor, Columbus, OH 43215
Phone 614.525.5312  Fax 614.525.8903

1


**From:** noreply@civicplus.com <noreply@civicplus.com>
**Sent:** Thursday, July 18, 2024 8:27 PM
**To:** GEN_HR <GEN_HR@fccourts.org>
**Subject:** Online Form Submittal: Public Record Request

If you are having problems viewing this HTML email, click to view a Text version.

## Public Record Request

| | |
|---|---|
| Your First Name* | Bethany |
| Your Last Name* | Bruner |
| Your eMail address* | bbruner@gannett.com |
| Specific Record(s) Requested* | The Dispatch would like to request the audio/video recording from the hearing conducted on 7/18/2024 in courtroom 4E (Judge Cocroft) in case number 23 CR 004499 State of Ohio vs. Roy Litteral. |

* indicates required fields.

View any uploaded files by signing in and then proceeding to the link below:
http://oh-franklincourts.civicplus.com/Admin/FormHistory.aspx?SID=7811

The following form was submitted via your website: Public Record Request

Your First Name: Bethany

Your Last Name: Bruner

Your eMail address: bbruner@gannett.com

Specific Record(s) Requested: The Dispatch would like to request the audio/video recording from the hearing conducted on 7/18/2024 in courtroom 4E (Judge Cocroft) in case number 23 CR 004499 State of Ohio vs. Roy Litteral.

Additional Information:
Form submitted on: 7/18/2024 8:27:21 PM
Submitted from IP Address: 174.101.81.46
Referrer Page: https://www.fccourts.org/
Form Address: http://oh-franklincourts.civicplus.com/Forms.aspx?FID=172

| | |
|---|---|
| **From:** | Cocroft, Kimberly X. |
| **Sent:** | Wednesday, July 24, 2024 9:29 AM |
| **To:** | Davis, Cameo E.; Brown, Kimberly J.; Goodman, Jennifer L.; Crum, ShaQuanna N.; Hardesty, Lynn E.; Haughey, Erin M.; Cordle, Jennifer R.; Amrine, Vickie G. |
| **Cc:** | Bedsole, Susan E.; Hummer, Jeanine A.; Zervas, John A. |
| **Subject:** | RE: Online Form Submittal: Public Record Request |

Director Davis:

Thank you. I have included the Court's counsel on this communication.



**Judge Kimberly Cocroft**
Pronouns: She/Her/Hers
**Franklin County Common Pleas Court**
345 South High Street | 4th Floor | Columbus, OH 43215-4554
**(P) 614.525.7200| (F) 614.525.4641**
Kimberly_Cocroft@fccourts.org | http://www.fccourts.org

**From:** Davis, Cameo E. <Cameo_Davis@fccourts.org>
**Sent:** Wednesday, July 24, 2024 9:27 AM
**To:** Brown, Kimberly J. <Kimberly_Brown@fccourts.org>; Cocroft, Kimberly X. <Kimberly_Cocroft@fccourts.org>; Goodman, Jennifer L. <Jennifer_Goodman@fccourts.org>; Crum, ShaQuanna N. <ShaQuanna_Crum@fccourts.org>; Hardesty, Lynn E. <Lynn_Hardesty@fccourts.org>; Haughey, Erin M. <Erin_Haughey@fccourts.org>; Cordle, Jennifer R. <Jennifer_Cordle@fccourts.org>; Amrine, Vickie G. <Vickie_Amrine@fccourts.org>
**Cc:** Bedsole, Susan E. <Susan_Bedsole@fccourts.org>
**Subject:** FW: Online Form Submittal: Public Record Request

Good morning,

We are in receipt of the below email and are processing this request.

Thank you, have a good day.



**Cameo Davis**
(She/Her/Hers)
**Director of Human Resources and Training**

Franklin County Court of Common Pleas -
General Division
345 S. High St., 2nd Floor, Columbus, OH 43215
Phone 614.525.5312  Fax 614.525.8903
www.fccourts.org



If you are having problems viewing this HTML email, click to view a Text version.

## Public Record Request

| | |
|---|---|
| Your First Name* | Bethany |
| Your Last Name* | Bruner |
| Your eMail address* | bbruner@gannett.com |
| Specific Record(s) Requested* | The Dispatch would like to request, in electronic form if possible, a copy of all communications between the dates of 7/1/2024 and 7/22/2024 between Judge Kim Cocroft and/or Bailiff Shaquanna Crum and Judge Kim Brown, Judge Brown's staff or the court administrator related to Judge Cocroft's absence between July 22, 2024 and Aug. 5, 2024. |

* indicates required fields.

View any uploaded files by signing in and then proceeding to the link below:
http://oh-franklincourts.civicplus.com/Admin/FormHistory.aspx?SID=7830

The following form was submitted via your website: Public Record Request

Your First Name: Bethany

Your Last Name: Bruner

Your eMail address: bbruner@gannett.com

Specific Record(s) Requested: The Dispatch would like to request, in electronic form if possible, a copy of all communications between the dates of 7/1/2024 and 7/22/2024 between Judge Kim Cocroft and/or Bailiff Shaquanna Crum and Judge Kim Brown, Judge Brown's staff or the court administrator related to Judge Cocroft's absence between July 22, 2024 and Aug. 5, 2024.

Additional Information:
Form submitted on: 7/23/2024 9:37:31 AM
Submitted from IP Address: 198.30.81.2
Referrer Page: https://fccourts.org/
Form Address: http://oh-franklincourts.civicplus.com/Forms.aspx?FID=172

| **From:** | Cocroft, Kimberly X. |
|---|---|
| **Sent:** | Friday, July 26, 2024 11:26 AM |
| **To:** | Davis, Cameo E. |
| **Cc:** | Zervas, John A.; Hummer, Jeanine A. |
| **Subject:** | RE: AV Request - Public records |

Director Davis:

I presume that would be a decision that is made by the Court's lawyers, who continue to represent me in my official capacity as a member of the Bench.

I recall that when I requested records related to the Horton/Wyant matter, both you and Mr. Zervas cautioned me about the release of humiliating information. So I presume that the legal review would cover any such instances on what has now been requested anonymously and that either you or counsel for the Court will caution the anonymous requester whom no one can identify that he or she or they have the same responsibility that was articulated to me.

Thank you.



**Judge Kimberly Cocroft**
Pronouns: She/Her/Hers
**Franklin County Common Pleas Court**
345 South High Street | 4th Floor | Columbus, OH 43215-4554
(P) 614.525.7200| (F) 614.525.4641
Kimberly_Cocroft@fccourts.org | http://www.fccourts.org

**From:** Davis, Cameo E. <Cameo_Davis@fccourts.org>
**Sent:** Friday, July 26, 2024 11:13 AM
**To:** Cocroft, Kimberly X. <Kimberly_Cocroft@fccourts.org>
**Cc:** Zervas, John A. <jzervas@franklincountyohio.gov>; Hummer, Jeanine A. <jhummer@franklincountyohio.gov>
**Subject:** RE: AV Request - Public records

Good morning,

When we receive a request of this nature, we reach out to the Judge/Magistrate to ensure that there is no content included that is required to be legally redacted/not released.

Thank you.



**Cameo Davis**
(She/Her/Hers)
**Director of Human Resources and Training**

Franklin County Court of Common Pleas -
General Division
345 S. High St., 2nd Floor, Columbus, OH 43215
Phone 614.525.5312  Fax 614.525.8903



**From:** Cocroft, Kimberly X. <Kimberly_Cocroft@fccourts.org>
**Sent:** Friday, July 26, 2024 11:07 AM
**To:** Davis, Cameo E. <Cameo_Davis@fccourts.org>
**Cc:** Zervas, John A. <jzervas@franklincountyohio.gov>; Hummer, Jeanine A. <jhummer@franklincountyohio.gov>
**Subject:** RE: AV Request - Public records

Director Davis:

I am unclear on your reference to me regarding "any issues that would impact the release of this link." Are you asking if I have a legal opinion regarding the release? I just want to be certain that I understand your question.



