## Cocroft, Kimberly X.

| | |
|---|---|
| **From:** | Cocroft, Kimberly X. |
| **Sent:** | Wednesday, October 16, 2024 12:47 PM |
| **To:** | Hummer, Jeanine A. |
| **Cc:** | Dean, Theresa M.; Wilson, Kenneth N. |
| **Subject:** | RE: Response to mediation |

Good afternoon, Ms. Hummer:

Thank you for the answer to my first question. However, is it correct for me to presume that you will not provide answers to the other four questions I posed? As I indicated, it will be necessary for me to have answers to all clarifying questions before I make a decision.



**Judge Kimberly Cocroft**
Pronouns: She/Her/Hers
**Franklin County Common Pleas Court**
345 South High Street | 4th Floor | Columbus, OH 43215-4554
**(P) 614.525.7200| (F) 614.525.4641**
Kimberly_Cocroft@fccourts.org | http://www.fccourts.org

**From:** Hummer, Jeanine A. <jhummer@franklincountyohio.gov>
**Sent:** Wednesday, October 16, 2024 10:56 AM
**To:** Cocroft, Kimberly X. <Kimberly_Cocroft@fccourts.org>
**Cc:** Dean, Theresa M. <tdean@franklincountyohio.gov>
**Subject:** RE: Response to mediation

Good Morning
Thank you for your email.
Yes, to your first question.

I look forward to hearing whether you are willing to utilize the Supreme Court's program.
Thank you

Jeanine Hummer
First Assistant Prosecuting Attorney and Chief Counsel
Civil Division
373 S. High Street, 13th Floor
Columbus, OH 43215
Phone: 614-525-3269 Cell:614-5950099
Fax: 614-525-6012
jhummer@franklincountyohio.gov

## Office of G. Gary Tyack

1



EXHIBIT

127

**Franklin County Prosecuting Attorney**



Franklin County Prosecutor's Office

**From:** Cocroft, Kimberly X. <Kimberly_Cocroft@fccourts.org>
**Sent:** Tuesday, October 15, 2024 5:47 PM
**To:** Hummer, Jeanine A. <jhummer@franklincountyohio.gov>
**Cc:** Dean, Theresa M. <tdean@franklincountyohio.gov>; Wilson, Kenneth N. <knwilson@franklincountyohio.gov>
**Subject:** RE: Response to mediation

Ms. Hummer:

Before I provide my answer, I have a few clarifying questions:

1. Is the Supreme Court Mediation Program you mentioned the same program that Presiding Judge McIntosh referenced in a communication he sent to Administrative Judge Brown and me on May 23, 2024, based on a suggestion he received from Ms. Adams regarding a resolution of my claims (though Ms. Adams has no substantive knowledge of my claims since she was not engaged to investigate them)?
2. Would the Supreme Court Mediation Program involve the retired White male magistrate from Defiance County (total Black population of 2.75%) and the White female retired judge from Henry County (total Black population of .54%) that Presiding Judge McIntosh referenced as the proposed mediators in his communication dated June 20, 2024?
3. Does the Court have a position regarding the pre-conditions and conditions for mediation that I outlined in my September 20, 2024 communication?
4. Is the Court aware that, during the January 30, 2024 meeting with your office, it was articulated that a referral to the high court "could be political" and that there are "a lot of White men who tend conservative" at the court, which would make a meaningful review of my claims difficult, if not impossible?
5. When you say that "The Court" is willing to mediate, who made that decision on behalf of the Court? Was there a Judges' Meeting during which a vote was taken to get approval to participate in mediation?

Thank you.



**Judge Kimberly Cocroft**
Pronouns: She/Her/Hers
**Franklin County Common Pleas Court**
345 South High Street | 4th Floor | Columbus, OH 43215-4554
**(P)** 614.525.7200| **(F)** 614.525.4641
Kimberly_Cocroft@fccourts.org | http://www.fccourts.org

**From:** Hummer, Jeanine A. <jhummer@franklincountyohio.gov>
**Sent:** Tuesday, October 15, 2024 1:49 PM
**To:** Cocroft, Kimberly X. <Kimberly_Cocroft@fccourts.org>

**Cc:** Dean, Theresa M. <tdean@franklincountyohio.gov>
**Subject:** RE: Response to mediation

Judge Cocroft.
The Court is willing to mediate through the Supreme Court's mediation program.
As to the concerns raised regarding personal Facebook notifications, I am not familiar with the algorithm used by Facebook and therefore can't provide insight to why something appears on your page.

Thank you,
Jeanine

Jeanine Hummer
First Assistant Prosecuting Attorney and Chief Counsel
Civil Division
373 S. High Street, 13th Floor
Columbus, OH 43215
Phone: 614-525-3269 Cell:614-5950099
Fax: 614-525-6012
jhummer@franklincountyohio.gov

## Office of G. Gary Tyack
**Franklin County Prosecuting Attorney**



Franklin County Prosecutor's Office

**From:** Cocroft, Kimberly X. <Kimberly_Cocroft@fccourts.org>
**Sent:** Tuesday, October 15, 2024 12:15 PM
**To:** Hummer, Jeanine A. <jhummer@franklincountyohio.gov>; Wilson, Kenneth N. <knwilson@franklincountyohio.gov>
**Subject:** Curious Information

Ms. Hummer and Administrator Wilson:

I have attached two items that appeared on my social media page on yesterday. The only way that persons show up as "People You May Know" is if they are searching your social media. Additionally, I blocked Ms. Goodman from access to my social media well over a year ago and this appears to be a new page that she has created. Moreover, I have neither heard from nor seen Ms. Francescon since 2022 when we attended the same community event. We have never been connected on social media.

While this may seem to be a small thing, it is indicative of the ongoing hostile and retaliatory behavior that I continue to experience. I have been intentional about saying nothing to Ms. Goodman unless my work required it, and even then, I attempted to find a workaround. So, there is no reason that she nor anyone should be perusing my social media pages, particularly given the current situation. I should not have to deal with antagonistic behavior both in the office and in my free time.

I am hopeful, Ms. Hummer, that you will be communicating something on behalf of "the Client" soon, either in response to my September 20, 2024 or October 2, 2024 correspondence. Enough is enough.

Thank you.



**Judge Kimberly Cocroft**
Pronouns: She/Her/Hers
**Franklin County Common Pleas Court**
345 South High Street | 4th Floor | Columbus, OH 43215-4554
**(P) 614.525.7200| (F) 614.525.4641**
Kimberly_Cocroft@fccourts.org | http://www.fccourts.org

**Cocroft, Kimberly X.**

| | |
|---|---|
| **From:** | Cocroft, Kimberly X. |
| **Sent:** | Monday, October 21, 2024 4:17 PM |
| **To:** | Wilson, Kenneth N.; Hummer, Jeanine A. |
| **Cc:** | Brown, Kimberly J.; McIntosh, Stephen L.; Boyce, Kevin L. |
| **Subject:** | Responsive Correspondence |
| **Attachments:** | October 21 Letter.pdf |

Administrator Wilson and Ms. Hummer:

Please see the attached correspondence as my response to a communication I received from Ms. Hummer on October 15, 2024.

Thank you.



**Judge Kimberly Cocroft**
Pronouns: She/Her/Hers
**Franklin County Common Pleas Court**
345 South High Street | 4th Floor | Columbus, OH 43215-4554
**(P) 614.525.7200| (F) 614.525.4641**
Kimberly_Cocroft@fccourts.org | http://www.fccourts.org



EXHIBIT

128

1

October 21, 2024

Kenneth N. Wilson, Administrator
Franklin County
373 S. High Street, 26th Floor
Columbus, OH 43215

Jeanine Hummer, First Assistant Prosecuting Attorney, Civil Division
Franklin County Prosecuting Attorney's Office
373 S. High Street, 14th Floor
Columbus, OH  43215

Administrator Wilson and Ms. Hummer:

As you know, I sent correspondence to you on September 20, 2024 as my written response to offers each of you proposed during a September 19, 2024 meeting on behalf of the Court to facilitate a resolution of my claims of discrimination based on race and gender, hostile work environment, and retaliation. My correspondence provided a detailed overview of the actions and inactions that are the foundation of my claims, as well as a detailed recitation of the pre-conditions and conditions I believe are necessary to effectuate a meaningful mediation. Regrettably, when I finally received the Court's response to that correspondence from Ms. Hummer on October 15, 2024, the only statement that was provided was "The Court is willing to mediate through the Supreme Court's mediation program."

It is difficult for me to even fathom how or why the Court would believe that I viewed this response as thoughtful, thorough, or agreeable. Beyond the fact that the Court decided to summarily ignore my proposed pre-conditions and conditions with seemingly no intention to engage in conversation about those points, the proposed resolution revives a suggestion for which I articulated clearly my concern and ultimate opposition. Since, however, it appears that my concerns were either forgotten or conveniently overlooked, I will restate them in my continued attempt to ensure that my position is not misunderstood, misinterpreted, misquoted, or mismanaged.

