**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| Kimberly Cocroft, | : | |
| | : | |
| Plaintiff, | : | Case No. 2:24-cv-4208 |
| | : | |
| vs. | : | Judge Sargus |
| | : | |
| Franklin County, Ohio, et. al., | : | Magistrate Judge Jolson |
| | : | |
| Defendants. | : | |

**NOTICE OF APPEARANCE**

Notice is hereby given that Andrew N. Yosowitz of the law firm Teetor Westfall, LLC, 200 E. Campus View Blvd., Suite 200, Columbus, Ohio 43235 will serve as trial counsel for Defendants Franklin County, Ohio, Jeanine Hummer and Theresa Dean.

Respectfully submitted,

/s/ Andrew N. Yosowitz
Andrew N. Yosowitz          (0075306)
E-mail: ayosowitz@teetorlaw.com
**Teetor Westfall, LLC**
200 E. Campus View Blvd., Suite 200
Columbus, Ohio 43235
Tel: 614-412-4000; Fax: 614-412-9012
*Attorney for Defendants Franklin County, Ohio, Jeanine Hummer and Theresa Dean*

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 4th day of December, 2024, I electronically filed the foregoing with the Clerk of Court using the Court's authorized electronic filing system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    /s/ Andrew N. Yosowitz
    Teetor Westfall, LLC