## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**JUDGE KIMBERLY COCROFT,**
        **Plaintiff,**

                                   **Case No. 2:24-cv-4208**
**v.**                                   **Judge Edmund A. Sargus, Jr.**
                                   **Magistrate Judge Kimberly A. Jolson**

**FRANKLIN COUNTY OHIO**
**PROSECUTOR,** *et al.***,**
        **Defendants.**

## ORDER

    All of the district judges and magistrate judges resident in Columbus, Ohio have recused themselves in this case. The Clerk of Court is directed to randomly assign this case to a new district judge and a new magistrate judge resident in Dayton, Ohio.

    **IT IS SO ORDERED.**


**12/10/2024**                                              <u>**s/Edmund A. Sargus, Jr.**</u>
**DATE**                                                   **EDMUND A. SARGUS, JR.**
                                                         **UNITED STATES DISTRICT JUDGE**