**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **KIMBERLY COCROFT** | : | Case No. 2:24-CV-4208 |
| **PLAINTIFF,** | : | **JUDGE MICHAEL J. NEWMAN** |
| v. | : | **MAGISTRATE JUDGE CAROLINE H. GENTRY** |
| **FRANKLIN COUNTY OHIO PROSECUTOR, ET AL.** | : | |
| | : | |
| **DEFENDANTS.** | | |

**NOTICE OF APPEARANCE**

    Now comes Nicholas E. Subashi of SUBASHI, WILDERMUTH & JUSTICE and hereby enters his appearance as Co-Counsel for Defendant Jeffrey M. Brown.

                Respectfully submitted:

                /s/Nicholas E. Subashi \_\_\_\_
                Nicholas E. Subashi (0033953), Trial Counsel
                nsubashi@swjohiolaw.com
                SUBASHI, WILDERMUTH & JUSTICE
                The Greene Town Center
                50 Chestnut Street, Suite 230
                Dayton, OH 45440
                (937) 427-8800
                (937) 427-8816 (fax)
                *Co-Counsel for Defendant, Jeffrey M. Brown*

## **CERTIFICATE OF SERVICE**

       I hereby certify that a true and accurate copy of the foregoing was served via electronic mail on January 21, 2025, upon:

Kimberly Cocroft (0073146)
kimberlycocroft@gmail.com
345 S. High Street, #4E
Columbus, Ohio 43215
*Pro Se Plaintiff*

Andrew Neil Yosowitz (0075306)
ayosowitz@teetorlaw.com
Matthew Stephen Teetor (0087009)
mteetor@teetorlaw.com
Teetor Westfall, LLC
200 East Campus View Blvd., Suite 200
Columbus, OH 43235
*Counsel for Defendant, Franklin County Ohio Prosecutor*

Aaron Michael Glasgow (0075466)
aglascow@isaacwiles.com
Charles Allen Schneider (0005821)
cschneider@isaacwiles.com
Scott Oliver Sheets (0076837)
ssheets@isaacwiles.com
Isaac Wiles & Burkholder, LLC
2 Miranova Place, Suite 700
Columbus, OH 43215
*Counsel for Defendants Richard A. Frye, Colleen O'Donnell, Kimberly J. Brown, Judge Stephen L. McIntosh, Michael J. Holbrook, Julie M. Lynch, Mark Serrott, Jeffrey M. Brown, Christopher M. Brown, David Young, Karen Heid Phipps, Daniel R. Hawkins, Carl A. Aveni, Sheryl K. Munson, Jennifer Goodman, Susan E. Bedsole, Cameo Davis, Stacy Worthington, Jeanine Hummer, and Theresa Dean*

                                /s/ Nicholas E. Subashi
                                Nicholas E. Subashi