# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| KIMBERLY COCROFT, | : Case No. 2:24-cv-04208 |
| Plaintiff, | : |
| | : District Judge Michael J. Newman |
| vs. | : Magistrate Judge Caroline H. Gentry |
| | : |
| FRANKLIN COUNTY OHIO, *et al.*, | : |
| Defendants. | : |

## ORDER TO SHOW CAUSE

The Honorable Judge Kimberly Cocroft recently filed a *pro se* civil rights Complaint in this Court. (Doc. No. 1.) The resulting case was re-assigned to District Judge Michael J. Newman and has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b). (*See* Order Reassigning Case, Doc. No. 11.) The matter is currently before the undersigned to review the initial filings.

Plaintiff filed her original Complaint on November 26, 2024. (Doc. No. 1.) She filed a [First] Amended Complaint on December 12, 2024 (Doc. No. 12), as was her right under Fed. R. Civ. P. 15(a)(1). On February 3, 2025, Plaintiff filed, without leave, a [Second] Amended Complaint. (Doc. No. 17.) The complaints are lengthy—approximately 150 pages each without exhibits—and it is not immediately clear what changes were made in each iteration.[1]

---

[1] The original Complaint is 695 pages long with exhibits. (Doc. No. 1.) The [First] Amended Complaint, which superseded the original Complaint, has only one exhibit and is 185 pages long. (Doc. No. 12.) The [Second] Amended Complaint also has one exhibit and is 185 pages long. (Doc. No. 17.) *See In re*

Rule 15(a) provides in relevant part:

**(1) *Amending as a Matter of Course.*** A party may amend its pleading once as a matter of course no later than:
    (A) 21 days after serving it, or
    (B) if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier.
**(2) *Other Amendments.*** In all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires.

Fed. R. Civ. P. 15(a).

Plaintiff did not obtain the Court's leave to file the [Second] Amended Complaint, and it does not appear from the record that all Defendants consented to the additional amendment. Accordingly, the Court **ORDERS** Plaintiff to show cause why the [Second] Amended Complaint (Doc. No. 17) should not be stricken from the docket for failure to comply with Fed. R. Civ. P. 15. Plaintiff must file her response **within fourteen days** of this Order.

Defendants need not respond to the [Second] Amended Complaint (Doc. No. 17) at this time.

    **IT IS SO ORDERED**.

                                                *s/Caroline H. Gentry*
                                                Caroline H. Gentry
                                                United States Magistrate Judge

---

*Refrigerant Compressors Antitrust Litig.*, 731 F.3d 586, 589 (6th Cir. 2013) (citing *Pac. Bell Tel. Co. v. Linkline Commc'ns, Inc.*, 555 U.S. 438, 456 n.4 (2009)) ("An amended complaint supersedes an earlier complaint for all purposes.").