IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Kimberly Cocroft,<br><br>  Plaintiff,<br><br>  vs.<br><br>Franklin County, *et al.*<br><br>  Defendants. | Case No. 2:24-cv-04208<br><br>Judge Michael J. Newman<br><br>Magistrate Judge Caroline H. Gentry<br><br>**Declaration of Kimberly Cocroft** |

  I, Kimberly Cocroft, under penalty of perjury, hereby declare as follows:

1. My name is Kimberly Cocroft, I am over the age of 18, and I have personal knowledge of the matters contained in this declaration.

2. In November of 2022, after I received notice of the complaint that court administrator Jennifer Goodman had submitted against me on Nov. 4, 2022, I began contacting private attorneys to seek counsel and representation regarding Goodman's complaint and the related issues discussed in the pleadings I have filed in the above-captioned lawsuit.

3. Three different attorneys were willing to provide me counsel and/or representation regarding Goodman's complaint, and while these three attorneys advised me that I had civil claims to pursue as a plaintiff in connection with these events, by December of 2023 it had become clear that none of them were ultimately willing to represent me in pursuing these claims. It was apparent from my conversations with these attorneys that they were not willing to represent me in pursuing these claims due to their politically sensitive nature, and due to the inherent difficulties these attorneys, as practicing attorneys in Franklin County, Ohio, would face in pursuing civil claims against several sitting Franklin County judges, Court administrators, and assistant County prosecutors (the "Court Defendants").

4.      In December of 2023, I contacted a fourth attorney to seek counsel and representation in the pursuit of civil claims against the Court Defendants. This attorney, who is a friend, agreed to engage in some informal conversations with representatives of Court Defendants on my behalf in the ensuing two months. By February of 2024, however, this fourth attorney notified me that due to conflicts of interest they could no longer assist me.

5.      In February of 2024, I contacted a fifth and sixth attorney to seek counsel and representation in the pursuit of civil claims against the Court Defendants. After meeting with me, these attorneys opined that I had meritorious claims to pursue against these Court Defendants, but that they could not represent me because they had other matters pending before some of these Defendants and did not want to risk adverse rulings or conflicts with their current clients.

6.      Several of the aforementioned attorneys informed me that they contacted other area attorneys on my behalf to help me find representation, but were unsuccessful in these efforts. Additionally, during the summer of 2024, I had reached out to a local civil-rights organization for representation and did not receive a response.

7.      On May 23, 2024, I filed a discrimination complaint with the EEOC, *pro se*.

8.      In September of 2024, I requested a right-to-sue letter from the EEOC.

9.      In October of 2024, I received a right-to-sue letter from the EEOC.

10.     Because I was unable to retain counsel, I filed the above-captioned lawsuit, *pro se*, on November 26, 2024.

11.     In February of 2025, I consulted with an eighth and ninth attorney, who were based outside of Ohio, and who were introduced to me by one of the aforementioned attorneys. After meeting with these attorneys, I determined that they were not a good fit for the representation, so I continued to represent myself *pro se* in the above-captioned lawsuit.

12. After February of 2025 I was feeling defeated and more or less resigned to the fact that I would not be able to find an attorney or law firm that would be willing and able to provide me with competent representation in this case on reasonable terms, but I continued to consider and pursue potential leads.

13. In September of 2025, I contacted Attorney Peter Pattakos of the Pattakos Law Firm, who is experienced in successfully litigating civil-rights cases. On September 26, 2025, I retained the Pattakos Law Firm to represent me in the above-captioned case.

14. It has been extraordinarily burdensome to represent myself in this lawsuit, both due to the substantial amount of work that it has taken, and also due to the substantial mental and emotional burden resulting from the nature of this dispute. It is an immense relief to be advised and represented in this case by experienced civil-rights litigators.

I declare under penalty of perjury that the foregoing is true and correct.

SIGNED UNDER PENALTY OF PERJURY:


Dated: October 6, 2025 /s/ *Kimberly Cocroft*
Kimberly Cocroft