IN THE COURT OF COMMON PLEAS
FRANKLIN COUNTY, OHIO
CIVIL DIVISION

IN RE: APPOINTMENT OF THE MONTGOMERY
COUNTY PROSECUTOR AS A SPECIAL PROSECUTOR    24 MS 15
REGARDING THE CASE OF CLARK V. COCROFT
SUPREME COURT OF OHIO CASE NO. 2024-1656        JUDGE McINTOSH

## STATE'S MOTION TO APPOINT SPECIAL PROSECUTOR

Now comes the State of Ohio, pursuant to Section 2941.63 of the Ohio Revised Code, and in the interests of justice, and respectfully moves the court to appoint Mathias H. Heck Jr., the Montgomery County Prosecutor, and any Assistants designed by him, as Special Prosecutors, including but not limited to Ward Barrentine, in this case to assist the Prosecuting Attorney in the performance of his duties and any subsequent proceedings in April Clark v. Kimberly Cocroft, No. 2024-1656, and other matters whereby claims are filed against Judge Cocroft in her official capacity due to a conflict with the Franklin County Prosecutor's Office Civil Division.

Respectfully submitted

s/ Jeanine Hummer
Jeanine Hummer
Supreme Court ID Number (#0030565 )
G. Gary Tyack
Supreme Court ID Number (# 0017524)
Prosecuting Attorney
373 S. High Street, 14th Floor
Columbus, Ohio 43215
T: (614) 525-6393
F: (614) 525-5205
gtyack@franklincountyohio.gov

1

## MEMORANDUM IN SUPPORT OF MOTION

On November 26, 2024 Kimberly Cocroft filed a claim against First Assistant and Chief Counsel of the Civil Division Jeanine Hummer and Deputy Director Labor and Employment Counsel Theresa Dean. Due to the conflict in representations by the Franklin County Prosecutor's Office, there is a need to appoint special counsel.

Therefore, the State requests the court to appoint as Special Prosecutors in this matter Mathias H. Heck Jr., Montgomery County Prosecutor, and any Assistants designated by him.

Respectfully submitted

s/ Jeanine Hummer
Jeanine Hummer (#0030565 )
G. Gary Tyack (# 0017524)
Prosecuting Attorney
373 S. High Street, 14th Floor
Columbus, Ohio 43215
T: (614) 525-6393
F: (614) 525-5205
Jhummer@franklincountyohio.gov
gtyack@franklincountyohio.gov