# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| KIMBERLY COCROFT, <br><br> Plaintiff, <br><br> v. <br><br> FRANKLIN COUNTY, *et al.* <br><br> Defendants. | Case No. 2:24-cv-04208 <br><br> Judge Michael J. Newman <br> Magistrate Judge Caroline H. Gentry <br><br> **Unopposed Motion for Extension of Time to Respond to Defendants' Motions to Dismiss** |

Plaintiff, by and through undersigned counsel, hereby moves for a 14-day extension, to January 20, 2026,[1] of the deadline to file a brief in opposition to *Defendants Jeanine Hummer and Theresa Dean's Motion to Dismiss Plaintiff's Amended Complaint* [Doc. 52] and the *Motion to Dismiss of Court Defendants* [Doc. 53], which were filed on December 15, 2025. The current deadline for Plaintiff to respond to these motions is January 5, 2026. However, due to the recent holidays, during which Plaintiff's counsel's office was closed for two weeks, and various other pending obligations that required Plaintiff's counsel's attention, including briefing on two separate federal appeals, Plaintiff's counsel requires additional time to prepare a brief in opposition to Defendants' motions.

Prior to filing this motion, counsel for Plaintiff contacted Defendants' counsel who has confirmed no objection to the extension requested herein. This request is not made for purposes of delay or for any improper purpose.

---

[1] Because January 19, 2026 is a legal holiday, Plaintiff's deadline would extend to the following day pursuant to Fed. R. Civ. P. 6.

Respectfully submitted,

*/s/ Zoran Balac*
Peter Pattakos (0082884)
    *peter@pattakoslaw.com*
Gregory Gipson (0104229)
    *ggipson@pattakoslaw.com*
Zoran Balac (0104229)
    *zbalac@pattakoslaw.com*

THE PATTAKOS LAW FIRM LLC
101 Ghent Road, Fairlawn, Ohio 44333
P: 330.836.8533 | F: 330.836.8536

*Attorneys for Kimberly Cocroft*

**Certificate of Service**

I hereby certify that on January 2, 2026, the foregoing document was filed using the Court's electronic-filing system, which will serve the document upon counsel of record for all parties.

*/s/ Zoran Balac*
*Attorney for Kimberly Cocroft*