IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| KIMBERLY COCROFT, <br><br> Plaintiff, <br><br> vs. <br><br> FRANKLIN COUNTY, *et al.* <br><br> Defendants. | Case No. 2:24-cv-04208 <br><br> Judge Michael J. Newman <br><br> Magistrate Judge Caroline H. Gentry <br><br> **Second Motion for Extension of Time to Respond to Defendants' Motions to Dismiss** |

Plaintiff, by and through undersigned counsel, hereby moves for a second 14-day extension, to February 3, 2026, of the deadline to file her brief in opposition to *Defendants Jeanine Hummer and Theresa Dean's Motion to Dismiss Plaintiff's Amended Complaint* [Doc 52] and the *Motion to Dismiss of Court Defendants* [Doc. 53], which were filed on December 15, 2025. The current deadline for Plaintiff to respond to these motions is January 20, 2026.

Good cause exists for this second, limited request for an extension. Despite their diligent efforts, Plaintiff's counsel still needs additional time to prepare a brief that concisely and comprehensively addresses the important legal questions raised in Defendants' two separate dispositive motions. Coming back from the recent holiday season, which materially reduced available working time, Plaintiff's counsel has had to devote substantial attention to many outstanding matters and deadlines, including numerous depositions and mediations, conferring with multiple expert witnesses, briefing on appellate matters, such as in *Williams, et al. v. Kisling, Nestico & Redick LLC, et al.* (Ohio Ninth Appellate District, Case No. CA-31707) and *Marcus Wattley, et al. v. Liberty Mutual Insurance Company, et al.* (Ohio Ninth Appellate District, Case Nos. 31642, 31643) and dispositive motion briefing in multiple other pending cases, including *Mai Alie v. Paul Amos, et al.* (Trumbull County Common Pleas Case No. 2024CV00551) and *Estate of Jeffrey Greber v. Southern Health Partners,*

*Inc.* (Summit County Common Pleas, Case No. CV-2025-09-4574). In addition, lead counsel has recently been made unavailable due to a family obligation that has required him to travel out of state.

Despite diligent efforts, these circumstances have constrained counsel's ability to complete a thorough response to the Defendants' pending motions to dismiss within the current deadline, and the requested extension is therefore necessary to ensure an adequate and complete response. This extension is sought in good faith, and Plaintiff submits that limited relief sought herein will not cause prejudice to any party.

                                        Respectfully submitted,

                                        */s/ Zoran Balac*
                                        Peter Pattakos (0082884)
                                              *peter@pattakoslaw.com*
                                        Gregory Gipson (0104229)
                                              *ggipson@pattakoslaw.com*
                                        Zoran Balac (0104229)
                                              *zbalac@pattakoslaw.com*

                                        THE PATTAKOS LAW FIRM LLC
                                        101 Ghent Road, Fairlawn, Ohio 44333
                                        P: 330.836.8533 | F: 330.836.8536

                                        *Attorneys for Kimberly Cocroft*

**Certificate of Service**

I hereby certify that on January 17, 2026, the foregoing document was filed using the Court's electronic-filing system, which will serve the document upon counsel of record for all parties.

                                        */s/ Zoran Balac*
                                        *Attorney for Kimberly Cocroft*