IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| KIMBERLY COCROFT, | : | |
| | : | |
| Plaintiff, | : | Case No. 2:24-cv-4208 |
| | : | |
| vs. | : | Judge Newman |
| | : | |
| FRANKLIN COUNTY, OHIO, et. al., | : | Magistrate Judge Gentry |
| | : | |
| Defendants. | : | |

### DEFENDANTS' JOINT RESPONSE TO PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME (DOC. 55)

This case has been pending since November 26, 2024 (See Complaint, Doc. 1), and the parties are still at the pleadings stage. All Defendants moved to dismiss Plaintiff's Third Amended Complaint on December 15, 2025. (Motions to Dismiss, Docs. 52 and 53). On January 2, 2026, Plaintiff filed an Unopposed Motion for Extension of Time to Respond to Defendants' Motions to Dismiss. (See Doc. 54). By Notation Order dated January 7, 2026, Plaintiff's extension was granted. Plaintiff's response(s) are due January 20, 2026. Without seeking consent from Defendants as required by S.D. Ohio Civ. R. 7.3(a), Plaintiff now seeks a second extension of time. (See Second Motion for Extension of Time, Doc. 55). Defendants defer to the Court regarding whether or not to grant the Second Motion or Extension of Time. However, absent extraordinary circumstances, Defendants would be opposed to any further extensions of time.

Respectfully submitted,

/s/ Andrew N. Yosowitz
Andrew N. Yosowitz         (0075306)
E-mail: ayosowitz@teetorlaw.com
Matthew S. Teetor          (0087009)
E-mail: mteetor@teetorlaw.com
**Teetor Westfall, LLC**

1

200 E. Campus View Blvd., Suite 200
Columbus, Ohio 43235
Tel: 614-412-4000; Fax: 614-412-9012
*Attorneys for Defendants Franklin County, Ohio, Jeanine Hummer and Theresa Dean*

/s/*Aaron M. Glasgow*
Aaron M. Glasgow (0075466)
Scott O. Sheets (0076837)
Charles Schneider (0005821)
**ISAAC WILES & BURKHOLDER, LLC**
2 Miranova Place, 7th Floor
Columbus, Ohio 43215
T: (614) 220-5170 / F: (614) 365-9516
aglasgow@isaacwiles.com
ssheets@isaacwiles.com
cschneider@isaacwiles.com
*Counsel for Court Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of January, 2026, I electronically filed the foregoing with the Clerk of Court using the Court's authorized electronic filing system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Andrew N. Yosowitz
Teetor Westfall, LLC