**IN THE UNITED STATE DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| Kimberly Cocroft, | : | |
| | : | |
| Plaintiff, | : | Case No. 2:24-cv-4208 |
| | : | |
| vs. | : | Judge Newman |
| | : | |
| Franklin County, Ohio, et. al., | : | Magistrate Judge Gentry |
| | : | |
| Defendants. | : | |

**SUGGESTION OF DEATH**

Defendants Richard A. Frye, Colleen O'Donnell, Kimberly J. Brown, Stephen L. Mcintosh, Michael J. Holbrook, Julie M. Lynch, Mark Serrott, Jeffrey M. Brown, Christopher M. Brown, David Young, Karen Held Phipps, Daniel R. Hawkins, Carl A. Aveni, Sheryl K. Munson, Jennifer Goodman, Cameo Davis and Stacy Worthington ("Court Defendants"), by and through undersigned counsel, hereby state and note upon the record, pursuant to Fed. R. Civ. P. 25(a)(1) and 25(a)(3), that Defendant Susan E. Bedsole passed away on August 10, 2026. Court Defendants file this Statement to note Defendant Susan E. Bedsole's death on the record and to provide notice consistent with Rule 25(a).

Respectfully submitted,

*/s/ Scott O. Sheets*

Aaron M. Glasgow (0075466)
Scott O. Sheets (0076837)
Charles Schneider (0005821)
ISAAC WILES BURKHOLDER & MILLER, LLC
2 Miranova Place, Suite 700
Columbus, Ohio 43215
T: (614) 221-2121 / F: (614) 365-9516
aglasgow@isaacwiles.com
ssheets@isaacwiles.com
cschneider@isaacwiles.com
*Attorneys for Court Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 17, 2026, a true copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Scott O. Sheets*
Scott O. Sheets