**Judge Kimberly Cocroft**
Pronouns: She/Her/Hers
**Franklin County Common Pleas Court**
345 South High Street | 4th Floor | Columbus, OH 43215-4554
**(P)** 614.525.7200| **(F)** 614.525.4641
**Kimberly_Cocroft@fccourts.org** | http://www.fccourts.org

**From:** Davis, Cameo E. <Cameo_Davis@fccourts.org>
**Sent:** Friday, July 26, 2024 10:55 AM
**To:** Cocroft, Kimberly X. <Kimberly_Cocroft@fccourts.org>
**Cc:** Zervas, John A. <jzervas@franklincountyohio.gov>
**Subject:** AV Request - Public records

Good morning,

We have received a request for the following:

- Copy of the video for all hearings held on 7/18/24 for Judge Cocroft
- Copy of docket from 7/22/24 through 8/7/24

📄 Judge Cocroft Hearings on 07182024

I wanted to let you know in case you were aware of any issues that would impact the release of this link.

Please note that for the copy of the docket, the requestor was directed to the Clerk's site to gather that information.

Please let me know by July 30, 2024, if there are issues related to this matter.

Have a good day.



**Cameo Davis**
(She/Her/Hers)
**Director of Human Resources and Training**

Franklin County Court of Common Pleas -
General Division
345 S. High St., 2nd Floor, Columbus, OH 43215
Phone 614.525.5312  Fax 614.525.8903
www.fccourts.org



**Cocroft, Kimberly X.**

| | |
|---|---|
| **From:** | Cocroft, Kimberly X. |
| **Sent:** | Friday, July 26, 2024 11:10 AM |
| **To:** | Davis, Cameo E. |
| **Cc:** | Zervas, John A.; Hummer, Jeanine A. |
| **Subject:** | RE: AV Request - Public records |

Director Davis:

If this was an anonymous request, then how and to whom will the information or link be sent once the legal review is completed? And what telephone number did the anonymous requester call?



**Judge Kimberly Cocroft**
Pronouns: She/Her/Hers
**Franklin County Common Pleas Court**
345 South High Street | 4th Floor | Columbus, OH 43215-4554
(P) 614.525.7200| (F) 614.525.4641
Kimberly_Cocroft@fccourts.org | http://www.fccourts.org

**From:** Davis, Cameo E. <Cameo_Davis@fccourts.org>
**Sent:** Friday, July 26, 2024 11:07 AM
**To:** Cocroft, Kimberly X. <Kimberly_Cocroft@fccourts.org>
**Cc:** Zervas, John A. <jzervas@franklincountyohio.gov>; Hummer, Jeanine A. <jhummer@franklincountyohio.gov>
**Subject:** RE: AV Request - Public records

Good morning,

This request was submitted/received via telephone, the requestor did not disclose their identity.

Thank you.



**Cameo Davis**
(She/Her/Hers)
**Director of Human Resources and Training**

Franklin County Court of Common Pleas -
General Division
345 S. High St., 2nd Floor, Columbus, OH 43215
Phone 614.525.5312 Fax 614.525.8903
www.fccourts.org



1

**From:** Cocroft, Kimberly X. <Kimberly_Cocroft@fccourts.org>
**Sent:** Friday, July 26, 2024 10:58 AM
**To:** Davis, Cameo E. <Cameo_Davis@fccourts.org>
**Cc:** Zervas, John A. <jzervas@franklincountyohio.gov>; Hummer, Jeanine A. <jhummer@franklincountyohio.gov>
**Subject:** RE: AV Request - Public records

Director Davis:

I would appreciate your forwarding a copy of the actual public records request that was received.

Thank you.



**Judge Kimberly Cocroft**
Pronouns: She/Her/Hers
**Franklin County Common Pleas Court**
345 South High Street | 4th Floor | Columbus, OH 43215-4554
**(P) 614.525.7200| (F) 614.525.4641**
**Kimberly_Cocroft@fccourts.org** | http://www.fccourts.org

**From:** Davis, Cameo E. <Cameo_Davis@fccourts.org>
**Sent:** Friday, July 26, 2024 10:55 AM
**To:** Cocroft, Kimberly X. <Kimberly_Cocroft@fccourts.org>
**Cc:** Zervas, John A. <jzervas@franklincountyohio.gov>
**Subject:** AV Request - Public records

Good morning,

We have received a request for the following:

- Copy of the video for all hearings held on 7/18/24 for Judge Cocroft
- Copy of docket from 7/22/24 through 8/7/24

📄 Judge Cocroft Hearings on 07182024

I wanted to let you know in case you were aware of any issues that would impact the release of this link.

Please note that for the copy of the docket, the requestor was directed to the Clerk's site to gather that information.

Please let me know by July 30, 2024, if there are issues related to this matter.

Have a good day.



**Cameo Davis**
(She/Her/Hers)
**Director of Human Resources and Training**

Franklin County Court of Common Pleas -
General Division

345 S. High St., 2nd Floor, Columbus, OH 43215
Phone 614.525.5312  Fax 614.525.8903
www.fccourts.org



| | |
|---|---|
| **From:** | Cocroft, Kimberly X. |
| **Sent:** | Tuesday, September 10, 2024 11:14 AM |
| **To:** | Davis, Cameo E. |
| **Cc:** | Hummer, Jeanine A.; Zervas, John A.; Bedsole, Susan E. |
| **Subject:** | RE: Public Records Request |

Thank you.



**Judge Kimberly Cocroft**
Pronouns: She/Her/Hers
**Franklin County Common Pleas Court**
345 South High Street | 4th Floor | Columbus, OH 43215-4554
**(P) 614.525.7200| (F) 614.525.4641**
Kimberly_Cocroft@fccourts.org  |  http://www.fccourts.org

**From:** Davis, Cameo E. <Cameo_Davis@fccourts.org>
**Sent:** Tuesday, September 10, 2024 11:09 AM
**To:** Cocroft, Kimberly X. <Kimberly_Cocroft@fccourts.org>
**Cc:** Hummer, Jeanine A. <jhummer@franklincountyohio.gov>; Zervas, John A. <jzervas@franklincountyohio.gov>; Bedsole, Susan E. <Susan_Bedsole@fccourts.org>
**Subject:** RE: Public Records Request

Good morning,

I understand that during my absence, these documents were submitted to the prosecutor's office for legal review.

Thank you.



**Cameo Davis**
(She/Her/Hers)
**Director of Human Resources and Training**

Franklin County Court of Common Pleas -
General Division
345 S. High St., 2nd Floor, Columbus, OH 43215
Phone 614.525.5312  Fax 614.525.8903
www.fccourts.org

 

**From:** Cocroft, Kimberly X. <Kimberly_Cocroft@fccourts.org>
**Sent:** Tuesday, September 10, 2024 9:31 AM
**To:** Davis, Cameo E. <Cameo_Davis@fccourts.org>

1



Director Davis:

Please accept this communication as a follow-up to the public records request that the Court received on July 24, 2024. I would appreciate an update regarding the status of this request.

Thank you.



**Judge Kimberly Cocroft**
Pronouns: She/Her/Hers
**Franklin County Common Pleas Court**
345 South High Street | 4th Floor | Columbus, OH 43215-4554
**(P) 614.525.7200| (F) 614.525.4641**
**Kimberly_Cocroft@fccourts.org | http://www.fccourts.org**

**From:** Davis, Cameo E. <Cameo_Davis@fccourts.org>
**Sent:** Friday, August 2, 2024 5:32 PM
**To:** GEN_Judges <GEN_Judges@fccourts.org>; Goodman, Jennifer L. <Jennifer_Goodman@fccourts.org>; Bedsole, Susan E. <Susan_Bedsole@fccourts.org>; Worthington, Stacy A. <Stacy_Worthington@fccourts.org>; Canada, Kimberly <Kimberly_Canada@fccourts.org>
**Subject:** Public Records Request

Good afternoon,

On July 24, 2024, the court received the following public records request:

- request copies of any and all communications between Bethany Bruner, affiliated with Gannett and/or The Columbus Dispatch, and Jennifer Goodman, Cameo Davis, Susan Bedsole, Stacy Worthington and/or Kimberly Canada, as well as copies of any and all communications between Bethany Bruner and any judge of the Franklin County Court of Common Pleas, General Division, between the dates of January 1, 2024 and July 24, 2024 that were sent or received using the Microsoft Outlook or Teams technology for the Franklin County Court of Common Pleas, General Division.