As I stated in my September 20, 2024 correspondence, I have done everything within my power to "partner" with the Court since July 2021 when I was elected to serve as Administrative Judge for 2022. During my unfairly abbreviated tenure as Administrative Judge, I worked diligently to implement policies that exemplify our constitutional obligation to fairness and equity, to propose initiatives that reflect the diverse communities we serve, to acknowledge the humanity and necessity of every employee, irrespective of their title or position, and to position us as leaders in the delivery of justice services. I attempted to "partner" with the Court in November 2022, when I was subject to fraudulent

representations and a threat of blackmail by the Court's then Presiding Judge and, in cooperation with its Personnel Committee Chair, Court Administrator, and other judges, was forced to resign from my service as Administrative Judge based on a bad faith complaint filed against me by the Court Administrator. I attempted to "partner" with the Court when my African American staff and I were subject to micro aggressive and overtly discriminatory behavior, a hostile work environment and retaliation based on that same bad faith complaint. I attempted to "partner" with the Court ten months ago in January 2024 when I provided notice of my claims and tried to work toward a resolution that kept this matter as discrete as possible, acknowledged and atoned for the persistent and insidious nature of circumstances that neither my staff nor I created, asked for, or perpetuated, while simultaneously managing the demonstrable toll this experience has taken and *still* remaining silent to protect the integrity of the institution. And every attempt I made to "partner" was met with documented public insult, ridicule, name-calling, and ongoing discriminatory behavior. To be clear, the lack of meaningful progress to bring my legitimate claims to resolution has *nothing* to do with me.

In that same regard, I believe it is imperative to restate how and why the Court's counteroffer for mediation through the Supreme Court of Ohio remains an unacceptable option. To that end, it is important to note that, when I met with Ms. Hummer on January 18, 2024, she indicated that the Court would engage an outside investigator to consider my claims and I agreed to that suggestion. Ms. Hummer even stated that she would provide information about the investigator (Heather Adams) so that I could determine whether I was comfortable with using her services. When I met with Ms. Hummer and Ms. Dean on January 22, 2024, I was fully prepared to request Ms. Adams' engagement but, instead, Ms. Dean advised that there would be no investigation. Thereafter, Ms. Dean and Ms. Hummer proposed mediation for the first time but stated that taking the matter to the high court would not be ideal because they believed the matter would become "too political". Ms. Dean further stated that, because the Court is primarily composed of "White men who tend conservative" it would not be an ideal setting for a mediation of my claims. Moreover, I remain confounded by any suggestion from Ms. Adams regarding a resolution of my claims when this Court made an intentional decision not to engage Ms. Adams to investigate them. As such, it is both curious and inconsistent that the Court would take Ms. Adams' suggestion about how to resolve an issue she was not even permitted to investigate.

Beyond that, when Presiding Judge McIntosh sent a communication to me on May 23, 2024 and raised the idea of a mediation for the first time, he had no details and only suggested that, if I agreed, then additional information could be obtained. I responded to that communication on May 29, 2024, expressing my confusion about a proposal of "structured mediation", especially given the fact that in March 2024, Administrative Judge Brown wrote to me that it would not be beneficial to have an in-person conversation with me. To that end, I asked a series of questions to get clarity on the Court's proposal, since my historical experience was comprised of being insulted and/or ignored.

Presiding Judge McIntosh did not respond to my request for additional information until June 20, 2024 and, to my dismay, the only detail he provided was that the proposed mediators would be a retired White male magistrate judge from Defiance County and a retired White female judge from Henry County. When I reviewed the racial composition of both counties, I learned that the number of Black residents in Defiance County makes up only 2.75% of the population and the number of Black residents in Henry County makes up only .54% of the population. Given Ms. Dean's statements on the conservative nature of the Court and her belief that the subject of my claims would likely not be well-received, I was wholly disinclined to agree to that "structured mediation" when I was provided with little to no specificity regarding the "structure".

Now, not only has the Court proposed the same mediation "offer" with the same lack of detail and information that I rejected in June 2024, but it has also failed to provide any response to the pre-conditions and conditions I proposed, which were neither onerous nor unreasonable. Moreover, this renewed "offer" either ignored or failed to acknowledge Ms. Hummer's proposed suggestion of mediation wherein each party could pick a mediator and agree upon a third.

It is clear to me that the Court is fully committed to conveying an image of conciliation without any indicia of meaningful substance. Alternatively, it appears that the Court's singular effort is to protect bad actors by punishing a person who was the object of those bad actions. In either scenario, it seems that the only real goal is to demonstrate the Court made an "offer" and I refused to be cooperative and/or to accept its attempts at resolution. But each of us knows that nothing could be farther from the truth.

If I have not made my position clear regarding the Court's most recent proposal, then let me be explicit – I hereby reject the Court's offer to participate in mediation through the Supreme Court of Ohio. Both Ms. Dean and Ms. Hummer stated to me in no uncertain terms that they believed a referral to the Court would be too political and that, because of the Court's conservative leanings, my claims would not likely receive fair consideration. Their position is bolstered by the fact that the persons identified to manage the mediation served in what many may consider as rural counties with negligible Black populations. To even suggest this course as a means of resolution is unfair, at best and continued insult to demonstrable injury, at worst.

I cannot begin to explain how much I wish this entire ordeal was a bad dream. Regrettably, it is real. Very real. It is exhausting, humiliating, disappointing, demoralizing and deflating. The Court, through its inaction and disrespect, chose this path. Ms. Hummer was told in January 2024 that if the Court did not get a handle on this series of events, it would go sideways – and here we are. The Court failed in its most basic obligation in its Code of Ethics and Conduct, adopted and approved in 2019, to "build public confidence that the court business is conducted with honesty, integrity, and a

concern for justice and is, therefore, worthy of respect, trust, and support." And I will not allow the cover-up of its glaring failures to become my priority or responsibility.

Sincerely,

*/s Kimberly Cocroft*


cc:     Kimberly J. Brown, Administrative Judge
        Stephen L. McIntosh, Presiding Judge
        Kevin L. Boyce, President, Franklin County Board of Commissioners

## Cocroft, Kimberly X.

| | |
|---|---|
| **From:** | Cocroft, Kimberly X. |
| **Sent:** | Friday, May 31, 2024 2:41 PM |
| **To:** | Worthington, Stacy A. |
| **Cc:** | Byerly, Andrew T.; Crum, ShaQuanna N.; Mathews, Angela D. |
| **Subject:** | RE: Criminal Continuance Entries |

Director Worthington:

I want to be clear that there is no indication or suggestion by anyone that Ms. Crum has "inadvertently not placed [continuance entries] in the Assignment_Continuance shared folder once all signatures have been applied." In fact, neither Ms. Crum nor I ever assigned a nefarious motive to this recent phenomenon. If, however, you have any information that may support your hypothetical regarding Ms. Crum, then I would greatly appreciate receiving it so that I can address those errors internally, though I am confident disappearing errors do not exist.

Moreover, neither Ms. Crum nor I knew "many chambers are going about it differently post COVID", as Ms. Crum has never been trained on this improved way of managing the continuance entry process. To the extent that you know the number of judges who are "going about it differently", I would appreciate your sharing that information, as well as the length of time each has been using a new process. Additionally, if there are other judges who have experienced signed continuance entries disappearing altogether, then that would be helpful to know, as well.

The truth of this circumstance is that my staff and I have never had an issued with our process of managing continuances until this recent spate of continuance entries disappearing. From my perspective, Director Byerly has provided us with the most failsafe solution and, because it has been increasingly necessary within the last two years for my staff and me to document the management of my work in multiple ways, we will continue to take whatever steps I believe are prudent to maintain the integrity of the work assigned to me.

Finally, while I appreciate your effort in providing various options regarding this concern, each of them creates more work for Ms. Crum and the Court than the option we have used with great success until very recently. This is especially true regarding Option 2, which would require Ms. Crum to give daily docket sheets to Assignment. In March 2023, a member of the Assignment staff sent an email to Ms. Crum at your direction requesting daily docket sheets for the management of capiases and other matters. I shared then that I have never been asked to provide daily docket sheets in my years of service and would not begin to submit them. That remains my position.

Again, I don't find it prudent or necessary to reinvent a wheel that has worked well simply because of what other judges may be doing post COVID or simply because I raised a legitimate concern regarding continuance entries that have disappeared and, strangely, no one can find. It certainly would not benefit Ms. Crum or me to delete documents that put my professional integrity and oath of office in jeopardy to cast aspersions or to play a "gotcha" game. I only raise concerns when they are legitimate and can be substantiated with actual documentation. This current event is such a circumstance.

I am confident that eliminating the option for anyone to delete or remove documents, along with the audit system Director Byerly has implemented, will correct the issue immediately. I appreciate all the feedback received and am grateful this matter has been brought to conclusion.

Thank you.