Please be advised that we are processing this request.

Thank you, have a good day.



**Cameo Davis**
(She/Her/Hers)
**Director of Human Resources and Training**

Franklin County Court of Common Pleas -
General Division
345 S. High St., 2nd Floor, Columbus, OH 43215
Phone 614.525.5312  Fax 614.525.8903
www.fccourts.org



2

| | |
|---|---|
| **From:** | Cocroft, Kimberly X. |
| **Sent:** | Wednesday, October 16, 2024 10:36 AM |
| **To:** | Davis, Cameo E. |
| **Cc:** | Hummer, Jeanine A.; Zervas, John A. |
| **Subject:** | FW: Public Records Request |

Director Davis:

Please accept this communication as a follow-up to the public records request I submitted on July 24, 2024. In a communication dated September 10, 2024 that is included in the email string below, you stated that the documents had been submitted for legal review during your time out of office in August. To that end, I would appreciate an update on when I will receive the responsive documents.

Thank you.



**Judge Kimberly Cocroft**
Pronouns: She/Her/Hers
**Franklin County Common Pleas Court**
345 South High Street | 4th Floor | Columbus, OH 43215-4554
**(P) 614.525.7200| (F) 614.525.4641**
Kimberly_Cocroft@fccourts.org | http://www.fccourts.org

**From:** Davis, Cameo E. <Cameo_Davis@fccourts.org>
**Sent:** Thursday, September 12, 2024 9:38 AM
**To:** Cocroft, Kimberly X. <Kimberly_Cocroft@fccourts.org>
**Cc:** Hummer, Jeanine A. <jhummer@franklincountyohio.gov>; Zervas, John A. <jzervas@franklincountyohio.gov>; Bedsole, Susan E. <Susan_Bedsole@fccourts.org>
**Subject:** RE: Public Records Request

Good morning,

We were just confirming. You are included in the request, and we hope to provide you with responsive documents soon.

Thank you.



**Cameo Davis**
(She/Her/Hers)
**Director of Human Resources and Training**

Franklin County Court of Common Pleas -
General Division
345 S. High St., 2nd Floor, Columbus, OH 43215
Phone 614.525.5312  Fax 614.525.8903
www.fccourts.org



1



EXHIBIT

122

**From:** Cocroft, Kimberly X. <Kimberly_Cocroft@fccourts.org>
**Sent:** Thursday, September 12, 2024 9:23 AM
**To:** Davis, Cameo E. <Cameo_Davis@fccourts.org>
**Cc:** Hummer, Jeanine A. <jhummer@franklincountyohio.gov>; Zervas, John A. <jzervas@franklincountyohio.gov>;
Bedsole, Susan E. <Susan_Bedsole@fccourts.org>
**Subject:** RE: Public Records Request

Director Davis:

Since I am a judge of this Court, I presumed that I would be included in this request for "any and all communications between Bethany Bruner and any judge of the Franklin County Court of Common Pleas, General Division, between the dates of January 1, 2024 and July 24, 2024."

Is there some reason why I would not be included? I am confused by the bold type included in your communication and want to be certain that there is something I am not missing about what you're asking.

Thank you.



**Judge Kimberly Cocroft**
Pronouns: She/Her/Hers
**Franklin County Common Pleas Court**
345 South High Street | 4th Floor | Columbus, OH 43215-4554
**(P) 614.525.7200| (F) 614.525.4641**
Kimberly_Cocroft@fccourts.org | http://www.fccourts.org

**From:** Davis, Cameo E. <Cameo_Davis@fccourts.org>
**Sent:** Wednesday, September 11, 2024 3:19 PM
**To:** Cocroft, Kimberly X. <Kimberly_Cocroft@fccourts.org>
**Cc:** Hummer, Jeanine A. <jhummer@franklincountyohio.gov>; Zervas, John A. <jzervas@franklincountyohio.gov>;
Bedsole, Susan E. <Susan_Bedsole@fccourts.org>
**Subject:** RE: Public Records Request

Good afternoon,

With regard to the portion of request for copies of 'any and all communications between Bethany Bruner and **any judge** of the Franklin County Court of Common Pleas, General Division, between the dates of January 1, 2024 and July 24, 2024,' please let us know if you are including or excluding any communication involving yourself.

Thank you.



**Cameo Davis**
(She/Her/Hers)
**Director of Human Resources and Training**

Franklin County Court of Common Pleas -
General Division

345 S. High St., 2nd Floor, Columbus, OH 43215
Phone 614.525.5312  Fax 614.525.8903
www.fccourts.org



**From:** Cocroft, Kimberly X. <Kimberly_Cocroft@fccourts.org>
**Sent:** Tuesday, September 10, 2024 11:14 AM
**To:** Davis, Cameo E. <Cameo_Davis@fccourts.org>
**Cc:** Hummer, Jeanine A. <jhummer@franklincountyohio.gov>; Zervas, John A. <jzervas@franklincountyohio.gov>;
Bedsole, Susan E. <Susan_Bedsole@fccourts.org>
**Subject:** RE: Public Records Request

Thank you.



**Judge Kimberly Cocroft**
Pronouns: She/Her/Hers
**Franklin County Common Pleas Court**
345 South High Street | 4th Floor | Columbus, OH 43215-4554
**(P) 614.525.7200| (F) 614.525.4641**
Kimberly_Cocroft@fccourts.org  |  http://www.fccourts.org

**From:** Davis, Cameo E. <Cameo_Davis@fccourts.org>
**Sent:** Tuesday, September 10, 2024 11:09 AM
**To:** Cocroft, Kimberly X. <Kimberly_Cocroft@fccourts.org>
**Cc:** Hummer, Jeanine A. <jhummer@franklincountyohio.gov>; Zervas, John A. <jzervas@franklincountyohio.gov>;
Bedsole, Susan E. <Susan_Bedsole@fccourts.org>
**Subject:** RE: Public Records Request

Good morning,

I understand that during my absence, these documents were submitted to the prosecutor's office for legal review.

Thank you.



**Cameo Davis**
(She/Her/Hers)
**Director of Human Resources and Training**

Franklin County Court of Common Pleas -
General Division
345 S. High St., 2nd Floor, Columbus, OH 43215
Phone 614.525.5312  Fax 614.525.8903
www.fccourts.org



**From:** Cocroft, Kimberly X. <<u>Kimberly_Cocroft@fccourts.org</u>>
**Sent:** Tuesday, September 10, 2024 9:31 AM
**To:** Davis, Cameo E. <<u>Cameo_Davis@fccourts.org</u>>
**Cc:** Hummer, Jeanine A. <<u>jhummer@franklincountyohio.gov</u>>; Zervas, John A. <<u>jzervas@franklincountyohio.gov</u>>
**Subject:** FW: Public Records Request

Director Davis:

Please accept this communication as a follow-up to the public records request that the Court received on July 24, 2024. I would appreciate an update regarding the status of this request.

Thank you.



**Judge Kimberly Cocroft**
Pronouns: She/Her/Hers
**Franklin County Common Pleas Court**
345 South High Street | 4th Floor | Columbus, OH 43215-4554
**(P) 614.525.7200| (F) 614.525.4641**
Kimberly_Cocroft@fccourts.org | http://www.fccourts.org

**From:** Davis, Cameo E. <<u>Cameo_Davis@fccourts.org</u>>
**Sent:** Friday, August 2, 2024 5:32 PM
**To:** GEN_Judges <<u>GEN_Judges@fccourts.org</u>>; Goodman, Jennifer L. <<u>Jennifer_Goodman@fccourts.org</u>>; Bedsole, Susan E. <<u>Susan_Bedsole@fccourts.org</u>>; Worthington, Stacy A. <<u>Stacy_Worthington@fccourts.org</u>>; Canada, Kimberly <<u>Kimberly_Canada@fccourts.org</u>>
**Subject:** Public Records Request

Good afternoon,

On July 24, 2024, the court received the following public records request:

- request copies of any and all communications between Bethany Bruner, affiliated with Gannett and/or The Columbus Dispatch, and Jennifer Goodman, Cameo Davis, Susan Bedsole, Stacy Worthington and/or Kimberly Canada, as well as copies of any and all communications between Bethany Bruner and

Please be advised that we are processing this request.