1





**Judge Kimberly Cocroft**
Pronouns: She/Her/Hers
**Franklin County Common Pleas Court**
345 South High Street | 4th Floor | Columbus, OH 43215-4554
**(P) 614.525.7200| (F) 614.525.4641**
Kimberly_Cocroft@fccourts.org | http://www.fccourts.org

**From:** Worthington, Stacy A. <Stacy_Worthington@fccourts.org>
**Sent:** Friday, May 31, 2024 10:20 AM
**To:** Cocroft, Kimberly X. <Kimberly_Cocroft@fccourts.org>; Crum, ShaQuanna N. <ShaQuanna_Crum@fccourts.org>
**Cc:** Byerly, Andrew T. <Andrew_Byerly@fccourts.org>
**Subject:** RE: Criminal Continuance Entries

Good morning, Judge Cocroft,

I am glad Mr. Byerly was able to give us a thorough overview. Certainly, knowing that no one can delete from the folder anymore is very helpful however I believe we can still make further changes to assist. In doing so, I would recommend that instead of Ms. Crum having to print off continuances unnecessarily that we change the process in which the Assignment office receives criminal continuance entries. As I had indicated in my email, I explained your current process however many chambers are going about it differently post COVID. I suggest we explore the following options as even if Ms. Crum prints the entries if they are inadvertently not placed in the Assignment_Continuance shared folder once all signatures have been applied then they will not be e-Filed hence not journalized with a date and time to the docket.

Option 1
Continue to produce the criminal continuance entries electronically, however, instead of placing them in the Assignment_Continuance shared folder Ms. Crum can upload the continuance entries and email them to the Assignment office. This will provide an electronic copy with a date and time they were delivered to the assignment office. The Assignment_Continuance shared folder can then be removed from the 4E shared folder.

Option 2
Ms. Crum can select the new trial dates and add them to the continuance entries and then e-File them directly to the Clerk's office. If this option is chosen, it will be important that Ms. Crum provide a copy of the daily docket sheets to the assignment office weekly.

Option 3
No longer produce the criminal continuance entries electronically. Counsel can be directed to fill them out physically and instruct the Prosecutor to take them to the Assignment office for a new trial date to be selected and then e-Filed. When physical criminal continuance entries arrive in the Assignment office an Assignment stamp is added to the continuance entry indicating the date in which they arrived in that office to further document the time of delivery.

Please let me know which option you and your staff prefer. If a new option is selected, then we can provide training for the option chosen.
Thank you, Stacy



**Stacy Worthington, CCE**
(She/Her/Hers)
**Director of Court Support Services**

Franklin County Court of Common Pleas -
General Division
345 S. High St., 2nd Floor, Columbus, OH 43215
Phone 614.525.2529  Fax 614.525.4480
www.fccourts.org



**From:** Cocroft, Kimberly X. <Kimberly_Cocroft@fccourts.org>
**Sent:** Thursday, May 30, 2024 2:39 PM
**To:** Byerly, Andrew T. <Andrew_Byerly@fccourts.org>; Crum, ShaQuanna N. <ShaQuanna_Crum@fccourts.org>; Worthington, Stacy A. <Stacy_Worthington@fccourts.org>; Mathews, Angela D. <AngelaMathews@franklincountyohio.gov>
**Subject:** RE: Continuance Entries

Director Byerly:

Thank you for this thoughtful and thorough overview.

I am in complete agreement with removing deletion rights for everyone relative to information warehoused in the 4E Criminal Share folder. It is strange to me that so many people would have the right to delete information for which I am ultimately responsible, so I would appreciate your immediate termination of that option. Moreover, Sup. R. 26 governs the management of public records and I believe that the Court should be more attentive to if, when and how records that emanate from the Court are deleted and/or destroyed.

I am grateful for what appears to be clarification regarding whether there was a problem on the front end of this process. As stated previously, Ms. Crum is now printing every completed continuance entry so, if there is another anomalous circumstance, then we will have confirmation of what we have done and what should be docketed.



**Judge Kimberly Cocroft**
Pronouns: She/Her/Hers
**Franklin County Common Pleas Court**
345 South High Street | 4th Floor | Columbus, OH 43215-4554
(P) 614.525.7200| (F) 614.525.4641
Kimberly_Cocroft@fccourts.org | http://www.fccourts.org

**From:** Byerly, Andrew T. <Andrew_Byerly@fccourts.org>
**Sent:** Thursday, May 30, 2024 2:00 PM
**To:** Cocroft, Kimberly X. <Kimberly_Cocroft@fccourts.org>; Crum, ShaQuanna N. <ShaQuanna_Crum@fccourts.org>; Worthington, Stacy A. <Stacy_Worthington@fccourts.org>; Mathews, Angela D. <AngelaMathews@franklincountyohio.gov>
**Subject:** RE: Continuance Entries

Good afternoon,

A search of the backup files of \\courtefile (aka Criminal Share) didn't prove to be fruitful. The backup files are saved every two hours, and those folders are regularly modified making it difficult to determine what happened. As a result, modifications to the server were made to provide a better audit trail when these issues need reviewed in the future:

- As of 5/30/2024, backup files on the criminal share (aka shadow copies) are created hourly starting at 9am – 5pm. Previously set to two hours.
- As of 5/30/2024, audit logging is turned on. Previously this was not enabled for the criminal share.

These changes should allow us to see who deleted a file and when. I say "should" because I'm not sure how the server logs activity when it is done by a user who accesses the folder through the Data Center's network. I'll be watching for this activity over the next several days.

**Folder Security Review**

These are the groups of people who currently have delete rights to items in the 4E folder on the Criminal Share.

- Gen_courtroom_user – all the courtroom computers
- Gen Bailiffs – Bailiff
- Gen Float Bailiffs – CSS staff
- Gen_Assignment – Assignment Staff
- Gen_Business_Analyst – Business Analysts
- Criminal_efiling_PRAT-User – Prosecutor group controlled by the Data Center
- Criminal_efiling_PBDF-User – Public Defender group controlled by the Data Center
- Domain Admins – IT Staff (specifically: Andrew Byerly, Mark Cheadle, Richard Jacko, James Sicz)

In notifying Stacy of the folder permissions, she has requested for me to remove deletion rights from the groups she manages. This would eliminate a group of users who could potentially delete a document inadvertently. It would be our recommendation that <u>no user has deletion rights</u>. If an error is made, the faulty document can just be dragged to an "archive" folder and not deleted. I'd need to create a few archive folders to implement. Security permissions could be changed within an hour.

Hope this is helpful.
Thank you,
Andrew



**Andrew Byerly**
**Director of Information Technology**

Franklin County Court of Common Pleas -
General Division
345 S. High St., 2nd Floor, Columbus, OH 43215
Phone 614.525.4089  Fax 614.525.8903
www.fccourts.org



---

**From:** Cocroft, Kimberly X. <Kimberly_Cocroft@fccourts.org>
**Sent:** Thursday, May 30, 2024 8:31 AM
**To:** Byerly, Andrew T. <Andrew_Byerly@fccourts.org>; Crum, ShaQuanna N. <ShaQuanna_Crum@fccourts.org>; Worthington, Stacy A. <Stacy_Worthington@fccourts.org>; Mathews, Angela D. <AngelaMathews@franklincountyohio.gov>
**Subject:** RE: Continuance Entries

Thank you, Director Byerly.



**Judge Kimberly Cocroft**
Pronouns: She/Her/Hers
**Franklin County Common Pleas Court**
345 South High Street | 4th Floor | Columbus, OH 43215-4554
**(P) 614.525.7200| (F) 614.525.4641**
Kimberly_Cocroft@fccourts.org | http://www.fccourts.org

---

**From:** Byerly, Andrew T. <Andrew_Byerly@fccourts.org>
**Sent:** Wednesday, May 29, 2024 10:06 PM
**To:** Cocroft, Kimberly X. <Kimberly_Cocroft@fccourts.org>; Crum, ShaQuanna N. <ShaQuanna_Crum@fccourts.org>; Worthington, Stacy A. <Stacy_Worthington@fccourts.org>; Mathews, Angela D. <AngelaMathews@franklincountyohio.gov>
**Subject:** RE: Continuance Entries

Good evening,

I'll pull backups from early May and see what I can find.
I'll also review the folder security and see who has deletion rights to that folder.

Thanks,
Andrew



**Andrew Byerly**
**Director of Information Technology**

Franklin County Court of Common Pleas -
General Division
345 S. High St., 2nd Floor, Columbus, OH 43215
Phone 614.525.4089  Fax 614.525.8903
www.fccourts.org



---

**From:** Cocroft, Kimberly X. <Kimberly_Cocroft@fccourts.org>
**Sent:** Wednesday, May 29, 2024 4:30 PM
**To:** Crum, ShaQuanna N. <ShaQuanna_Crum@fccourts.org>; Worthington, Stacy A. <Stacy_Worthington@fccourts.org>; Mathews, Angela D. <AngelaMathews@franklincountyohio.gov>
**Cc:** Byerly, Andrew T. <Andrew_Byerly@fccourts.org>
**Subject:** RE: Continuance Entries

Thank you, Ms. Crum, for the additional context.

I am hopeful we will be able to figure out what the challenge may be so that this issue can be corrected as quickly as possible.