Thank you, have a good day.



**Cameo Davis**
(She/Her/Hers)
**Director of Human Resources and Training**

Franklin County Court of Common Pleas -
General Division
345 S. High St., 2nd Floor, Columbus, OH 43215
Phone 614.525.5312 Fax 614.525.8903
www.fccourts.org



4

## Cocroft, Kimberly X.

**From:** Cocroft, Kimberly X.
**Sent:** Wednesday, September 18, 2024 5:17 PM
**To:** Brown, Kimberly J.
**Cc:** Hummer, Jeanine A.
**Subject:** FW: Vacancy

Administrative Judge Brown:

As you may recall, my new Staff Attorney began his tenure with my chambers on this past Monday. Despite the fact that I notified Court Administration on August 12 of his start date, my new staff was not provided with a key to his office. I found out by happenstance today when my assistant informed me that the new Staff Attorney was standing in the primary suite area when my assistant arrived this morning. As such, my assistant called a member of the Human Resources team (Kristine Bell) to inquire about a key because neither my assistant nor I has a key that opens all doors for my staff offices.

What I have forwarded to you below is the response that I received from Director Cameo Davis to my staff's call to Ms. Bell. To be clear, we have found Ms. Bell to be most helpful in every circumstance and appreciate her assistance. However, you will note that in replying to our concern about a key, Director Davis forwarded an email I sent to her in January 2024 regarding my previous staff attorney's separation from my office (not the subject of an inquiry regarding the key), to answer my assistant's question (even though my assistant was not included on the email communication). You will also note that I reminded Director Davis that I provided my prior staff's key, badge and laptop to another member of the administrative team in February 2024, since all of those items are Court property. I presume that her intention in forwarding that January 2024 email was to suggest that, since I did not want HR to manage the separation, I had also kept all of the Court's property, which is preposterous.

Moreover, I was told initially that a new key had to be created with no expected time of arrival. I was then told that the key "may" be ready tomorrow but that, in the interim, another member of the HR team, Tammy Funck, would open my staff's door. As my Staff Attorney left for today just a few minutes ago, he informed me that Ms. Bell provided him with a temporary key, though Director Davis did not choose to send me any communication advising me of the same or even sharing that his temporary fix was a possibility. I had asked if my new Staff Attorney could receive a copy of a key that Court Security uses to unlock doors for Housekeeping until the key was made. So, I suppose that Director Davis having a key dropped off was the answer to my question. Additionally, Director Davis included Court Administrator Goodman on her initial communication to me, which we know is a violation of whatever leave time is being used. To that end, I informed Director Davis that I removed Ms. Goodman from my reply.

While this may seem and feel like minutiae to you, it is for me yet another exhausting example of the micro aggressive behavior and hostile work environment to which my staff and I continue to be subjected. And now my new staff has had an initial experience of the same. He even remarked that he was surprised HR did not provide him with a key. And if there was a real concern regarding the location of a key in the last 8 months, then why did no one from administration inquire before my staff raised the issue today? In my 15 years of service, I have never provided a key to newly hired staff; that has always been the sole responsibility of administration.

I just wanted to demonstrate once again that, despite the effort to create the appearance of advancement and improvement, nothing has actually changed with how my staff and I continue to be treated.



EXHIBIT
123

1

| | |
|---|---|
| **From:** | Cocroft, Kimberly X. |
| **Sent:** | Wednesday, September 18, 2024 11:35 AM |
| **To:** | Davis, Cameo E. |
| **Cc:** | Bedsole, Susan E.; Byerly, Andrew T.; McCall, Tamara L.; Crum, ShaQuanna N. |
| **Subject:** | RE: Vacancy |

Director Davis:

Thank you for this update. And I, too, hope this is a problem that will be corrected tomorrow morning when the locksmith delivers the key.



**Judge Kimberly Cocroft**
Pronouns: She/Her/Hers
**Franklin County Common Pleas Court**
345 South High Street | 4th Floor | Columbus, OH 43215-4554
**(P) 614.525.7200| (F) 614.525.4641**
**Kimberly_Cocroft@fccourts.org** | http://www.fccourts.org

**From:** Davis, Cameo E. <Cameo_Davis@fccourts.org>
**Sent:** Wednesday, September 18, 2024 10:40 AM
**To:** Cocroft, Kimberly X. <Kimberly_Cocroft@fccourts.org>
**Cc:** Bedsole, Susan E. <Susan_Bedsole@fccourts.org>; Byerly, Andrew T. <Andrew_Byerly@fccourts.org>; McCall, Tamara L. <Tamara_McCall@fccourts.org>; Crum, ShaQuanna N. <ShaQuanna_Crum@fccourts.org>
**Subject:** RE: Vacancy

Good morning,

I have ordered a key. I spoke with the locksmith, he said that he may be able to get the key to me by tomorrow morning.

In the meantime, Tammy Funck arrives to work at 7:30 AM, I will ask her to open Luke's door for him before he arrives.

I hope that this is a temporary inconvenience.

Thank you.



**Cameo Davis**
(She/Her/Hers)
**Director of Human Resources and Training**

Franklin County Court of Common Pleas -
General Division
345 S. High St., 2nd Floor, Columbus, OH 43215
Phone 614.525.5312  Fax 614.525.8903



**Judge Kimberly Cocroft**
Pronouns: She/Her/Hers
**Franklin County Common Pleas Court**
**345 South High Street | 4th Floor | Columbus, OH 43215-4554**
**(P) 614.525.7200| (F) 614.525.4641**
**Kimberly_Cocroft@fccourts.org** | http://www.fccourts.org

**From:** Cocroft, Kimberly X.
**Sent:** Wednesday, September 18, 2024 9:15 AM
**To:** Davis, Cameo E. <Cameo_Davis@fccourts.org>
**Cc:** Bedsole, Susan E. <Susan_Bedsole@fccourts.org>; Byerly, Andrew T. <Andrew_Byerly@fccourts.org>; McCall, Tamara L. <Tamara_McCall@fccourts.org>; Crum, ShaQuanna N. <ShaQuanna_Crum@fccourts.org>
**Subject:** RE: Vacancy

Director Davis:

Is there an ETA on the key for Mr. Klage? Does Court Security, PFM or Housekeeping have a key that Mr. Klage can use until his key is cut and delivered? Not even the key assigned to me opens all the doors staff offices but I know that security has the ability to unlock those doors so that Housekeeping can clean at night.

Additionally, I know that Roxlauna Brown sent a communication on January 30, 2024 to all staff regarding her creation of a "key directory". Is there any way to use that directory to determine the number and/or location of the key that was assigned to the previous Staff Attorney?



**Judge Kimberly Cocroft**
Pronouns: She/Her/Hers
**Franklin County Common Pleas Court**
**345 South High Street | 4th Floor | Columbus, OH 43215-4554**
**(P) 614.525.7200| (F) 614.525.4641**
**Kimberly_Cocroft@fccourts.org** | http://www.fccourts.org

**From:** Davis, Cameo E. <Cameo_Davis@fccourts.org>
**Sent:** Wednesday, September 18, 2024 8:59 AM
**To:** Cocroft, Kimberly X. <Kimberly_Cocroft@fccourts.org>
**Cc:** Bedsole, Susan E. <Susan_Bedsole@fccourts.org>; Byerly, Andrew T. <Andrew_Byerly@fccourts.org>; McCall, Tamara L. <Tamara_McCall@fccourts.org>; Crum, ShaQuanna N. <ShaQuanna_Crum@fccourts.org>
**Subject:** RE: Vacancy

Good morning,

Thank you for this information.  We will order a new key and provide that to your staff attorney as soon as possible.