**Judge Kimberly Cocroft**
Pronouns: She/Her/Hers
**Franklin County Common Pleas Court**
345 South High Street | 4th Floor | Columbus, OH 43215-4554
**(P) 614.525.7200| (F) 614.525.4641**
Kimberly_Cocroft@fccourts.org | http://www.fccourts.org

**From:** Crum, ShaQuanna N. <ShaQuanna_Crum@fccourts.org>
**Sent:** Wednesday, May 29, 2024 4:28 PM
**To:** Cocroft, Kimberly X. <Kimberly_Cocroft@fccourts.org>; Worthington, Stacy A. <Stacy_Worthington@fccourts.org>; Mathews, Angela D. <AngelaMathews@franklincountyohio.gov>
**Cc:** Byerly, Andrew T. <Andrew_Byerly@fccourts.org>
**Subject:** RE: Continuance Entries

Good Afternoon, Ms. Worthington,

The issue isn't the process of filing the entries, the issue is that it appears the entries are somehow being deleted. As Judge Cocroft mentioned, I am hypervigilant when it comes to continuance entries because I understand the importance. With that being said, I am human, and I handle several issues throughout the day and mistakes happen. As a safeguard, I review filed entries for the day with Judge Cocroft's scheduled docket. I also try to audit Judge Cocroft's docket at least once a month. If there is ever an issue with an entry I submit to Assignment, I make sure the issue is corrected and resubmitted immediately.

When I notice an entry is missing a signature, I directly contact Counsel via email or text. That is what happened with the Ferguson case. I am positive an electronic copy was saved in the 4E folder because I reached out to Mr. Vaccaro on 5/2 asking for his signature and he confirmed he would sign it. Had he not signed it, the entry would still be saved in the 4E Counsel to sign folder. Additionally, I would have sent him further reminders.

As with Jermaca Gates, Prosecutor Lindsay Potter, reached out to me to determine if the Clerk was behind because she did not see the entry she and Mr. Williams submitted. After we spoke, she saved a new entry on 5/23.

There are four separate cases missing entries on May 1st and 2nd. I have listed them below.

Ameir Carter-Williams -3 cases and new entry has been efiled.
Kevin Green 23CR-6206
Jermaca Gates -23CR-6508
Marquise Ferguson 24CR-1853

The entries that are currently saved in the 4E folder are new entries submitted by Counsel at my request. Hopefully, this helps.

Thank you,



**ShaQuanna Crum**
Pronouns: She/Her/Hers
Bailiff for the Honorable Judge Kimberly Cocroft
**Franklin County Common Pleas Court**
345 South High Street | 4th Floor | Columbus, OH 43215-4554
**(P) 614.525.4644 |  (F) 614.525.4641**
**ShaQuanna_Crum@fccourts.org** | http://www.fccourts.org

**From:** Cocroft, Kimberly X. <Kimberly_Cocroft@fccourts.org>
**Sent:** Wednesday, May 29, 2024 3:26 PM
**To:** Worthington, Stacy A. <Stacy_Worthington@fccourts.org>; Mathews, Angela D.
<AngelaMathews@franklincountyohio.gov>
**Cc:** Crum, ShaQuanna N. <ShaQuanna_Crum@fccourts.org>; Byerly, Andrew T. <Andrew_Byerly@fccourts.org>
**Subject:** RE: Continuance Entries

Director Worthington:

Thank you for the explanation.

However, I am unclear on what is meant by an issue on the front end. Is that to say that either Ms. Crum or
Assignment is not filing continuance entries? Or that someone is not "dragging" them to the appropriate folder? I
appreciate the visuals but, since I am not as technologically proficient as others may be, it would be helpful for me
to understand who needs to do what so that the issue is eliminated.

Additionally, I spoke with Ms. Crum and the Gates entry that you indicated is sitting in the queue without signature
is actually a new entry that Ms. Potter prepared at the end of the last week, after the original entry that had been
signed by everyone disappeared. Similarly, all counsel signed the entry for Ferguson and that entry disappeared.
Ms. Crum, who is also out of the office using her leave time but will respond shortly, shared with me that this
"disappearing act" has happened with several other entries including, but not limited to, State of Ohio v. Kevin
Green. Again, we have never encountered a situation during the entirety of Ms. Crum's tenure or before where
entries that are signed completely disappear. Moreover, Ms. Crum has never had an issue with completing all her
necessary responsibilities to ensure that entries are filed. We take seriously our role in protecting a defendant's
constitutional rights.

So, if you or Director Byerly could provide an explanation that does not include the visual aids (they are terribly
confusing to me and do not answer the question of what part of the process is not working as it should and how are
entries disappearing completely), then I would be most grateful.



**Judge Kimberly Cocroft**
Pronouns: She/Her/Hers
**Franklin County Common Pleas Court**
345 South High Street | 4th Floor | Columbus, OH 43215-4554
**(P) 614.525.7200| (F) 614.525.4641**
Kimberly_Cocroft@fccourts.org  |  http://www.fccourts.org

**From:** Worthington, Stacy A. <Stacy_Worthington@fccourts.org>
**Sent:** Wednesday, May 29, 2024 3:05 PM
**To:** Cocroft, Kimberly X. <Kimberly_Cocroft@fccourts.org>; Mathews, Angela D.

<AngelaMathews@franklincountyohio.gov>
**Cc:** Crum, ShaQuanna N. <ShaQuanna_Crum@fccourts.org>
**Subject:** RE: Continuance Entries

Good afternoon, Judge,

I believe this is an issue on the front end, meaning these continuances have not been filed yet hence the Clerk has not received them.

It is my understanding in speaking Assignment the current way they are processing your continuances is that they go to the Criminal_Shared Drive to the Assignment_Continuance 4E folder.

Criminal_Shared (Y:)  ›  4E

| | Name | Date modified | Type | Size |
|---|---|---|---|---|
| | Archive | 5/23/2024 1:33 PM | File folder | |
| | Archive - Restitution Victim Form | 5/23/2024 1:45 PM | File folder | |
| | Assignment_Continuance 4E | 5/23/2024 2:22 PM | File folder | |
| | Continuances - Counsel to Sign | 5/29/2024 8:35 AM | File folder | |
| | Continuances - Judge to Sign | 5/24/2024 9:19 AM | File folder | |
| | Electronic Monitoring | 4/10/2024 10:29 AM | File folder | |
| | Future Pleas | 5/21/2024 9:54 AM | File folder | |
| | TIL | 12/4/2023 11:44 AM | File folder | |
| | 23CR 2440 Aventtay Solomon continuance | 5/29/2024 10:42 AM | Adobe Acrobat D... | 579 |

Assignment checks this folder throughout the day.  Once continuances are ready to be e-Filed (all signatures applied), it is my understanding Ms. Crum drags them to this folder for Assignment to then e-file them.  Once Assignment e-files the continuance entry they drag the continuance entry to the Completed Folder (within the Assignment_Continuance 4 folder).

Criminal_Shared (Y:)  ›  4E  ›  Assignment_Continuance 4E

| | Name | Date modified | Type | Size |
|---|---|---|---|---|
| | Completed | 5/23/2024 2:22 PM | File folder | |

In searching for Continuance Entry for #23CR-6508 Jermayca Gates, it appears that Counsel has still not signed the continuance entry created on 5/23/24.  Therefore, it is sitting in the Continuances-Counsel to Sign folder within 4E shared folder.

Criminal_Shared (Y:) › 4E › Continuances - Counsel to Sign

| Name | Date modified | Type | Size |
|---|---|---|---|
| Capias Status | 5/16/2024 2:24 PM | File folder | |
| Continuance in Advance | 5/21/2024 12:04 PM | File folder | |
| 23CR6508 Jermayca GatesContinuance E... | 5/23/2024 12:05 PM | Adobe Acrobat D... | 580 |
| Boswell Continuance Entry | 5/23/2024 3:44 PM | Adobe Acrobat D... | 565 |
| Kevin Green Continuance Entry | 5/29/2024 11:01 AM | Adobe Acrobat D... | 572 |
| Mamadou Diaw 21CR379 Continuance E... | 5/28/2024 10:30 PM | Adobe Acrobat D... | 575 |
| Michael Carter 24CR1027 Continuance E... | 5/28/2024 11:05 AM | Adobe Acrobat D... | 560 |
| Rieko Leohner 23CR-1806 | 5/29/2024 8:38 AM | Adobe Acrobat D... | 572 |

I have not been able to find Marquise Ferguson 24CR-1853 continuance entry.  I am not sure if Mr. Vaccaro thought he had completed the continuance entry electronically but perhaps was mistaken.  Director Byerly has left for the day; however, I can speak with him tomorrow about if he has any ideas about searching these electronic folders differently.  Or if he can determine if something was accidentally deleted.  He can better explain to us all the role permissions set up in the folders.

I will plan to follow up further tomorrow once I speak with him.
Thank you, Stacy



**Stacy Worthington, CCE**

(She/Her/Hers)
**Director of Court Support Services**

Franklin County Court of Common Pleas - General Division
345 S. High St., 2nd Floor, Columbus, OH 43215
Phone 614.525.2529  Fax 614.525.4480
www.fccourts.org



**From:** Cocroft, Kimberly X. <Kimberly_Cocroft@fccourts.org>
**Sent:** Wednesday, May 29, 2024 1:21 PM
**To:** Worthington, Stacy A. <Stacy_Worthington@fccourts.org>; Mathews, Angela D. <AngelaMathews@franklincountyohio.gov>
**Cc:** Crum, ShaQuanna N. <ShaQuanna_Crum@fccourts.org>
**Subject:** FW: Continuance Entries

Director Worthington and Chief Deputy Mathews:

There is a recent recurring issue about which I wanted to make you aware. To facilitate that aim, I am forwarding communications dates May 23, 2024 from my bailiff, Ms. Crum. At the bottom of this communication is an email I sent on May 13, 2023 regarding the same topic.