**Cameo Davis**

(She/Her/Hers)

**Director of Human Resources and Training**

Franklin County Court of Common Pleas -
General Division
345 S. High St., 2nd Floor, Columbus, OH 43215
Phone 614.525.5312  Fax 614.525.8903
www.fccourts.org



**From:** Cocroft, Kimberly X. <Kimberly_Cocroft@fccourts.org>
**Sent:** Wednesday, September 18, 2024 8:54 AM
**To:** Davis, Cameo E. <Cameo_Davis@fccourts.org>
**Cc:** Bedsole, Susan E. <Susan_Bedsole@fccourts.org>; Byerly, Andrew T. <Andrew_Byerly@fccourts.org>; McCall, Tamara L. <Tamara_McCall@fccourts.org>; Crum, ShaQuanna N. <ShaQuanna_Crum@fccourts.org>
**Subject:** RE: Vacancy

Director Davis:

Director Byerly picked up everything that was assigned to my prior Staff Attorney, including her badge, laptop and key. I did not keep anything, as I considered all of those items to be the property of the Court. They have not been in my possession or any member of my current or former staff's possession since February 2024.

Finally, I have removed Court Administrator Goodman from this communication string since it is my understanding that she is on extended leave until October 21 and that no communications regarding the Court or its business should be sent to her during this time.



**Judge Kimberly Cocroft**
Pronouns: She/Her/Hers
**Franklin County Common Pleas Court**
345 South High Street | 4th Floor | Columbus, OH 43215-4554
**(P) 614.525.7200| (F) 614.525.4641**
**Kimberly_Cocroft@fccourts.org** | http://www.fccourts.org

**From:** Davis, Cameo E. <Cameo_Davis@fccourts.org>
**Sent:** Wednesday, September 18, 2024 8:49 AM
**To:** Cocroft, Kimberly X. <Kimberly_Cocroft@fccourts.org>
**Cc:** Goodman, Jennifer L. <Jennifer_Goodman@fccourts.org>; Bedsole, Susan E. <Susan_Bedsole@fccourts.org>; Byerly, Andrew T. <Andrew_Byerly@fccourts.org>
**Subject:** RE: Vacancy

Good morning,

Based upon this email, I understood that Ms.          employment badge, assigned laptop computer and keys were collected on January 25, 2024.

Do you still have the key for the staff attorney? If not, please let me know so that I may request a replacement key.

Thank you.



**Cameo Davis**
(She/Her/Hers)
**Director of Human Resources and Training**

Franklin County Court of Common Pleas -
General Division
345 S. High St., 2nd Floor, Columbus, OH 43215
Phone 614.525.5312  Fax 614.525.8903
www.fccourts.org



**From:** Cocroft, Kimberly X. <Kimberly_Cocroft@fccourts.org>
**Sent:** Thursday, January 25, 2024 9:00 AM
**To:** Davis, Cameo E. <Cameo_Davis@fccourts.org>
**Cc:** Goodman, Jennifer L. <Jennifer_Goodman@fccourts.org>; Bedsole, Susan E. <Susan_Bedsole@fccourts.org>; Byerly, Andrew T. <Andrew_Byerly@fccourts.org>
**Subject:** RE: Vacancy

Ms. Davis:

Regrettably, Ms. ⋯ did state to me that she was "leaving". Even more regrettable, however, is that fact that I did not receive a formal letter of resignation until January 24, 2024, at around 12:30pm, which was after Ms. met with you without my knowledge or authorization. In fact, after Ms. told me she was "leaving", I advised her that, once I received her formal resignation letter, I, as her Supervising and Hiring Judge, would advise the Court's Human Resources Department at a time I determined to be best for the operation of my chambers to facilitate the transition.

As I'm sure you are already aware, based on your years of service with the Court as Director of Human Resources, staff attorneys are the personal staff of judges. To that end, it is within the judges' discretion to manage the genesis and conclusion of the employment relationship, consistent with the judge's business needs and personal determinations of operational integrity. I am also sure you are aware that the practice of respecting a judge's autonomy in managing personal staff has been honored by this Court on myriad occasions and with numerous other judges. To my knowledge, and in my almost 15 years of service as Judge, I do not recall a circumstance in which an employee was asked by a judge to notify the Human Resources Department and advise of a resignation that had first not been confirmed with and submitted formally to the hiring judge. And I can state with absolute certainty that has never been my practice.

In this instance, Ms. gave me three "leaving" dates – January 24, 2024, February 9, 2024 (the date on which we mutually agreed when she first notified me that she was "leaving"), and February 2, 2024 (the modified date Ms. selected without notice to me, based on her position that she "had to be" in another state on February 7, 2024). In my attempt to be fair and considerate, despite how Ms. presented her position to me, and because Ms. scheduled a civil status conference for the morning of February 5, 2024, I determined that would be her last day of service and she agreed, with the understanding that she would be

4

able to leave at the conclusion of the February 5 conference if she chose to do so. However, not even that date was confirmed with me through a letter of resignation, which letter I requested when I was notified of her "leaving" initially and repeatedly thereafter, until yesterday and after she had already spoken with you (which is my best presumption, since you did not advise me of this meeting until after it was concluded, and Ms. did not advise me of the meeting until I informed her that I received a communication from you). To my great surprise and disappointment, this letter continues to reflect a resignation date of February 2, 2024, which is in direct contravention of Ms.          agreement with the Court.

Because Ms. `    ` has decided to navigate this process in a way that has created a level of confusion for me and for my staff and is wholly inconsistent with my directive to her that I would contact Human Resources once I had a confirmed letter of resignation from which I could make more informed decisions, I have determined that it is within my professional best interest to make today her last day in my chambers. However, since she finally decided to provide me with a formal letter of resignation effective February 2, 2024 (even though this is not the date to which we agreed nor did I did receive this letter until well after she had spoken with you), I will honor that date as her last day of service and request that she is compensated through that date. Again, I know that this practice has been permitted and used by other judges of this Court when they have made personal staff transitions and I fully anticipate that there will be no issue in this instance. Furthermore, it will be unnecessary for you or any other member of the administrative team to communicate this information to Ms.          either directly or indirectly, since I am meeting with her shortly and will advise her of the same.

Since today will be Ms.          last day, I request that her access to Court technology and the Courthouse building are terminated effective 9:15am. To that end, Ms. ┠    ' employment badge, assigned laptop computer and keys will be collected before she leaves the courthouse complex. I will also work with Mr. Byerly to develop a message that can be displayed for any individuals who attempt to send an electronic communication to Ms.          so that those persons can be redirected to another member of my staff. Additionally, an exit interview will not be necessary, as Ms.          articulated to me that her decision was based on her desire to have a more active law practice like those persons with whom she graduated, as well as her perspective that the treatment she saw me endure became "a lot" for her for to manage.

Finally, should the assistance of you and your department become necessary as I navigate a search for new staff, I will contact you directly.



**Judge Kimberly Cocroft**
Pronouns: She/Her/Hers
**Franklin County Common Pleas Court**
345 South High Street | 4th Floor | Columbus, OH 43215-4554
**(P) 614.525.7200| (F) 614.525.4641**
Kimberly_Cocroft@fccourts.org | http://www.fccourts.org

**From:** Davis, Cameo E. <Cameo_Davis@fccourts.org>
**Sent:** Tuesday, January 23, 2024 4:55 PM
**To:** Cocroft, Kimberly X. <Kimberly_Cocroft@fccourts.org>
**Cc:** Goodman, Jennifer L. <Jennifer_Goodman@fccourts.org>; Bedsole, Susan E. <Susan_Bedsole@fccourts.org>
**Subject:** Vacancy

Good afternoon,

I understand that your Staff Attorney has resigned. How can I assist you in filling this position? We (meaning HR) can prepare a posting to advertise the vacancy if you would like. If you have someone in mind, we can begin to work with them to prepare the hiring forms.

Just let me know how I can help.

Have a good day!