My staff and I are noticing that there is a problem with getting continuance entries for my cases filed to the docket. I have confirmed with staff that the entries are being signed and filed properly; however, when either counsel or the Court check the docket to ensure that continuances are filed, we have noted that continuance entries are missing.

I do not know if there is an issue that has arisen with the processing of continuance entries but, as I shared in my May 13, 2024 communication, I do not want to be questioned or held responsible for an issue over which my staff and I have no control. To that end, Ms. Crum has begun the practice of printing entries to ensure that we have record of what has been filed, if filing at a later time becomes necessary.

This is certainly not to imply any level of intentionality regarding this recent phenomenon but as each of you knows, the filing of continuance entries are a vital step in ensuring that the Court is complying with the constitutional guarantee of a speedy trial.

If there is any other information we can provide regarding this matter, then please do not hesitate to contact Ms. Crum or me.

Thank you.



**Judge Kimberly Cocroft**
Pronouns: She/Her/Hers
**Franklin County Common Pleas Court**
345 South High Street | 4th Floor | Columbus, OH 43215-4554
**(P) 614.525.7200| (F) 614.525.4641**
Kimberly_Cocroft@fccourts.org | http://www.fccourts.org

**From:** Crum, ShaQuanna N. <ShaQuanna_Crum@fccourts.org>
**Sent:** Thursday, May 23, 2024 1:33 PM
**To:** Cocroft, Kimberly X. <Kimberly_Cocroft@fccourts.org>
**Subject:** RE: Continuance Entries

Thank you, Judge Cocroft, for your response.  I just received a message from Prosecutor, Lindsay Potter, questing if assignment was backed up because she noticed a continuance was missing.  The defendant is Jermaca Gates 23-6508.  Defense Counsel is Mitch Williams.  Both attorneys are diligent about submitting entries, so this is another weird circumstance.



**ShaQuanna Crum**
Pronouns: She/Her/Hers
Bailiff for the Honorable Judge Kimberly Cocroft
**Franklin County Common Pleas Court**
345 South High Street | 4th Floor | Columbus, OH 43215-4554
**(P) 614.525.4644 |  (F) 614.525.4641**
ShaQuanna_Crum@fccourts.org | http://www.fccourts.org

**From:** Cocroft, Kimberly X. <Kimberly_Cocroft@fccourts.org>
**Sent:** Thursday, May 23, 2024 1:04 PM
**To:** Crum, ShaQuanna N. <ShaQuanna_Crum@fccourts.org>
**Subject:** RE: Continuance Entries

Thank you, Ms. Crum:

I appreciate your level of detail and will send a communication to Director Worthington in the coming days regarding this concern.

Be well!

Judge KC



**Judge Kimberly Cocroft**
Pronouns: She/Her/Hers
**Franklin County Common Pleas Court**
345 South High Street | 4th Floor | Columbus, OH 43215-4554
**(P) 614.525.7200| (F) 614.525.4641**
Kimberly_Cocroft@fccourts.org | http://www.fccourts.org

**From:** Crum, ShaQuanna N. <ShaQuanna_Crum@fccourts.org>
**Sent:** Thursday, May 23, 2024 1:03 PM
**To:** Cocroft, Kimberly X. <Kimberly_Cocroft@fccourts.org>
**Subject:** Continuance Entries

Good Afternoon, Judge Cocroft,

I have recently noticed that several of our continuance entries have mysteriously disappeared. I have found that several entries are missing from the May 1st and the May 2nd trial dates. Upon review of your docket today, I found that defendant Marquise Ferguson 24CR-1853 was missing an entry from his scheduled trial date on May 1st, 2024. While investigating this issue, I discovered that I communicated with Prosecutor, Thomas Vaccaro, requesting his signature on the continuance entry on May 1st, 2024. Mr. Vaccaro responded confirming that he would sign the entry.

I first noticed the issue last week and just assumed that maybe I overlooked the defendants. But based on my recent discovery of messages requesting a signature, I am now positive that an entry had been submitted and signed. In no way am I insinuating that I believe something nefarious is transpiring, but I wanted to be proactive before a larger issue arises.

Moving forward, I will print the entries once you have signed them to ensure that they are being submitted.

Thank you,



**ShaQuanna Crum**
Pronouns: She/Her/Hers
Bailiff for the Honorable Judge Kimberly Cocroft
Franklin County Common Pleas Court
345 South High Street | 4th Floor | Columbus, OH 43215-4554
(P) 614.525.4644 | (F) 614.525.4641
ShaQuanna_Crum@fccourts.org | http://www.fccourts.org

---

**From:** Cocroft, Kimberly X. <Kimberly_Cocroft@fccourts.org>
**Sent:** Monday, May 13, 2024 1:32 PM
**To:** Mathews, Angela D. <AngelaMathews@franklincountyohio.gov>; Chance, Sharlene I. <sichance@franklincountyohio.gov>
**Cc:** Worthington, Stacy A. <Stacy_Worthington@fccourts.org>; Picklesimer, Devonah K. <Devonah_Picklesimer@fccourts.org>; Crum, ShaQuanna N. <ShaQuanna_Crum@fccourts.org>; Reyes, Larissa L. <Larissa.Reyes@franklincountyohio.gov>; Cline, Kayley M. <kcline@franklincountyohio.gov>; Farbacher, Marla H. <mfarbacher@franklincountyohio.gov>; Hardy, Elizabeth A. <eahardy@franklincountyohio.gov>; Amlin, Renee L. <ramlin@franklincountyohio.gov>; Grubb, Janet A. <jgrubb@franklincountyohio.gov>; Williams, Mitchell A <mawillia@franklincountyohio.gov>
**Subject:** State of Ohio v. Horton (24CR-921)

Good afternoon, Chief Deputy Mathews and Director Chance:

I am reaching out regarding the above-referenced matter and an issue that arose regarding the filing of continuance entries.

On April 11, 2024, counsel appeared before the Court and requested a continuance so that counsel for the defendant, Ms. Reyes, could file motions on behalf of her client. Ms. Reyes indicated that her client was not waiving his right to speedy trial and requested that the entry be filed to reflect the same. My bailiff, Ms. Crum worked with Ms. Picklesimer to ensure the entry was filed so it reflected that Mr. Horton was not waiving time. However, Ms. Crum later learned that the entry was filed as a waiver of speedy trial. Ms. Picklesimer contacted the Clerk's Office beginning at 8:15am on April 12 and was finally able to get the entry corrected at 1:41pm on the same date.

This case came before the Court again on May 9 and, to advance the procedural posture of the case through motion practice, counsel agreed to continue the matter until July 10. Once again, Ms. Reyes indicated that her motions would be filed by the end of the week and, based on the delay in filing, the State requested additional time to file responsive pleadings. Admittedly, there was some confusion regarding whether Ms. Reyes' request for additional time constituted a waiver of speedy trial rights or a tolling of time. To clarify the confusion, Ms. Farbacher checked the docket to review continuance entries and noted that the April 11 entry had not been docketed by the Clerk. Ms. Farbacher contacted my bailiff and advised of the error. Fortunately, Ms. Crum maintained records of her written communications with our Assignment Office and was able to provide information regarding what we had done to reflect accurately the information we received from counsel.

Despite this, there was concern about whether the Court would have to make a ruling on whether Mr. Horton had waived his right to speedy trial or whether the time was tolled to give Ms. Reyes time to file her motions, since the Clerk had not journalized the continuance entry. Today, all counsel agreed that the time will be tolled from April 11 until the Court makes renders decisions on the motions, though those motions are not yet fully briefed. However, Mr. Horton is not waiving his right to speedy trial and the State chose not to ask the Court to decide on whether the time is waived pursuant to R.C. 2945.72.

I have provided more detail than necessary, but I think it is important to articulate how the failure to file a continuance entry properly, if at all, has a cascading effect on trial matters. I don't know if there is mechanism through which the Clerk can send a confirming e-message to counsel of record once a document is filed by the Clerk. However, given the way that the issue unfolded, I believe it will be important to find a way to manage this, especially given the fact that my staff and I were put in the position of answering questions and responding to concerns over which we have no control and for which we have no responsibility.

If there is any additional information I can provide about this matter, then please let me know.

Thank you.



**Judge Kimberly Cocroft**
Pronouns: She/Her/Hers
**Franklin County Common Pleas Court**
345 South High Street | 4th Floor | Columbus, OH 43215-4554
**(P) 614.525.7200| (F) 614.525.4641**
Kimberly_Cocroft@fccourts.org | http://www.fccourts.org

**Cocroft, Kimberly X.**

EXHIBIT

130

| | |
|---|---|
| **From:** | Cocroft, Kimberly X. |
| **Sent:** | Monday, November 4, 2024 8:41 AM |
| **To:** | Brown, Kimberly J. |
| **Cc:** | McIntosh, Stephen L.; Phipps, Karen Held |
| **Subject:** | RE: Special Draw Request 3/28/2025 20CV-6140 Frances Clayton v. Ohio Health Corp., et al.  (20CV-6140) |

Administrative Judge Brown:

Thank you for your response.