**Cameo Davis**
Pronouns: She/Her/Hers
Director of Human Resources and Training
**Franklin County Common Pleas Court**
345 South High Street | 2nd Floor | Columbus, OH 43215-4554
**(P) 614.525.5312 | (F) 614.525.8903**
**Cameo_Davis@fccourts.org** | http://www.fccourts.org

| | |
|---|---|
| **From:** | Cocroft, Kimberly X. |
| **Sent:** | Thursday, September 19, 2024 9:14 AM |
| **To:** | Davis, Cameo E. |
| **Cc:** | Bedsole, Susan E. |
| **Subject:** | Thank You |

Director Davis:

Please accept my thanks for bringing the locksmith to my suite this morning to ensure that Mr. Klage has a key and access to his office! I heard your greetings to all of my staff and regret that I was not given an opportunity to greet you, as well.

Have a great day!

 **Judge Kimberly Cocroft**
Pronouns: She/Her/Hers
**Franklin County Common Pleas Court**
345 South High Street | 4th Floor | Columbus, OH 43215-4554
**(P) 614.525.7200| (F) 614.525.4641**
Kimberly_Cocroft@fccourts.org | http://www.fccourts.org



EXHIBIT

124

1

**Cocroft, Kimberly X.**

| | |
|---|---|
| **From:** | Cocroft, Kimberly X. |
| **Sent:** | Friday, September 20, 2024 4:22 PM |
| **To:** | Wilson, Kenneth N.; Hummer, Jeanine A. |
| **Subject:** | Follow-Up |
| **Attachments:** | September 20 Response Letter.pdf |

Administrator Wilson and Ms. Hummer:

As promised, I have attached my response.

Thank you.



**Judge Kimberly Cocroft**
Pronouns: She/Her/Hers
**Franklin County Common Pleas Court**
345 South High Street | 4th Floor | Columbus, OH 43215-4554
**(P) 614.525.7200| (F) 614.525.4641**
Kimberly_Cocroft@fccourts.org | http://www.fccourts.org



**EXHIBIT**

125

September 20, 2024


Kenneth N. Wilson, Administrator
Franklin County
373 S. High Street, 26th Floor
Columbus, OH 43215

Jeanine Hummer, First Assistant Prosecuting Attorney, Civil Division
Franklin County Prosecuting Attorney's Office
373 S. High Street, 14th Floor
Columbus, OH  43215

Administrator Wilson and Ms. Hummer:

First, please accept my thanks for meeting with me on September 19, 2024 to discuss my claims of discrimination based on race and gender, hostile work environment, and retaliation filed against the Franklin County Court of Common Pleas, General Division (the "Court") with the Equal Employment Opportunity Commission. I appreciate your efforts to facilitate a fair and equitable resolution despite the confounding, disappointing, and documented position of the Court to ignore my staff, me, and our legitimate claims since it received formal notice on January 18, 2024.

Next, consistent with my representation yesterday, this communication will serve as my formal response to your suggested proposals to facilitate a resolution of this nightmarish circumstance. More concisely, you asked for my position on the following: 1.) the Court's agreement to engage a third-party to review its Anti-Harassment Policy and to draft provisions that would address instances of claims filed by a judge against an employee or claims filed by one judge against another, with the understanding that those provisions would be adopted by the Court to ensure its future forward progression; and 2.) your proposal to participate in a structured mediation to address the claims that I filed, as well as the claims of my staff that were filed with the Ohio Civil Rights Commission. While I indicated that I would call to share my position, I thought it more prudent to send this correspondence so that my stance will not be misunderstood, misinterpreted, misquoted, or mismanaged. However, before I provide my standpoint, I believe it is necessary to address some of the points that were raised during our conversation.

First, Ms. Hummer indicated that, in order for the Court to reach a resolution with my staff and me, I will need to "partner" with the Court to ensure that the process is a success. Since July 2021, I have done everything within my power to "partner" with the Court. During my unfairly abbreviated tenure as Administrative Judge, I worked diligently to  implement policies that exemplify our constitutional obligation to fairness and equity, to propose initiatives that reflect the diverse communities we serve, to acknowledge the

humanity and necessity of <u>every</u> employee, irrespective of their title or position, and to position us as leaders in the delivery of justice services. I attempted to "partner" with the Court in November 2022, when I was subject to fraudulent representations and a threat of blackmail by the Court's then Presiding Judge and, in cooperation with its Personnel Committee Chair, Court Administrator, and other judges, was forced to resign from my service as Administrative Judge based on a bad faith complaint filed against me by the Court Administrator. I attempted to "partner" with the Court when my African American staff and I were subject to micro aggressive and overtly discriminatory behavior, a hostile work environment and retaliation based on that same bad faith complaint. I attempted to "partner" with the Court nine months ago when I provided notice of my claims and tried to work toward a resolution that acknowledged and atoned for the persistent and insidious nature of circumstances that neither my staff nor I created, asked for, or perpetuated, while simultaneously managing the demonstrable toll this experience has taken and *still* remaining silent to protect the integrity of the institution. And every attempt I made to "partner" was met with documented public insult, ridicule, name-calling, and ongoing discriminatory behavior. While I remain open to the possibility of "partnership", I want to be clear that the lack of meaningful progress has *nothing* to do with me.

In that same regard, Administrator Wilson mentioned that I was offered the opportunity for structured mediation and that I rejected that opportunity. It is important, however, to provide context to this position. When I met with Ms. Hummer on January 18, 2024, she indicated that the Court would engage an outside investigator to consider my claims and I agreed to that suggestion. Ms. Hummer even stated that she would provide information about the investigator (Heather Adams) so that I could determine whether I was comfortable with using her services. When I met with Ms. Hummer and Ms. Dean on January 22, 2024, I was fully prepared to request Ms. Adams' engagement but, instead, Ms. Dean advised that there would be no investigation. Thereafter, Ms. Dean and Ms. Hummer proposed mediation for the first time but stated that taking the matter to the high court would not be ideal based on the current ethnic composition and ideology of that court. Beyond that, there was no specificity provided for the idea of mediation and, in truth, Administrative Judge Brown had not yet been notified about my claims. It was not until on or around May 23, 2024 that I received a communication from Presiding Judge McIntosh, with copy to Administrative Judge Brown, wherein he stated that Heather Adams proposed a "structured mediation" and, based on that proposal, he contacted the Ohio Supreme Court. But, once again, Presiding Judge McIntosh had no details and only suggested that, if I agreed, then additional information could be obtained. I responded to that communication on May 29, 2024, expressing my confusion about a proposal of "structured mediation", especially given the fact that in March 2024, Administrative Judge Brown wrote to me that it would not be beneficial to have an in-person conversation with me. To that end, I asked a series of questions to get clarity on the Court's proposal, since my historical experience was comprised of being insulted and ignored.

Presiding Judge McIntosh did not respond to my request for additional information until June 20, 2024 and, to my dismay, the only detail he provided was that the proposed mediators would be a retired White male judge from Defiance County and a retired White female magistrate from Henry County. Given Ms. Dean's statements on the conservative nature of the Court and her belief that the subject of my claims would likely not be well-received, I was wholly disinclined to agree to that "structured mediation" when I was provided with little to no specificity regarding the "structure".

Then, on August 9, 2024, Judge Page and Ms. Hummer proposed mediation and, while I appreciate the good intention, there was once again no structure. The only definitive conclusion that Ms. Hummer articulated was that each side could pick one person and then agree upon a third, and that no part of the process or findings would be made public. The latter position, however, was and is unacceptable to me because almost no one was concerned about the tone, tenor or volume of the disrespect to which my staff and I have been and continue to be subjected for the past three years and, since we are a public body subject to constant public scrutiny, this circumstance should be no different.

A final suggestion of mediation was offered on August 12, 2024 and, once again, the only structure that was provided was that each side could pick a retired judge and then agree upon a third. Yet, there continued to be reticence regarding the requirement of making findings public. Given this history, I find it unfair to suggest that I have been unwilling to participate in "structured mediation" when I have *never* been provided any specificity regarding structure. I am confident each of you can appreciate that, given what I have endured for the past three years, I am hesitant to trust that the Court will honor its commitment to a process and not change, modify or selectively forget agreed-upon aspects of that process.