I was aware that Presiding Judge McIntosh was managing a trial since our offices are located on the same floor. As I stated originally, however, my communication was to make you aware of a circumstance; I did not request any kind of proactive action since I anticipated the kind of response I would likely receive.

First, there was no inadvertent exclusion of Director Worthington from the original communication. Ms. Crum has never been advised that it is necessary to send the request to Director Worthington; we presumed that the Jury Managers were responsible for handling jury matters. Moreover, we presumed that Director Worthington was included in the Jury Commission group since it is my recollection that Directors are frequently included in email groups for employees whom they supervise. As recently as last year, we were able to "pull down" the list of persons included in an email group but that feature has now been eliminated or disabled. If, however, direct notification to Director Worthington is a necessary element of the process, then we appreciate receiving that notice through your communication.

Next, Ms. Crum was clear in her email that if there were questions or concerns, then the Jury Managers could contact her. It seems natural to conclude that would have been the point at which someone could have advised Ms. Crum of the process by which a special panel could be engaged. So, for Ms. Crum to not be made aware of an issue until more than twenty days after initial contact was made is concerning. Beyond this, Ms. Crum has never been trained at all on the way to request a special panel by Director Worthington or anyone on her behalf since she was hired in September 2021 and to assign that knowledge base to her currently or in retrospect is an unfair expectation. Moreover, when Ms. Crum requested a special panel in July 2022, she was not advised either by Director Worthington or the Jury Managers that she was required to check availability for both the Jury Commission Room and Courtroom 2A. We were only told that the Managers would not be able to assist us with managing my special panel in July 2022 because of petit jury responsibilities, though we are aware that they assisted Judge Young in the past with the management of a special panel at the same time that they also managed a petit jury.

To that end, you will note that I attempted to debrief with Director Worthington and Jury Managers over a year ago regarding the "proper" process (to the extent that what my staff and I did when we requested a special panel in July 2022 for a trial in February 2023 was improper, since there was some level of consternation that I still don't understand). To date, no one has met with my staff or me. Moreover, it has come to my attention that bailiffs may have independent access to information regarding the availability of Courtroom 2A such that it is unnecessary for most bailiffs to inquire through the Jury Managers.

Finally, I remain concerned by the tone of Director Worthington's email. Even my new staff attorney, who just started over a month ago, told me that the tone of her email was "snarky". I can say with confidence that, if this kind of communication was sent to the bailiff, personal, or assigned staff of another judge, then that issue would have been investigated and addressed (e.g. Court Reporters' concerns regarding former Deputy Administrator Bedsole and her tone in communicating). Instead, what I am being told is that the "technical" sum and substance

of the communication, itself, "appropriately addressed" the genesis of the request. I continue to be disappointed by the casual way in which any concern my staff and I raise is managed but, at this point, it's become par for the course.



**Judge Kimberly Cocroft**
Pronouns: She/Her/Hers
**Franklin County Common Pleas Court**
345 South High Street | 4th Floor | Columbus, OH 43215-4554
**(P) 614.525.7200| (F) 614.525.4641**
Kimberly_Cocroft@fccourts.org | http://www.fccourts.org

**From:** Brown, Kimberly J. <Kimberly_Brown@fccourts.org>
**Sent:** Thursday, October 31, 2024 4:13 PM
**To:** Cocroft, Kimberly X. <Kimberly_Cocroft@fccourts.org>
**Cc:** McIntosh, Stephen L. <Stephen_McIntosh@fccourts.org>; Phipps, Karen Held <Karen_Phipps@fccourts.org>
**Subject:** RE: Special Draw Request 3/28/2025 20CV-6140 Frances Clayton v. Ohio Health Corp., et al. (20CV-6140)

Judge Cocroft,

Thank you for your email. As you probably know, Judge McIntosh has been busy with the Coy trial. Accordingly, I asked Judge Phipps to assist in reviewing your concerns. Your email to us states concerns regarding the timing and tone of Director Worthington's response to Ms. Crum's email.

With respect to the timing of Director Worthington's response, Ms. Crum inadvertently did not include Director Worthington in her email. We confirmed that Director Worthington is not included in the GEN Jury Commission email list. While the Jury Commission Managers ultimately forwarded the email to Director Worthington, we will ask Director Worthington to follow-up with the Jury Commission Managers on the timing of forwarding emails to Director Worthington.

Director Worthington's email explained that when a request is being made for a special panel and to use 2A, two separate spaces need to be reserved. First, prior to scheduling a trial requiring a special panel, the requestor should make sure there isn't already a special panel planned for the date(s) such that the jury commission room is available. Second, the requestor needs to confirm availability for 2A. As Ms. Crum's email addressed only the availability of 2A, Director Worthington's response appropriately addressed reservation of the jury commission room as well.

Thank you.



**Judge Kim Brown**
Administrative Judge
**Franklin County Common Pleas Court**
345 South High Street | Courtroom 5E | Columbus, OH 43215-4554
**(P) 614.525.3811 | (F) 614.525.2462**
Kimberly_Brown@fccourts.org | http://www.fccourts.org

**From:** Cocroft, Kimberly X. <Kimberly_Cocroft@fccourts.org>
**Sent:** Wednesday, October 23, 2024 7:18 PM
**To:** Brown, Kimberly J. <Kimberly_Brown@fccourts.org>; McIntosh, Stephen L. <Stephen_McIntosh@fccourts.org>
**Subject:** FW: Special Draw Request 3/28/2025 20CV-6140 Frances Clayton v. Ohio Health Corp., et al. (20CV-6140)

Administrative Judge Brown and Presiding Judge McIntosh:

I am sending a series of communications related to my request for a special draw for a five-week civil matter scheduled to proceed in March 2025. You will note that my bailiff sent a communication to GEN Jury Commission on October 1 and did not receive a response from Director Worthington until yesterday.

Beyond the date of the response, you will note that the tone of Director Worthington's communication is unnecessarily abrupt and I am concerned and confused by the way in which she chose to share her update with my staff and, inevitably, me.

If history is any indicator, then I am fairly confident that nothing will be done to address Director Worthington's decision to communicate with my staff in this way. However, I wanted to make you aware of yet another unnecessary and hostile circumstance I have had to manage and to make clear that neither my staff nor I appreciate and will tolerate someone whose efforts should be toward making my work easier addressing us in this way.

Thank you.



**Judge Kimberly Cocroft**
Pronouns: She/Her/Hers
**Franklin County Common Pleas Court**
345 South High Street | 4th Floor | Columbus, OH 43215-4554
(P) 614.525.7200| (F) 614.525.4641
Kimberly_Cocroft@fccourts.org | http://www.fccourts.org

**From:** Cocroft, Kimberly X.
**Sent:** Wednesday, October 23, 2024 10:07 AM
**To:** GEN Jury Commission <Jury_Commission@fccourts.org>
**Cc:** Worthington, Stacy A. <Stacy_Worthington@fccourts.org>; Crum, ShaQuanna N. <ShaQuanna_Crum@fccourts.org>; Klage, Luke M. <Luke_Klage@fccourts.org>
**Subject:** FW: Special Draw Request 3/28/2025 20CV-6140 Frances Clayton v. Ohio Health Corp., et al. (20CV-6140)

Good morning:

My apologies for not including you on the communication that I sent to Director Worthington. I want to ensure that everyone is clear regarding my position and request.

As always, please do not hesitate to contact me if there are any questions or concerns.

Thank you.



**Judge Kimberly Cocroft**
Pronouns: She/Her/Hers
**Franklin County Common Pleas Court**
345 South High Street | 4th Floor | Columbus, OH 43215-4554
**(P) 614.525.7200| (F) 614.525.4641**
Kimberly_Cocroft@fccourts.org | http://www.fccourts.org

**From:** Cocroft, Kimberly X.
**Sent:** Wednesday, October 23, 2024 9:22 AM
**To:** Worthington, Stacy A. <Stacy_Worthington@fccourts.org>
**Cc:** Crum, ShaQuanna N. <ShaQuanna_Crum@fccourts.org>
**Subject:** FW: Special Draw Request 3/28/2025 20CV-6140 Frances Clayton v. Ohio Health Corp., et al. (20CV-6140)

Director Worthington:

I wanted to follow up on the communication Ms. Crum received from you regarding my request for a special panel for a 5-week jury trial in 2025.

First, it is important for you to know that Ms. Crum sent a communication to the GEN Jury Commission email account on October 1, 2024, notifying them (and I presume you if you are included in this Group) that we were submitting a request for a special panel. As you will recall, this form was developed during my abbreviated term as Administrative Judge, so my staff and I are familiar with the process, having summoned a special panel in 2023 for the criminal matter involving Jahsen Wint and Amir Reip.

Moreover, you will note in that October 1 communication (to which Ms. Crum did not receive a response until October 22, 2024), she neither preemptively reserved Courtroom 2A or intimated that this initial ask and request was the sum and substance of this process. Indeed, Ms. Crum asked if 2A was available on a date certain and stated explicitly that you or a jury manager could contact her if there were questions or concerns. To that end, I am confounded by the unstated suggestion that I am somehow lucky because "luckily" that space had not been double-booked, when in fact we requested information and guidance and received none until yesterday.