Moreover, I believe it is necessary to address what appeared to be some level of equivocation regarding whether what my staff and I have experienced constitutes discriminatory, harassing, hostile or retaliatory behavior because persons may view what we claim has occurred differently. To be clear, I do not make statements that I cannot support. Everything that I have claimed is documented in some fixed, tangible medium of expression. And anyone who might have an opportunity to view or to hear that evidence would have little doubt about how my staff and I have been treated. Beyond that, this Court adopted a Code of Ethics and Conduct in 2019 that delineates clearly "expectations of acceptable workplace behavior and performance for all employees." This six-page policy expressly prohibits employees from:

- Failing to conduct themselves civilly in the workplace, during working time or while representing the Court including but not limited to "dishonesty, coercion, bullying, being disrespectful, verbally or nonverbally intimidating or harassing others
- Refusing to obey the director order of a supervisor (insubordination)
- Falsifying, altering or destroying Court records without authorization

Recording one's own or another employee's time records inaccurately, for the purpose of creating false records or defrauding the Court.

- Making or publishing, either directly or indirectly, false or malicious statements about any employee, <u>supervisor</u>, the Court or any other individual
- Failing to report employee behavior that is or may be illegal, unethical, discriminatory, and/or abusive

The Code of Ethics and Conduct also states that a failure to comply with the policy may result in progressive discipline, up to and including dismissal. Given the level of detail provided in this policy and the fact that it was adopted when a majority of the current judges served on the Court, it is difficult for me to imagine or believe that these same persons who are responsible for making decisions on a daily basis that impact the course and trajectory of people's lives cannot and or do not understand what does or does not constitute harassing, discriminatory, hostile and retaliatory behavior. That is especially true since these same jurists voted to approve the policy and are ultimately responsible for its implementation. Moreover, it is axiomatic that ignorance of the law (or a policy rule) is no excuse to engage in prohibited behavior.

Beyond this, the fact that the Director of Human Resources, along with the Court Administrator and Deputy Administrator led an effort in June 2024 to modify the text of the Anti-Harassment Policy and remove <u>every provision</u> upon which my staff and I relied in asserting our claims of discrimination and give <u>sole authority</u> to the Court Administrator to determine corrective action <u>without first vetting those changes with Ms. Hummer or her staff</u> is yet another clear indication of either their attempt to hide something, the veracity of my claims, or a combination of both. The audacity and brazen nature of this attempted change is amplified by the fact that each of these "leaders" as well as the judges of the Court were aware of the fact that there was an EEOC Charge pending but were still prepared to move forward with modification until they were instructed not to do so. While it is difficult to believe that judges would behave in this way, it is a moral imperative that we not attempt to conform the truth of a circumstance to a more comfortable reality. In this regard, while both of you may have hoped that this behavior was not inspired by the whims of an employee who did not believe she was required to comply with the orders of her supervisor, there is evidence where the judges of this Court both repeat and mirror many of the baseless claims made in the bad faith complaint against me. In fact, a judge of the Court indicated that employees are hesitant to file a claim because they are subject to "retribution" by administration and that retributive practice is ignored by the judges.

Finally, each of you continues to frame the Court Administrator's complaint as a "withdrawn" complaint. However, there is no evidence to support this conclusion and the fact that litigation was not filed is not outcome determinative on this point. There is no identifiable reason, beyond her bad faith complaint, that both she, every member of the administrative team, and the majority of judges would continue to behave in a discriminatory way. Moreover, the fact that the document was provided in response to a

public record request belies the continued representation that it no longer "exists". Finally, I have not received any documentation through which the Court Administrator articulated that her unjust prevarications were withdrawn. While I understand the litigation perspective from which this position may be advanced, each of us knows that it amounts to little more than image without substance.

I cannot begin to explain how much I wish this entire ordeal was a bad dream. Regrettably, it is real. Very real. It is exhausting, humiliating, disappointing, demoralizing and deflating. The Court, through its inaction and disrespect, chose this path. Ms. Hummer was told in January 2024 that if the Court did not get a handle on this series of events, it would go sideways – and here we are. The Court failed in its most basic obligation in the Code of Ethics and Conduct to "build public confidence that the court business is conducted with honesty, integrity, and a concern for justice and is, therefore, worthy of respect, trust, and support." And I will not allow the cover-up of its glaring failure to become my priority or responsibility.

## Policy and Procedure Review by Third Party

Administrative Judge Brown called a special Judges' Meeting on March 13, 2024. The stated purpose of that meeting was to discuss and vote on a policy and procedure review regarding the Anti-Harassment Policy. Before the meeting devolved into an opportunity for the majority of the judges in attendance to make humiliating comments toward and about me, I actually called for a vote on the implementation of this policy and procedure review. However, rather than voting, which was the purpose of the meeting, the judges chose to spend time articulating that I had a snowflake mentality, that I needed to grow up and act like an adult and elected official, that they had never heard of any issue like this in their years of service, that the biggest dispute in their experience was between two judges regarding masks, and that if I had a problem then I should call the local newspaper. In other words, I have never objected to a policy and procedure review and my desire and decision to request a vote on that issue reflects the same. If such review is actually implemented, then I hereby request that I am given an extended opportunity to meet with the investigator privately to explain from my perspective why modifications are necessary and to provide proposed language to be included in any updated policy.

## Structured Mediation

Before I will agree to participate in mediation, the following pre-conditions and conditions must be agreed to by the Court:

1. Pre-Conditions
   a. All outstanding public records requests that I submitted must be finalized and provided to me.

b. ShaQuanna Crum and Tamara McCall must receive a non-privileged copy of Ms. Adams' final investigative report regarding their claims.

c. Acknowledgement and admission from the Court that destruction of public records by Ms. Goodman, Ms. Davis, and Ms. Bedsole is a violation of the Court's Code of Ethics and Conduct and Sup. R. 26.

d. Identification of and agreement to the terms and conditions of mediation including, but not limited to, a public release of findings and conclusions, the persons to be selected, the submission of a mediation statement, the person(s) who will represent the Court, etc.

e. ShaQuanna Crum and Tamara McCall must be permitted to participate in the mediation to facilitate a resolution of their claims.

f. No non-disclosure agreement. Neither my staff nor I will agree to forfeit the right to discuss the truth of our experiences but will not discuss the specifics of any mediation process.

g. Participation by a person with settlement authority on behalf of the Court.

h. The Court must provide a public apology to my staff and me. The apology must be in writing and distributed to all Court employees who received a copy of the notice of change in Administrative Judge leadership on or around November 15, 2022.

i. My staff and I shall be permitted to notify certain media outlets of both the apology and generalities on any resolution, should we choose to do so.

j. No requirement that any evidence gathered or obtained by my staff or me must be destroyed at the conclusion of a mediation.

k. Preemptive authority for Court representatives to participate in mediation. I will not subject myself to another Special Judges' Meeting that even Ms. Hummer described as "horrific".

2. Conditions
   a. Opening Statements allowed.
   b. Separate discussion rooms for the Court, and my staff and me.
   c. No timeframe by which mediation must conclude. The parties will be able to have a second day, if necessary.
   d. Formal memorialization of terms and conditions of any mediation outcomes.

I look forward to hearing from you on behalf of the Court regarding my positions. If you need additional information or clarification, then please do not hesitate to contact me.

Sincerely,

/s *Kimberly Cocroft*

| | |
|---|---|
| **From:** | Cocroft, Kimberly X. |
| **Sent:** | Friday, October 4, 2024 10:53 AM |
| **To:** | Hummer, Jeanine A. |
| **Cc:** | Dean, Theresa M.; Wilson, Kenneth N. |
| **Subject:** | RE: Additional Information and Update |

**EXHIBIT**

**126**

Ms. Hummer:

Thank you for your response.

I have always been clear that your office does not represent me regarding the claims I have asserted and that position was not my inquiry. My inquiry, rather, pertained to your representation of the Client and my status as 1/17[th] of the Client. You may recall that in a communication dated February 1, 2024, Ms. Dean stated, "We are dealing with a client made up of 17 independently elected officials (* * *)" of which I am one. I have not sent these communications in an effort to be obtuse or intentionally difficult. But I was struck by your statement that you would "pass on" my communication regarding the notice to the Client and am only trying to understand to which Client the information was given. Further, my concern was and continues to be the inherent conflict that I believe exists regarding the advice your office provided to one Client regarding its management of what I have repeatedly asserted was a bad faith complaint improperly filed against another Client (me).