I cannot imagine that there would or should be what feels and reads like a level of consternation wrapped in rebuke regarding a matter that is five months away. My staff and I were intentional about providing as much notice as possible to facilitate a smooth process. However, this is now the second time that I have requested a special panel where my staff and I were confronted with what I consider to be unprovoked challenges to our management of this process. You may recall that, when I summoned the panel for the Wint/Riep matter, I was told that I needed to appear at 8:30am to greet jurors, though my time with them did not begin until 10:00am, thereby delaying my continued management of a murder trial, that jurors would be upset because they would have to return based on the unexpected changing schedules of counsel and the Court, that we would not be provided with assistance from a jury manager in dealing with the special panel on the first day of trial, and that as an initial position, neither my staff nor I would be permitted to keep the key to Courtroom 2A during the trial. Now, we are facing what appears to be continued concern, frustration, and/or dismay regarding how my staff and I manage this special panel process.

So, to avoid my staff and I receiving a communication wherein we are seemingly chastised, I will request that either you or your staff provide us with a special panel checklist that includes all of the nuances and expectations with which you and the jury managers request compliance from all judges who need a special panel. Alternatively, if you want to provide us with the guidance and/or instructions that you required from Judges McIntosh, Young and Holbrook in their request for special panels, then we will anticipate receiving that document.

Finally, as a reminder, I sent the below communication to you regarding our request to debrief on this special panel process and received no follow up from you or any jury manager:

**From:** Cocroft, Kimberly X. <Kimberly_Cocroft@fccourts.org>
**Sent:** Thursday, February 2, 2023 1:36 PM
**To:** Adkins, Vanita R. <Vanita_Adkins@fccourts.org>; Clow, Andrea J. <Andrea_Clow@fccourts.org>; Teague, Alishia R. <Alishia_Teague@fccourts.org>
**Cc:** Worthington, Stacy A. <Stacy_Worthington@fccourts.org>; Crum, ShaQuanna N. <ShaQuanna_Crum@fccourts.org>; Reynolds-Spivey, Ebony M. <Ebony_Reynolds-Spivey@fccourts.org>; McCall, Tamara L. <Tamara_McCall@fccourts.org>
**Subject:** FW: Special Panel - February 3, 2023

Good afternoon, Ladies:

As a follow up, perhaps we can debrief after this panel so that my staff and I can gain a better understanding of the preferred process for a special panel. My bailiff, Ms. Crum, was not trained on this protocol and I have shared with her what I remember from my single experience back in 2015. So, it may be a worthwhile endeavor to discuss whatever protocol exists currently and other logistics associated with this process. For example, I had no idea that the Managers provided a letter or information sheet to the special panel.

Just a thought!

Thank you!

We remain open to constructive conversation and/or the receipt of documentation so that this kind of slightly combative communication can be avoided.

Thank you.



**Judge Kimberly Cocroft**
Pronouns: She/Her/Hers
**Franklin County Common Pleas Court**
345 South High Street | 4th Floor | Columbus, OH 43215-4554
**(P) 614.525.7200| (F) 614.525.4641**
Kimberly_Cocroft@fccourts.org | http://www.fccourts.org

**From:** Crum, ShaQuanna N. <ShaQuanna_Crum@fccourts.org>
**Sent:** Tuesday, October 22, 2024 2:57 PM
**To:** Cocroft, Kimberly X. <Kimberly_Cocroft@fccourts.org>
**Subject:** Fw: Special Draw Request 3/28/2025 20CV-6140 Frances Clayton v. Ohio Health Corp., et al. (20CV-6140)

Get Outlook for iOS

---

**From:** Worthington, Stacy A. <Stacy_Worthington@fccourts.org>
**Sent:** Tuesday, October 22, 2024 2:14:03 PM
**To:** Crum, ShaQuanna N. <ShaQuanna_Crum@fccourts.org>
**Cc:** Klage, Luke M. <Luke_Klage@fccourts.org>; GEN Jury Commission <Jury_Commission@fccourts.org>
**Subject:** FW: Special Draw Request 3/28/2025 20CV-6140 Frances Clayton v. Ohio Health Corp., et al. (20CV-6140)

Good afternoon, ShaQuanna,

The jury commission forwarded me the below email based on your request for me to reserve courtroom 2A on 3/31/2025. I have reserved courtroom 2A for 3/31/2025 per your request.

I wanted to mention it is important to check with the jury commission prior to setting the date for a special to report so they can confirm with chambers they do not already have a special scheduled for that date. Luckily, this date was available, and we have not double booked the space.

With the attached jury questionnaire, please have counsel provide the jury managers 260 copies on 3/25/2025 for the reporting jurors. Please make sure they understand the questionnaire should be one sided to make it easier for chambers to copy and distribute to counsel for the trial once completed by the jurors. We will do our best to summons enough jurors for roughly 200 jurors to report that morning.

Please let us know if you have any questions.
Thank you, Stacy



**Stacy Worthington, CCE**
She/Her/Hers
**Director of Court Support Services**

Franklin County Court of Common Pleas - General Division
345 S. High St., 2nd Floor, Columbus, OH 43215
Phone 614.525.2529  Fax 614.525.4480

www.fccourts.org



**From:** Crum, ShaQuanna N. <ShaQuanna_Crum@fccourts.org>
**Sent:** Tuesday, October 1, 2024 3:02 PM
**To:** GEN Jury Commission <Jury_Commission@fccourts.org>

**Cc:** Klage, Luke M. <Luke_Klage@fccourts.org>
**Subject:** Special Draw Request 3/28/2025 20CV-6140 Frances Clayton v. Ohio Health Corp., et al. (20CV-6140)

Good Afternoon,

Please find the attached Special draw request forms and supplemental juror questionnaire. Any questions or concerns, please don't hesitate to reach out.

Stacy,

Could I also reserve 2A on 3/31/2025 for the Special Draw Voir Dire?

Thank you,



**ShaQuanna Crum**
Pronouns: She/Her/Hers
Bailiff for the Honorable Judge Kimberly Cocroft
**Franklin County Common Pleas Court**
345 South High Street | 4th Floor | Columbus, OH 43215-4554
**(P) 614.525.4644 | (F) 614.525.4641**
ShaQuanna_Crum@fccourts.org | http://www.fccourts.org

7

## Cocroft, Kimberly X.

| | |
|---|---|
| **From:** | Cocroft, Kimberly X. |
| **Sent:** | Tuesday, November 12, 2024 5:54 PM |
| **To:** | Brown, Kimberly J. |
| **Cc:** | McIntosh, Stephen L.; Hummer, Jeanine A. |
| **Subject:** | RE: Touching Base -Additional Concerns |

Administrative Judge Brown:

Once again, the legitimate nature of my concerns has been reimagined to create ridiculous conclusions. It is so disheartening to continue to be subjected to this kind of behavior from the leadership of this Court.

I don't think it is lost on you that I have asserted claims of discrimination, hostile work environment, and retaliation against the Court. The genesis of those claims, in part, relate to the bad faith complaint filed by Ms. Goodman. If you read her bad faith complaint or have discussed it with anyone, then you should know that Ms. Goodman intentionally referenced my encounters with various members of the administrative team, including Ms. Davis and Ms. Worthington, to support her false allegations. Moreover, since those false allegations were made, Ms. Davis has not stepped foot in my chambers from on or around September 2022 until she brought a key to my Staff Attorney on September 17 or 18, 2024 and then twice in one day last week. Indeed, when Ms. Davis came to my suite on September 17 or 18 to bring a key, she did not even acknowledge my presence. While you may not find it curious that I have had no contact with an administrative member of the Court for two years, I find it both concerning and disconcerting that there is a sudden necessity to visit my suite.

Additionally, nothing in my communication requested a special accommodation and I have no idea why you would even suggest the same. What I said was this – I find it questionable that Ms. Davis would visit my suite when she was well aware of the fact that I was not in the office. Moreover, it is questionable to me that Ms. Davis would think it prudent to place anything in my bailiff's office when my bailiff filed a complaint under the Anti-Harassment Policy against her. To that end, is it standard practice for members of Administration to go into the office of a judge's personal staff when they are not present?

Regarding your research on Facebook, I can tell you that, since I started utilizing social media in 2011, I have never had Ms. Goodman or Ms. Francescon appear in the "People You May Know" section on my page, even though I had myriad connections with persons employed by the Court, until I terminated those connections two years ago. Moreover, my staff maintains no connections with Court employees at all, so it would be implausible for a former Judge who has never had a business or personal relationship with my staff to suddenly appear on their social media feeds. And the fact that you cannot or choose not to appreciate the implication is unfortunate by not surprising. Consequently, I'm not going to review the information you provided because I have managed enough connections on social media to understand how the system operates.

Further, you have known since our single meeting on January 30, 2024 that my claims of discrimination, hostile work environment, and retaliation involve specific claims regarding Rick Frye's mismanagement of Ms. Goodman's bad faith complaint. So, for you not to recognize that I may take his appearance on the floor where my office is located, after not seeing him for 2 years during his myriad visits with former colleagues, as an act of intimidation at best and retaliation at worst, is weird.