To be clear, I had no obligation to inform anyone that I received the notice. But, in my continuing effort to "partner" with the Court/Client and to demonstrate professional courtesy, integrity, and transparency, I shared this piece of information even though it feels and, in many instances, is the case that I am treated by the Court/Client in a discourteous and almost contemptuous way.

Though I have neither relinquished nor forfeited my position as a member of this Court, thereby making me a 1/17[th] portion of the Client, I will honor what appears to be an evolving position on my status as a member of the Court and will respect your obligation to follow the position of your Client(s) regarding if or when they will respond to me, another Client. As I have stated on myriad occasions, this continues to be one of the most confounding, disappointing, and humiliating experiences of my life and this current conversation is yet another unnecessary chapter that the Court/Client has chosen to write. Nevertheless, I remain undeterred in standing up for myself to address the discriminatory, hostile and retaliatory behavior that I neither asked for, created, encouraged, or deserve.



**Judge Kimberly Cocroft**
Pronouns: She/Her/Hers
**Franklin County Common Pleas Court**
345 South High Street | 4th Floor | Columbus, OH 43215-4554
**(P) 614.525.7200| (F) 614.525.4641**
Kimberly_Cocroft@fccourts.org | http://www.fccourts.org

**From:** Hummer, Jeanine A. <jhummer@franklincountyohio.gov>
**Sent:** Thursday, October 3, 2024 4:51 PM
**To:** Cocroft, Kimberly X. <Kimberly_Cocroft@fccourts.org>
**Cc:** Dean, Theresa M. <tdean@franklincountyohio.gov>; Wilson, Kenneth N. <knwilson@franklincountyohio.gov>
**Subject:** RE: Additional Information and Update

We do not represent any elected official or employee pursuing a personal action against the Court or the County. Since you are referring to your pursuit of a potential claim, we do not represent you or have any duty to represent you in that matter.

This has been our consistent statement throughout this process.

Jeanine Hummer
First Assistant Prosecuting Attorney and Chief Counsel
Civil Division
373 S. High Street,  13th Floor
Columbus, OH 43215
Phone:  614-525-3269  Cell:614-5950099
Fax:  614-525-6012
jhummer@franklincountyohio.gov

## Office of G. Gary Tyack
**Franklin County Prosecuting Attorney**



Franklin County Prosecutor's Office

**From:** Cocroft, Kimberly X. <Kimberly_Cocroft@fccourts.org>
**Sent:** Thursday, October 3, 2024 4:07 PM
**To:** Hummer, Jeanine A. <jhummer@franklincountyohio.gov>
**Cc:** Dean, Theresa M. <tdean@franklincountyohio.gov>; Wilson, Kenneth N. <knwilson@franklincountyohio.gov>
**Subject:** RE: Additional Information and Update

Ms. Hummer:

Thank you for your response.

I understand the separation of powers doctrine. However, Administrator Wilson has worked with you and the Client consistently to facilitate a resolution of this matter. Hence, my decision to include him on the initial and subsequent communications regarding the Notice.

Further, Sup. R. 4 designates the Administrative Judge as the representative of the Client, for all intents and purposes. To that end, I was unclear on whether notification would go to Administrative Judge Brown or to every individual who is a part of and comprises the Client.

Finally, I will restate my belief, supported by Board of Ethics advisory opinions, that your office may be conflicted out of further representation. This is especially true given the fact that it appears your office is now drawing a bright line distinction regarding its representation of the Client, which still includes me, in relation to any matters for which I have asserted claims. As such, I would appreciate clarification on what role your office will now take in this process.



**Judge Kimberly Cocroft**
Pronouns: She/Her/Hers
**Franklin County Common Pleas Court**
345 South High Street | 4th Floor | Columbus, OH 43215-4554
**(P) 614.525.7200| (F) 614.525.4641**
Kimberly_Cocroft@fccourts.org | http://www.fccourts.org

**From:** Hummer, Jeanine A. <jhummer@franklincountyohio.gov>
**Sent:** Thursday, October 3, 2024 9:42 AM
**To:** Cocroft, Kimberly X. <Kimberly_Cocroft@fccourts.org>
**Cc:** Dean, Theresa M. <tdean@franklincountyohio.gov>; Wilson, Kenneth N. <knwilson@franklincountyohio.gov>
**Subject:** Re: Additional Information and Update

The FCPO is legal counsel to the Court. The Court is the entity that would be responsible for decisions related to this matter.  Any monetary responsibility for claims falls under the BOC, but with the separation of powers, the Court is who I was referring to as the Client.


Get Outlook for iOS

─────────────────────────────────────────────

**From:** Cocroft, Kimberly X. <Kimberly_Cocroft@fccourts.org>
**Sent:** Thursday, October 3, 2024 9:04:01 AM
**To:** Hummer, Jeanine A. <jhummer@franklincountyohio.gov>
**Cc:** Dean, Theresa M. <tdean@franklincountyohio.gov>; Wilson, Kenneth N. <knwilson@franklincountyohio.gov>
**Subject:** RE: Additional Information and Update

Ms. Hummer:

As a point of clarification, who is "the Client"? In prior conversations that I have had with you and/or Administrator Wilson, you have stated to me that I am your "Client". To that end, is your current reference to a specific person or to a specific entity?

Thank you.



**Judge Kimberly Cocroft**
Pronouns: She/Her/Hers
**Franklin County Common Pleas Court**
345 South High Street | 4th Floor | Columbus, OH 43215-4554
**(P) 614.525.7200| (F) 614.525.4641**
Kimberly_Cocroft@fccourts.org | http://www.fccourts.org

**From:** Hummer, Jeanine A. <jhummer@franklincountyohio.gov>
**Sent:** Wednesday, October 2, 2024 4:31 PM
**To:** Cocroft, Kimberly X. <Kimberly_Cocroft@fccourts.org>
**Cc:** Dean, Theresa M. <tdean@franklincountyohio.gov>
**Subject:** Re: Additional Information and Update

Thank you Judge. I will pass this on to the Client .
Sent from my iPhone
Excuse my typos

On Oct 2, 2024, at 4:06 PM, Cocroft, Kimberly X. <Kimberly_Cocroft@fccourts.org> wrote:

Ms. Hummer:

Today, I received a notice of right to sue letter from the Equal Employment Opportunity Commission.

If the Court still wishes to discuss the particulars of and participate in a structured mediation, then I hereby request that the pre-conditions and conditions for a structured mediation are agreed to and finalized, and the mediation completed by no later than November 2, 2024.

Thank you.



**Judge Kimberly Cocroft**
Pronouns: She/Her/Hers
**Franklin County Common Pleas Court**
345 South High Street | 4th Floor | Columbus, OH 43215-4554
**(P) 614.525.7200| (F) 614.525.4641**
Kimberly_Cocroft@fccourts.org | http://www.fccourts.org

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**Cleveland Field Office**
1240 E 9th St, Suite 3001
Cleveland, OH 44199
Telephone: (216) 306-1120
Website: www.eeoc.gov

## DISMISSAL AND NOTICE OF RIGHTS
### (This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 10/02/2024

**To:** Hon. Kimberly Cocroft
988 Wellington Blvd.
Columbus, OH 43219

Charge No: **532-2024-03163**

| EEOC Representative and Telephone: | Legal Unit, Philadelphia District & (267) 589-9707 |
|---|---|

### DISMISSAL OF CHARGE

The EEOC has granted your request that the agency issue a Notice of Right to Sue, where it is unlikely that EEOC will be able to complete its investigation within 180 days from the date the charge was filed.

The EEOC is terminating its processing of this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign in to the EEOC Public Portal and upload the court complaint to charge **532-2024-03163**.

On behalf of the Commission,

Digitally Signed By:Dilip Gokhale
10/02/2024

Dilip Gokhale
Director

**cc:** Franklin County

Please retain this notice for your records.