But beyond all of this, what is most frustrating is your continued insistence to legitimatize and rationalize what a judge of this Court views as illegitimate and irrational. In fact, I have seen this Court contort itself to accommodate any number of judges on numerous occasions for circumstances that were far less serious than mine and those of my staff. In truth, I sent this communication to you at the behest of the Court's counsel, whom I have copied. And,

1

in full disclosure, I expressed to her that the response I would receive from you would be another demonstration of this Court's lack of concern for issues raised by me, a sitting Judge and member of this Court. The casual way in which you continue to speak to me and ignore every concern I have brought to your attention is a clear indication that you are completely unwilling to take the responsibilities outlined under Sup R. 4.01 seriously.

Finally, to the extent that we are discussing historical norms, Ms. Bedsole and Ms. Davis would call or send an email before appearing in any judge's chambers to ensure their presence. However, when you receive the Duty Memo that advises of those judges who are absent, then an in-suite appearance is wholly unnecessary.

So that there is no confusion, I am not asking for special treatment, and this is especially true since this Court has failed to treat my staff and me with the basic respect and dignity contemplated in our Code of Ethics and Conduct. Moreover, I am not asking you to ask Judge Noble about her preferences moving forward and I am offended that you would turn my earnest inquiry into some childish game.

Moving forward, I will keep my concerns and those of my staff out of your inbox and will share them with our Counsel, only.

Thank you.



**Judge Kimberly Cocroft**
Pronouns: She/Her/Hers
**Franklin County Common Pleas Court**
345 South High Street | 4th Floor | Columbus, OH 43215-4554
**(P) 614.525.7200| (F) 614.525.4641**
Kimberly_Cocroft@fccourts.org | http://www.fccourts.org

**From:** Brown, Kimberly J. <Kimberly_Brown@fccourts.org>
**Sent:** Friday, November 8, 2024 3:57 PM
**To:** Cocroft, Kimberly X. <Kimberly_Cocroft@fccourts.org>
**Cc:** McIntosh, Stephen L. <Stephen_McIntosh@fccourts.org>
**Subject:** RE: Touching Base -Additional Concerns

Judge Cocroft,

With respect to your social media concerns, I am unfamiliar with the proprietary algorithm used to determine who shows up in someone's "People You May Know" feed.  I just checked and counted over 100 people listed in my "People You May Know" feed before I stopped counting.  Some of those people work for the Court/County, many live in or around Franklin County, but many I do not know their connection.  It appears unlikely that this extensive list of "People You May Know" have each researched me.  I also reviewed "How does Facebook use my information to show suggestions in People You May Know?" and "What information does Facebook use to show suggestions in People You May Know" from the Facebook help center: https://www.facebook.com/help/1059270337766380/?helpref=uf_share and "Instagram Suggested Accounts AI system" from the Meta Transparency Center : https://transparency.meta.com/features/explaining-ranking/ig-suggested-accounts/?referrer=2.  Please note that someone searching for you is not listed as information used to generate suggestions in People You May Know on Facebook or to generate accounts you may know in Instagram.  However, if you have information to support your concerns, please provide it.  If you have information that this alleged activity happened during work hours, please provide that as well.

As for Judge Frye visiting the Fourth Floor, it is common for an assigned judge to visit former colleagues when in the Courthouse. Judge Frye regularly does so. He also visits judges/staff for which he is covering upcoming trials. I am unaware of any rules against him or any other assigned judge making such visits.

Finally, both visits by Cameo were for legitimate court business. She conducted her visits to your suite/chambers in the same manner she handled her visits to other judges' suites/chambers. If the staff member wasn't available to accept the safety kit, she asked if she could leave it in that staff member's office. If a judge was not present when she was making her rounds regarding office/parking space moves, she asked when the judge might be available to follow-up.

To clarify, are you requesting that administration not visit your suite without prior permission? If you are requesting that your suite be treated differently than other judicial suites, I will advise administration that they are only to contact you and your staff via email/Teams and only visit your suite with prior permission. Administration would remain able to visit your suite without prior permission for matters involving Judge Noble and her staff. Unless Judge Noble feels differently, administration could still contact your shared secretary in person and without prior permission for matters involving Judge Noble's chambers.

Thank you.



**Judge Kim Brown**
Administrative Judge
**Franklin County Common Pleas Court**
345 South High Street | Courtroom 5E | Columbus, OH 43215-4554
**(P) 614.525.3811 | (F) 614.525.2462**
Kimberly_Brown@fccourts.org | http://www.fccourts.org

**From:** Cocroft, Kimberly X. <Kimberly_Cocroft@fccourts.org>
**Sent:** Wednesday, November 6, 2024 4:06 PM
**To:** Brown, Kimberly J. <Kimberly_Brown@fccourts.org>; McIntosh, Stephen L. <Stephen_McIntosh@fccourts.org>
**Subject:** FW: Touching Base -Additional Concerns

Administrative Judge Brown and Presiding Judge McIntosh:

Below, I am forwarding a communication I sent to Cameo Davis. After almost two years of her avoiding all in-person contact with me and my suite, she has now visited twice in one day.

Additionally, my secretary informed me that Richard Frye appeared on her social media feed, as "People You May Know" when she has never had a connection to him or to anyone with whom he might be connected via social media. This is an especially curious circumstance to me because Ms. McCall advised that, when I was out of the office last week speaking with the freshmen class of Bishop Hartley about the potential legal consequences of sexting and cyberbullying, Rick Frye was on the floor where my suite is located and was seen getting on the Judges' Elevator. To my knowledge, there was no judge on the 4th floor who received a Visiting Judge assignment. Additionally, I had the same experience with a "People You May Know" notification involving Jennifer Goodman and Lori Francesco. These notifications only appear if the persons identified are typing in a person's name on social media in an attempt to locate them and/or information about them. My staff and I have eliminated the ability of these individuals to conduct any search for us on social media.

At this point, I don't expect that you will have a response to explain these circumstances; this is simply to make you aware that my staff and I view these incidents as a further extension of a hostile work environment. There is no reason that Director Davis should ever request access to my staff's office to place a safety kit when Ms. Crum is not present and when another employee who is present can accept the delivery. Moreover, inquiring about when I will return to the office, when there is a Duty Memo outlining which judges are out of the office and Director Davis knows that I am both sending and receiving emails as a part of my work responsibilities, is strange.

As I have shared on myriad occasions to many people, having to manage an environment where my staff and I are made to feel that we don't even have "permission" to be out of the office is both disappointing and exhausting and is not a standard to which any other judge or judge's staff, to my knowledge, is held.



**Judge Kimberly Cocroft**
Pronouns: She/Her/Hers
Franklin County Common Pleas Court
345 South High Street | 4th Floor | Columbus, OH 43215-4554
(P) 614.525.7200| (F) 614.525.4641
Kimberly_Cocroft@fccourts.org | http://www.fccourts.org

**From:** Cocroft, Kimberly X.
**Sent:** Wednesday, November 6, 2024 12:59 PM
**To:** Davis, Cameo E. <Cameo_Davis@fccourts.org>
**Cc:** Canada, Kimberly <Kimberly_Canada@fccourts.org>; McCall, Tamara L. <Tamara_McCall@fccourts.org>; Crum, ShaQuanna N. <ShaQuanna_Crum@fccourts.org>
**Subject:** Touching Base

Director Davis:

Ms. McCall informed me that you stopped by my suite earlier today to drop off a safety kit for Ms. Crum and asked if you could place the kit in Ms. Crum's office. Ms. McCall indicated that she would ensure Ms. Crum received the kit. It is also my understanding that you and Director Canada stopped by this afternoon in an effort to speak with me about either selecting another courtroom or parking space and asked when I would return to the office.

First, I do not wish to move my courtroom or parking space and appreciate the inquiry.

Next, if there is any information or question that you might have for me or for members of my staff who are not in the office, then please feel free to send an email communication. Both Ms. Crum and I are working and checking emails and will respond at the earliest opportunity.

Thank you.



**Judge Kimberly Cocroft**
Pronouns: She/Her/Hers
Franklin County Common Pleas Court
345 South High Street | 4th Floor | Columbus, OH 43215-4554
(P) 614.525.7200| (F) 614.525.4641
Kimberly_Cocroft@fccourts.org | http://www.fccourts.org

**Cocroft, Kimberly X.**

| | |
|---|---|
| **From:** | Cocroft, Kimberly X. |
| **Sent:** | Tuesday, November 12, 2024 8:14 PM |
| **To:** | Brown, Kimberly J. |
| **Cc:** | McIntosh, Stephen L.; Paige, Domonique M. |
| **Subject:** | JAB - Notice of Resignation |

Administrative Judge Brown:

I am submitting this communication as notice of my resignation from appointment to and membership on the Judicial Advisory Board effective immediately.

My best wishes to Director Paige and her staff as they continue to do the great work of effectuating meaningful change in the lives of program participants. She and her team continue to have my full and unequivocal support.



**Judge Kimberly Cocroft**
Pronouns: She/Her/Hers
**Franklin County Common Pleas Court**
345 South High Street | 4th Floor | Columbus, OH 43215-4554
**(P) 614.525.7200| (F) 614.525.4641**
Kimberly_Cocroft@fccourts.org | http://www.fccourts.org



EXHIBIT

131

1